# EXHIBIT 1

The
United
States
of
America

## The Director of the United States Patent and Trademark Office

*Has received an application for a new, original, and ornamental design for an article of manufacture. The title and description of the design are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the design shall be granted under the law.*

*Therefore, this*

## United States Patent

*Grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the design throughout the United States of America, or importing the design into the United States of America for the term of fourteen years from the date of grant of this patent.*

*Director of the United States Patent and Trademark Office*



US00D580478S

(12) **United States Design Patent**    (10) Patent No.:    **US D580,478 S**

Matsuda et al.    (45) Date of Patent:    \*\* Nov. 11, 2008

(54) **ELECTRONIC CALCULATOR**

(75) Inventors: Makoto Matsuda, Tokyo (JP); Junichi Ono, Higashikurume (JP)

(73) Assignee: Casio Keisanki Kabushiki Kaisha, Tokyo (JP)

(\*\*) Term: 14 Years

(21) Appl. No.: 29/294,516

(22) Filed: Jan. 15, 2008

(51) LOC (8) Cl. .................................................. 18-01
(52) U.S. Cl. ............................................................ D18/7
(58) Field of Classification Search ............... D14/191, D14/218, 314–347, 383, 387, 388; D18/1, D18/2, 4.4, 4.5, 6–12, 12.1, 12.2, 12.3; D21/512; 235/58 R, 59 A, 59 BC, 59 BD, 59 BE, 59 BF, 235/59 BG, 59 BH, 59 CP, 59 T, 59 TP, 61 R; 708/100, 105, 130

See application file for complete search history.

(56) **References Cited**

**U.S. PATENT DOCUMENTS**

D307,032 S   \*   4/1990   Sawada et al. ................. D18/7

| | | | |
|---|---|---|---|
| D501,499 S | \* | 2/2005 | Matsuda ........................ D18/7 |
| 6,874,005 B2 | \* | 3/2005 | Fortenberry et al. ......... 708/130 |
| D536,365 S | \* | 2/2007 | Ono et al. ....................... D18/7 |
| D560,712 S | \* | 1/2008 | de Brebisson ................. D18/7 |

\* cited by examiner

*Primary Examiner*—Caron Veynar
*Assistant Examiner*—Garth Rademaker
(74) *Attorney, Agent, or Firm*—Frishauf, Holtz, Goodman & Chick, P.C.

(57) **CLAIM**

The ornamental design for an electronic calculator, as shown.

**DESCRIPTION**

FIG. 1 is a front, right side, top perspective view of an electronic calculator showing our new design;

FIG. 2 is a front elevational view thereof;

FIG. 3 is a rear elevational view thereof;

FIG. 4 is a left side view thereof;

FIG. 5 is a right side view thereof;

FIG. 6 is a top plan view thereof; and,

FIG. 7 is a bottom plan view thereof.

**1 Claim, 6 Drawing Sheets**





FIG. 1



# FIG. 2



FIG. 3

**U.S. Patent**     Nov. 11, 2008     Sheet 4 of 6     **US D580,478 S**



# FIG. 4



# FIG. 5

Case: 1:23-cv-00895 Document #: 1-1 Filed: 02/14/23 Page 9 of 9 PageID #:23



# FIG. 6



# FIG. 7