| No. | Defendant Name / Alias |
|---|---|
| 1 | Bolly computer digital Store |
| 2 | Digital Global Accessories Store |
| 3 | UE China Store |
| 4 | UKE Store |
| 5 | wellcomshop Store |
| 6 | wisefield |
| 7 | YIKU Store |
| 8 | yunzhijia Store |
| 9 | ZZshop |
| 10 | afurdel |
| 11 | dhipotik0 |
| 12 | dilshan_athukorala |
| 13 | discover-life |
| 14 | releularbath |
| 15 | sfoxlis |
| 16 | shamihi_79 |
| 17 | sujeestore |
| 18 | superinger |
| 19 | zinakkites |
| 20 | DP Mall |
| 21 | HAHSP |
| 22 | haikoulonghuaqushishuangmaoyizhongxin |
| 23 | sanyatianyafanghantechanyongpinxiaoshoushanghang |
| 24 | shangrenshangpinshanghang |
| 25 | SHUOZHOUSHISHUOCHENGQULIYESHANGMAO |
| 26 | WYY-01 |
| 27 | xijunnandeshop |
| 28 | ZEOMI |
| 29 | 3C fun Store |
| 30 | 3C High Quality Store |
| 31 | 3C&Phone Store |
| 32 | 88888 Store |
| 33 | CE Boutique Store |
| 34 | Changzhou Four Seasons Stationery Co., Ltd. |
| 35 | Cooltech life Store |
| 36 | CXWeilai-CCC Store |
| 37 | DIANZI'S Store |
| 38 | Enjoying+o Store |
| 39 | FuXin Trading Co., Ltd. |
| 40 | Learning E-life Store |
| 41 | Shop1102309218 Store |
| 42 | Tmac Ltd. CO |
| 43 | TwisterCK Store |
| 44 | wenwujiancaiFACTORY Store |

| | |
|---|---|
| 45 | WYMECT-DZ Store |
| 46 | XINGHEElectronStore Store |
| 47 | XYYX Store |
| 48 | You Must Need It Store |
| 49 | Yuefu preferred Store |
| 50 | Zero-official Store |
| 51 | ziyougouwu Store |
| 52 | ZJMZYM BanDou Store |
| 53 | babyfacecloth |
| 54 | baiy31 Store |
| 55 | bev8 Store |
| 56 | dahonghu |
| 57 | deng10 Store |
| 58 | dr5k Store |
| 59 | dsbv Store |
| 60 | fzctn6 Store |
| 61 | fzctp6 Store |
| 62 | fzctq6 Store |
| 63 | fzctr6 Store |
| 64 | fzcts8 Store |
| 65 | fzctt6 Store |
| 66 | gt30 Store |
| 67 | hmh5 Store |
| 68 | hoob |
| 69 | k9he Store |
| 70 | lilyzhy |
| 71 | llurang Store |
| 72 | lyouyiq3 Store |
| 73 | measuringtools Store |
| 74 | meidala Store |
| 75 | meiruida Store |
| 76 | mqhhn9358ss Store |
| 77 | n8fd Store |
| 78 | o344 Store |
| 79 | plwd Store |
| 80 | q7qo Store |
| 81 | qimeite Store |
| 82 | s9sa Store |
| 83 | szvapingtricks Store |
| 84 | t21i Store |
| 85 | vfbk Store |
| 86 | vzwh Store |
| 87 | weida2021 Store |
| 88 | x2cs Store |
| 89 | xanz Store |

| | |
|---|---|
| 90 | xianglhongmy Store |
| 91 | yting Store |
| 92 | yw2z Store |
| 93 | zhengzhouww |
| 94 | zpaq Store |
| 95 | Anhui Jiepin Technology Development Co., Ltd. |
| 96 | Fuzhou Wellclock Electronic Co., Ltd. |
| 97 | Guangdong OSALO Electronic Technology Co., Ltd. |
| 98 | Guangzhou Cania Technology Co., Limited |
| 99 | Guangzhou Liwan Chi Lu Stationery Trading Firm |
| 100 | Guangzhou Ronaduo Electronic Technology Co., Ltd. |
| 101 | Hunan Wonderful Stationery&gifts Co., Ltd. |
| 102 | Ningbo Puning Electronic Technology Co., Ltd. |
| 103 | Qingchun Import And Export (suzhou) Co., Ltd. |
| 104 | Shanghai Biaolang Office Supplies Co., Ltd. |
| 105 | Yiwu Wanpincang Supply Chain Co., Ltd. |

| No. | Defendants Online Marketplace |
|---|---|
| 1 | https://www.aliexpress.com/store/3363021 |
| 2 | https://www.aliexpress.com/store/900242430 |
| 3 | https://uechina.aliexpress.com/store/602738 |
| 4 | https://www.aliexpress.com/store/5427188 |
| 5 | https://www.aliexpress.com/store/1797163 |
| 6 | https://www.aliexpress.com/store/527257 |
| 7 | https://www.aliexpress.com/store/5875851 |
| 8 | https://www.aliexpress.com/store/912464493 |
| 9 | https://www.aliexpress.com/store/1388022 |
| 10 | https://www.dhgate.com/store/21650935 |
| 11 | https://www.ebay.com/usr/dhipotik0 |
| 12 | https://www.ebay.com/usr/dilshan_athukorala |
| 13 | https://www.ebay.com/usr/discover-life |
| 14 | https://www.ebay.com/usr/releularbath |
| 15 | https://www.ebay.com/usr/sfoxlis |
| 16 | https://www.ebay.com/str/shamihistores |
| 17 | https://www.ebay.com/usr/sujeestore |
| 18 | https://www.ebay.com/usr/superinger |
| 19 | https://www.ebay.com/usr/zinakkites |
| 20 | https://www.amazon.com/sp?ie=UTF8&seller=A2D93BAT30O0RR |
| 21 | https://www.amazon.com/sp?ie=UTF8&seller=A3E1JN9HKJX1AV |
| 22 | https://www.amazon.com/sp?ie=UTF8&seller=A3DCZFQWDB5QC7 |
| 23 | https://www.amazon.com/sp?ie=UTF8&seller=A3K4EPY9OKE9NV |
| 24 | https://www.amazon.com/sp?ie=UTF8&seller=ADPK71AMQOW31 |
| 25 | https://www.amazon.com/sp?ie=UTF8&seller=A1YP55SWYPK1FL |

| | |
|---|---|
| 26 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A18SYDJCOWNYAO&sshmPath= |
| 27 | https://www.amazon.com/sp?ie=UTF8&seller=A2R6ZUS102EB7P |
| 28 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3FREJEPYRWR2K&sshmPath= |
| 29 | https://www.aliexpress.com/store/1988229 |
| 30 | https://www.aliexpress.com/store/3343010 |
| 31 | https://www.aliexpress.com/store/2068017 |
| 32 | https://16888.aliexpress.com/store/1101286247 |
| 33 | https://www.aliexpress.com/store/1997135 |
| 34 | https://seasontime.en.alibaba.com |
| 35 | https://www.aliexpress.com/store/5240320 |
| 36 | https://www.aliexpress.com/store/1101949117 |
| 37 | https://www.aliexpress.com/store/2492055 |
| 38 | https://www.aliexpress.com/store/3871076 |
| 39 | https://www.aliexpress.com/store/1861060 |
| 40 | https://www.aliexpress.com/store/5045260 |
| 41 | https://www.aliexpress.com/store/1102306272 |
| 42 | https://www.aliexpress.com/store/1803726 |
| 43 | https://www.aliexpress.com/store/911426235 |
| 44 | https://www.aliexpress.com/store/912516925 |
| 45 | https://www.aliexpress.com/store/912724161 |
| 46 | https://www.aliexpress.com/store/912659523 |
| 47 | https://www.aliexpress.com/store/912422160 |
| 48 | https://www.aliexpress.com/store/5889953 |
| 49 | https://www.aliexpress.com/store/910316387 |
| 50 | https://www.aliexpress.com/store/1102092126 |
| 51 | https://www.aliexpress.com/store/912062774 |
| 52 | https://www.aliexpress.com/store/4991357 |
| 53 | https://www.dhgate.com/store/21664644 |
| 54 | https://www.dhgate.com/store/21814902 |
| 55 | https://www.dhgate.com/store/21800714 |
| 56 | https://www.dhgate.com/store/20002959 |
| 57 | https://www.dhgate.com/store/21728811 |
| 58 | https://www.dhgate.com/store/21819014 |
| 59 | https://www.dhgate.com/store/21819699 |
| 60 | https://www.dhgate.com/store/21750734 |
| 61 | https://www.dhgate.com/store/21751089 |
| 62 | https://www.dhgate.com/store/21750675 |
| 63 | https://www.dhgate.com/store/21750739 |
| 64 | https://www.dhgate.com/store/21751096 |
| 65 | https://www.dhgate.com/store/21751077 |
| 66 | https://www.dhgate.com/store/21819013 |

| | |
|---|---|
| 67 | https://www.dhgate.com/store/21819458 |
| 68 | https://www.dhgate.com/store/21035303 |
| 69 | https://www.dhgate.com/store/21819697 |
| 70 | https://www.dhgate.com/store/21128604 |
| 71 | https://www.dhgate.com/store/21743361 |
| 72 | https://www.dhgate.com/store/21751281 |
| 73 | https://www.dhgate.com/store/20718862 |
| 74 | https://www.dhgate.com/store/21748707 |
| 75 | https://www.dhgate.com/store/21748705 |
| 76 | https://www.dhgate.com/store/21749526 |
| 77 | https://www.dhgate.com/store/21819281 |
| 78 | https://www.dhgate.com/store/21819006 |
| 79 | https://www.dhgate.com/store/21819698 |
| 80 | https://www.dhgate.com/store/21819439 |
| 81 | https://www.dhgate.com/store/21742728 |
| 82 | https://www.dhgate.com/store/21819701 |
| 83 | https://www.dhgate.com/store/21296932 |
| 84 | https://www.dhgate.com/store/21819602 |
| 85 | https://www.dhgate.com/store/21819284 |
| 86 | https://www.dhgate.com/store/21819700 |
| 87 | https://www.dhgate.com/store/21732263 |
| 88 | https://www.dhgate.com/store/21819003 |
| 89 | https://www.dhgate.com/store/21819674 |
| 90 | https://www.dhgate.com/store/20535071 |
| 91 | https://www.dhgate.com/store/20740846 |
| 92 | https://www.dhgate.com/store/21819283 |
| 93 | https://www.dhgate.com/store/21211409 |
| 94 | https://www.dhgate.com/store/21819834 |
| 95 | https://mutual-trust.en.alibaba.com |
| 96 | https://cnwellclock.en.alibaba.com |
| 97 | https://osalo.en.alibaba.com |
| 98 | https://gzcania.en.alibaba.com |
| 99 | https://chiluwenju.en.alibaba.com |
| 100 | https://cnronaduo.en.alibaba.com |
| 101 | https://wonderfulworld.en.alibaba.com |
| 102 | https://nbpngm.en.alibaba.com |
| 103 | https://szqingchun.en.alibaba.com |
| 104 | https://biaolangoffice.en.alibaba.com |
| 105 | https://wanpincang.en.alibaba.com |