

Up to 30% off    Home Mania    Preview now

Sell on AliExpress ▾    Help ▾    Buyer Protection    App    🏳 / English / USD ▾    ♡ Wish List    👤 Account ▾

**AliExpress**    Bolly computer digital Store ▾    +Follow    I'm shopping for...    🛒 0
96.7% Positive feedback    754 Followers

On AliExpress    In this store

Store Home    Products ▾    Sale Items ▾    Top Selling    Computer Peripherals ▾    Office & School Supplies2 ▾    Feedback

   

Multi-functional Scientific Calculator Computing Tools for School Office Use Supplies Students Stationery Gifts

★★★★★ 5.0 ▾    1 Review    4 orders

**US $5.91**    U̶S̶ ̶$̶7̶.̶6̶8̶    -23%

Instant discount: US $5.00 off per US $100.00 ⌄

US $1.00 off on US $10.00    Get coupons

Quantity:
−  4986  +    Additional 10% off (10 pieces or more)
4986 pieces available

**Shipping: US $27,650.99**
to United States via DHL ⌄
Estimated Delivery on Aug 20 ⌄ ⊙

Buy Now    Add to Cart    ♡ 87

    

✓ **75-Day Buyer Protection**
Money back guarantee

## Bolly computer digital Store

**Store Categories**

▾ **Computer Peripherals**
  Mouse
  Keyboards
  Webcams
  USB Gadgets
  Monitors & Accessories
  Mice & Keyboards Accessories
  mouse pad
  Wrist Rest Mouse Pad
  Keycaps
  LCD Drawing Tablet

▾ **External Storage**
  HDD Enclosure
  Blank Disks
  External Hard Drives
  USB Flash Drives
  Connector Adapter
  USB adapter
  Hard DrivesCase holder

▾ **Internal Storage**
  Internal Solid State Drives
  Memory Cards
  Memory Cards Accessories
  SSD Adapters
  Card Readers
  Card Readers2

▾ **Networking**
  Network Cards
  Router
  camera
  tablet smartphone stand holder

▾ **Office Electronics**
  3D Printers & 3D Scanners
  Calculators
  Laser Pens
  Printer Parts
  Printer Supplies
  protective cover

**Bolly computer digi...**
96.7% Positive Feedback
754 Followers
💬 Contact
+ Follow    Visit Store

                

US $1.37    US $0.29    US $4.09    US $0.73    US $1.24    US $2.28

**OVERVIEW**    CUSTOMER REVIEWS (1)    SPECIFICATIONS    Report Item

### Multi-functional Scientific Calculator Computing Tools for School Office Use Supplies Students Stationery Gifts

Description: 100% brand new and high quality. Feature: Made of high quality material, durable and stable for us to use. LCD display makes you easy to read them clearly in two lines display mode. Portable handheld design, light-weight, easy to carry and take. Can be used for Accounting Mathematic tools. Multifunctional mathematics calculator can be used to calculate advanced functions. Perfect gifts and tools for students school and office use. Calculator only, other accessories demo in the picture is not included! Specifications: Item Type: Calculator Material: Plastic Size: 160x110x80mm/6.2x4.3x3.1in Color: As shown Powered: by button battery Applicable crowd: junior and senior high school, university, scientific research related personnel Quantity: 1 Pc Function: 1.Conventional calculation 2.Complex number calculation 3.Statistical calculation 4.Binary conversion (Cardinal Computing) 5.Equation calculation 6.Matrix calculation 7.Function table calculation 8.Vector computing Note: Transition: 1cm=10mm=0.39inch Please allow 1-3mm error due to manual measurement. pls make sure you do not mind before you bid. Due to the difference between different monitors, the picture may not reflect the actual color of the item. Thank you! Package Includes: 1 x Calculator

- Office & School Supplies
  - Books
  - Envelope
  - Stationery Holder
  - File shelves
  - notepad
  - Map
  - Bookmarks
  - stapler
  - teaching appliance
  - hole puncher
- Office & School Supplies2
  - pens
  - adhesive tape
  - pencil sharpener
  - pencil
- 30%
- Others

## Top Selling



US $1.99
★ 4.7　　144 Sold



US $1.23
★ 4.8　　263 Sold



US $1.46
★ 5.0　　69 Sold



US $0.99
★ 4.8　　129 Sold



US $0.84
★ 4.9　　136 Sold

View More >



















162mm/6.38in

80mm/3.15in

## Customer Reviews (1)



| | |
|---|---|
| 5 Stars | 100% |
| 4 Stars | 0% |
| 3 Stars | 0% |
| 2 Stars | 0% |
| 1 Star | 0% |

**5.0** / 5  ★★★★★

All Stars (1) ▾    Photos (0)    Additional Feedback (0)

☐ Only from your country    ☑ Translate to English    Sort by default ▾

**C***c**  ★★★★★
🍁 CA
Logistics: China Post Registered Air Mail
09 Apr 2021 10:32

Helpful?  Yes (0)  No (0)

‹  **1**  ›

## Seller Recommendations


Christmas Felt Sign Board Pla...
**US $0.63**
8 Sold


12pcs White Fine Art Drawing...
**US $2.96**
10 Sold


M0XE Double-Shot keycaps f...
**US $1.76**
1 Sold


Mechanical Keyboard Keycap...
**US $0.05**
13 Sold


2.5" to 3.5" Hard Drive Adapt...
**US $0.62**
1 Sold


17 Key RGB Top Printed PBT ...
**US $2.26**


Mini Type-C LED RGB Ambien...
**US $2.01**


Durable USB Mouse Cable Fo...
**US $1.25**
4 Sold


AW-NB097H AW-NB100H AW...
**US $2.45**
3 Sold


Support Mini BCM4352 867M...
**US $5.14**
1 Sold

## More To Love


Multi-functional Scientific Cal...
**US $6.47**
37 Sold


Multi-functional Scientific Cal...
**US $7.13**
18 Sold


Full Function Computer Scien...
Free Shipping
**US $12.83**
228 Sold


Brand New FX-991ES-PLUS O...
Free Shipping
**US $13.99**
115 Sold


Free Shipping Casual 3D Tige...
Print
**US $4.44**
176 Sold


Multi-functional Scientific Cal...
Free Shipping
**US $11.54**
2 Sold


OS-991ES PLUS Environment...
**US $11.55**
21 Sold


Portable Scientific Calculator ...
**US $4.17**
59 Sold



Portable Scientific Calculator ...
Free Shipping
**US $9.91**
30 Sold


Summer New 66 Route Men ...
Print
**US $3.24**
4139 Sold



















Scientific Calculator Engineer...
US $4.90
11 Sold

Scientific Calculator Engineer...
US $10.40
17 Sold

Free shipping 1 Piece New Or...
Free Shipping
US $25.18
106 Sold

Malinois 3d Printed Female T...
US $2.36
73 Sold

Portable Multi-functional Sch...
US $1.17







Hp39gii Graphing Calculator ...
Free Shipping
US $36.20
36 Sold

USB 3.0 Micro USB Type C Ca...
Free Shipping
US $0.55
532 Sold

AC 110V/220V to DC 5V 12V 2...
Free Shipping
US $1.40
148 Sold

1pc Newest Student Function...
US $1.13
7 Sold

School Engineering Scientific ...
Free Shipping
US $4.95
741 Sold







Portable Scientific Calculator ...
US $3.33
79 Sold

Deli 991ES Scientific Calculat...
Free Shipping
US $16.09
34 Sold

Bernese Mountain Dog 3D pr...
Print
US $2.27
26 Sold

Portable Scientific Calculator ...
Free Shipping
US $6.52
17 Sold

Foldable Calculator & 6 Inch ...
US $10.80
1022 Sold







Casio FX-991ES Plus Scientific...
Free Shipping
US $35.70
1 Sold

991ES PLUS & 991ES Office C...
US $2.59
3 Sold

2020 Jurassic World Fallen Ki...
Free Shipping
US $2.99
3610 Sold

1 pcs Canon F-789SGA Stude...
Free Shipping
US $21.67
27 Sold

Digital Scientific Calculator 24...
Free Shipping
US $12.69
320 Sold

Links

Related Search

| exam | mini gp | gsm tracker |
| calcul | pen reader | pet tracker |
| handheld pda | tracker | cheat poker |
| pen scanner | gps tracker waterproof | translat |

Ranking Keywords

xrobot xr510d parts

This product belongs to  Home , and you can find similar products at  All Categories , Computer & Office , Office Electronics , Calculators .

Help

Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Xiami, AliOS, 1688




Intellectual Property Protection · Privacy Policy · Sitemap · Terms of Use · Information for EU consumers · Transaction Services Agreement for EU consumers · User Information Legal Enquiry Guide ©2010-2021 AliExpress.com. All rights reserved. 浙公网安备 33010802002248号  浙B2-20120091-8



Up to 30% off — Home Mania — Preview now

Sell on AliExpress | Help | Buyer Protection | App | English / USD | Wish List | Account

**AliExpress**

Bolly computer digital Store
96.7% Positive feedback

+ Follow
754 Followers

I'm shopping for...

On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Computer Peripherals | Office & School Supplies2 | Feedback




     

Multi-functional Scientific Calculator Computing Tools for School Office Use Supplies Students Stationery Gifts

★★★★★ 5.0 ⌄   1 Review  4 orders

**US $5.91**   US $7.68   -23%

Instant discount: US $5.00 off per US $100.00 ⌄

US $1.00 off on US $10.00   Get coupons

Quantity:
− 4986 +   Additional 10% off (10 pieces or more)
4986 pieces available

Shipping: **US $27,650.99**
to United States via DHL ⌄
Estimated Delivery on Aug 20 ⓘ

**Buy Now**   **Add to Cart**   ♡ 87

✓ **75-Day Buyer Protection**
Money back guarantee

---

## Bolly computer digital Store

**Store Categories**

▾ Computer Peripherals
  Mouse
  Keyboards
  Webcams
  USB Gadgets
  Monitors & Accessories
  Mice & Keyboards Accessories
  mouse pad
  Wrist Rest Mouse Pad
  Keycaps
  LCD Drawing Tablet
▾ External Storage
  HDD Enclosure
  Blank Disks
  External Hard Drives
  USB Flash Drives
  Connector Adapter
  USB adapter
  Hard DrivesCase holder
▾ Internal Storage
  Internal Solid State Drives
  Memory Cards
  Memory Cards Accessories
  SSD Adapters
  Card Readers
  Card Readers2
▾ Networking
  Network Cards
  Router
  camera
  tablet smartphone stand holder
▾ Office Electronics
  3D Printers & 3D Scanners
  Calculators
  Laser Pens
  Printer Parts
  Printer Supplies
  protective cover

Bolly computer digi...
96.7% Positive Feedback
754 Followers
☐ Contact
+ Follow   Visit Store

 US $1.37
 US $0.29
 US $4.09
 US $0.73
 US $1.24
 US $2.28

OVERVIEW | CUSTOMER REVIEWS (1) | **SPECIFICATIONS**          Report Item

| | |
|---|---|
| Brand Name: NoEnName_Null | Style: General Purpose Calculator |
| Max. Digits: 10 | Power Source: Battery |
| Material: Plastic | Model Number: Smart Calculator |
| Applicable Battery Type: Coin Batteries | Size: 160x110x80mm/6.2x4.3x3.1in |
| Color: As shown | Quantity: 1 Pc |

### Seller Recommendations


Christmas Felt Sign Board Pla...
**US $0.63**
8 Sold


12pcs White Fine Art Drawing...
**US $2.96**
10 Sold


M0XE Double-Shot keycaps f...
**US $1.76**
13 Sold


Mechanical Keyboard Keycap...
**US $0.05**
1 Sold


2.5" to 3.5" Hard Drive Adapt...
**US $0.62**
1 Sold

17 Key RGB Top Printed PBT ...
**US $?.??**

Mini Type-C LED RGB Ambien...


Durable USB Mouse Cable Fo...


AW-NB097H AW-NB100H AW...

Support Mini BCM4352 867M...

## Store Categories

- **Computer Peripherals**
  - Mouse
  - Keyboards
  - USB Gadgets
  - Monitors &...
  - Mice & Keyboards...
  - mouse pad
  - Wrist Rest Mouse Pad
  - Keycaps
- **External Storage**
  - Connector Adapter
  - USB adapter
- **Internal Storage**
  - Card Readers
- **Networking**
  - Network Cards
  - Router
  - camera
  - tablet smartphone...
- **Office Electronics**
  - Calculators
  - Printer Parts
  - Printer Supplies
  - protective cover
- **Office & School...**
  - Envelope
  - Stationery Holder
  - File shelves
  - notepad
  - Map
  - Bookmarks
  - stapler
  - teaching appliance
  - hole puncher
- **Office & School...**
  - pens
  - adhesive tape
  - pencil sharpener
  - pencil
- **30%**

### Seller Feedback





## Recommend

 Multi-functional Scientific Calcula...
US $5.91
Orders(4)

 10Pcs Graphic Drawing Pad Pen Nibs
US $1.24
Orders(276)

 2Pcs Original Romer-G Switch Omron ...
US $1.09
Orders(364)

 10Pcs Transparent ABS Keycaps Mecha...
US $1.23
Orders(263)

 8GB Internal SATA Module SSD HP M50...
US $1.99
Orders(144)

 Hollow Flower Brush Storage Pen Pen...
US $0.18
Orders(162)

 DC Power Jack Cable Connector Socke...
US $1.34
Orders(92)

 Portable Outdoor LED Light Fan Air ...
US $1.46
Orders(69)

 Luxury Metal Mini Ballpoint Pen Sig...
US $0.99
Orders(129)

 10Pcs 3 Pin Mechanical Keyboard
US $0.84
Orders(136)

PBT Keycaps DSA 1u Blank Printed Ke...
US $2.46

Sell on AliExpress ⌄    Buyer Protection    Help ⌄    📱 Save big on our app!    Ship to 🇺🇸 / USD ⌄    Language ⌄

**AliExpress**    ☰    | I'm shopping for... |   On AliExpress | In this store    🛒 0   ♡   👤

Bolly computer digital Store    Open 3 year(s)   96.7%   Positive feedback ⌄   FOLLOW   754 Followers

# Bolly computer digital Store

| Store Home | Products ⌄ | Sale Items ⌄ | Top Selling | Computer Peripher... ⌄ | Office & School Sup... ⌄ | Feedback |

Home > Store Home > Products

### Store Categories

Store Categories >   Calculator 🔍    **12 items found**      Hide Filter ⌄

- **Computer Peripherals**
  - Mouse
  - Keyboards
  - USB Gadgets
  - Monitors &...
  - Mice & Keyboards...
  - mouse pad
  - Wrist Rest Mouse Pad
  - Keycaps
- **External Storage**
  - Connector Adapter
  - USB adapter
- **Internal Storage**
  - Card Readers
- **Networking**
  - Network Cards
  - Router
  - camera
  - tablet smartphone...
- **Office Electronics**
  - Calculators
  - Printer Parts
  - Printer Supplies
  - protective cover
- **Office & School...**
  - Envelope
  - Stationery Holder
  - File shelves
  - notepad
  - Map
  - Bookmarks
  - stapler
  - teaching appliance
  - hole puncher
- **Office & School...**
  - pens
  - adhesive tape
  - pencil sharpener
  - pencil
- **30%**

Related Categories    Calculators (8)    Educational Equipment (1)    Mathematics (1)

Best Match   Orders ⇩   New ⇩   price ⇕   ☐ Free Shipping    View ⊞ ☰ ◁ ▷





12-Digit Solar Battery Dual Power Large Display Office...
**US $1.15** / piece
~~US $1.50 / piece~~
Orders(14)



Portable Home Calculator Pocket Electronic Calculating...
**US $1.33** / piece
~~US $1.73 / piece~~
Orders(4)



Multi-functional Scientific Calculator Computing Tools...
**US $5.91** / piece
~~US $7.68 / piece~~
Orders(4)



17 Digits Rods Soroban Standard Abacus Chinese Japanese...
**US $2.53** / piece
~~US $3.28 / piece~~



Slim LCD 8-Digit Display Clear Touch Screen Solar...
**US $0.84** / piece
~~US $1.09 / piece~~



Student Multi-Function 2-Line Display 12 Digit...
**US $1.11** / Pack
~~US $1.44 / Pack~~



Pocket Electronic 10 Digits Display Calculating...
**US $1.36** / piece
~~US $1.76 / piece~~



M0XE Scientific Calculator Stationery School Office...
**US $1.35** / piece
~~US $1.75 / piece~~



Foldable Soft Silicone Handheld Scientific Solar...
**US $1.19** / piece
~~US $1.54 / piece~~

17 Digit Rods Standard Abacus Soroban Chinese Japanese...
**US $1.27** / piece
~~US $1.65 / piece~~

10cm Ruler Mini Digital Calculator 2 in 1 Kid Stationery...
**US $0.48** / piece
~~US $0.62 / piece~~

25 Clear Pockets Classroom Pocket Chart For Teacher Cell...
**US $3.03** / piece
~~US $3.94 / piece~~
Order(1)

◁   1   ▷ 

### Recommend


Multi-functional Scientific Calcula...
**US $5.91**
Orders(4)


10Pcs Graphic Drawing Pad Pen Nibs
**US $1.24**
Orders(276)

2Pcs Original Romer-G Switch Omron ...
**US $1.09**
Orders(364)


10Pcs Transparent ABS Keycaps Mecha...
**US $1.23**
Orders(263)


8GB Internal SATA Module SSD HP M50...
**US $1.99**
Orders(144)

Hollow Flower Brush Storage Pen Pen...
**US $0.18**
Orders(162)

DC Power Jack Cable Connector Socke...
**US $1.34**

Recently Viewed



# AliExpress

## Shipping Information

███████████████

1001 Foster Ave,
Bensenville, Illinois, United States, 60106

+ Add new address

Select other addresses

## Payment Methods

🏦 Bank Transfer  Wire Transfer                    Change

## Order Review

Seller: Bolly computer digital Store



Multi-functional Scientific Calculator Computing Tools for School Offic
e Use Supplies Stationery Gifts

US $5.33

Shipping: US $27,650.99 via DHL  Estimated delivery on Aug 20  ›

+ Leave message

− 4986 +

| | |
|---|---|
| Subtotal | US $26,575.38 |
| Shipping | US $27,650.99 |
| Seller Discount: | - US $20.00 |
| VAT ? | US $2,124.43 |
| 💲 Store Coupons | ⌄ |
| Total | US $56,330.80 |

## Order Summary

🟥 Select Coupon                    ⌄

💲 AliExpress Coupon                 ⌄

Promo Code

[                    ]        Apply

**Total**              **US $56,330.80**

Place Order

Upon clicking "Place Order", I confirm I have read and acknowledge all
terms and policies.

🛡 AliExpress

AliExpress keeps your information and payment
safe

## Help

Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish,
Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

## Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

## Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud,
Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace,
Tmall, Taobao Global, AliOS, 1688

 Google Play    App Store

Intellectual Property Protection · Privacy Policy · Sitemap · Terms of Use · Information for EU consumers · User Information Legal Enquiry Guide
©2010-2021 AliExpress.com. All rights reserved.



Help

Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

 

Intellectual Property Protection · Privacy Policy · Sitemap · Terms of Use · Information for EU consumers · User Information Legal Enquiry Guide ©2010-2021 AliExpress.com. All rights reserved.



Need Help?





My AliExpress > Order List > Order Detail

Place Order | Pay Success | Shipment | Order Complete

Order Number: 8136505614439900

Status: **This order is awaiting your payment**

Reminder: Without payment, this order will be cancelled after: **11days 23hours 59minutes 21seconds** .

Pay Now | Cancel Order

Order | Financial

**Total Amount**

| Price | Shipping Cost | Adjust Price | Discount | Tax | Total Amount |
|---|---|---|---|---|---|
| US $ 26,575.38 | US $ 27,650.99 | US $ 0.00 | Order Price Discount US $ 20.00 | US $ 2,124.43 | US $ 56,330.80 |

**Payment Received:**

| Total | Received | Payment Method | Date Received |
|---|---|---|---|

 ©2010-2021 AliExpress.com. All rights reserved.

Need Help?

Up to 30% off

Preview now

Sell on AliExpress | Cookie Preferences | Help | Buyer Protection | App | English / USD | Wish List | Account

**AliExpress**

**Digital Global Accessories Store**
94.1% Positive feedback

+ Follow
203 Followers

I'm shopping for...

On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback



     

Multi-functional Scientific Calculator Computing Tools for School Office Use Supplies Students Stationery Gifts

⭐ 4.6 · 17 Reviews  37 orders

**US $6.47**  US $8.63 -25%    New User Deal

Instant discount: US $5.00 off per US $119.00

US $2.00 First Order Coupon | US $1.00 off on US $20.00 | Get coupons

Quantity:
— 892 +   892 pieces available

**Shipping: US $13,306.98**
to United States via Fedex IE
Estimated Delivery on Aug 20

Buy Now | Add to Cart | ♡ 76

✓ **75-Day Buyer Protection**
Money back guarantee

---

## Digital Global Accessories Store

**Store Categories**

- Portable audio and video equipment
  - Earphone & Accecories
  - Microphone
  - Radio
- Game & Accessories
  - Gamepads
  - Accessories
- Electronic Cigarettes
  - Electronic Cigarette Kits
  - Cigarette Accessories
  - Cigarette Battery
- Smart Electronic
  - Wristbands
  - Watches cover
  - Home Audio&Video Equipments
  - Audio Amplifiers
- All kinds of screens
  - For Huawei
- Camera & Photo
  - Camera & Video Bags
  - Sports Camera
  - Mini accessories
- computer office
  - Stylus Pen Tip
- Accessories & Parts
  - All kinds of holder
  - Battery Storage Boxes
  - Chargers
  - Digital Cables
  - Remote Control
  - Audio & Video Cables
  - Electrical Plugs & Adapters
  - other
  - 12.15
- Others

**Digital Global Acces...**
94.1% Positive Feedback
203 Followers
Contact

+ Follow | Visit Store



US $2.51 | US $16.66 | US $1.09 | US $0.83 | US $3.31 | US $1.79

**OVERVIEW** | CUSTOMER REVIEWS (17) | SPECIFICATIONS    Report Item

Universal 50Hz LP Vinyl Record Player Disc
USD 8.64-8.90/piece

2in1 AC 85V-265V E27 12W LED Lamp E27
USD 5.49/piece

1Set HdMI Lvds Controller Board Driver
USD 9.65/piece

D-type Socket Network Plug Chassis Panel
USD 2.51/piece

Portable Hard EVA Bags Protect Cover
USD 16.66-17.18/piece

Universal 50Hz LP Vinyl Record Disc Turntable
USD 11.24-11.45/piece

Multi-functional Scientific Calculator
USD 6.47/piece

Wireless Joypad for XBOX 360 Bluetooth
USD 15.61-18.58/piece

**Description:**
100% brand new and high quality.
**Feature:**
Made of high quality material, durable and stable for us to use.
LCD display makes you easy to read the results clearly in two lines display mode.
Portable handheld design, light-weight, easy to carry and take.
Can be used for Accounting Mathematic too ls.
Multifunctional mathematics calculator can be used to calculate advanced functions.
Perfect gifts and tools for students school and office use.
Calculator only, other accessories demo in the picture is not included!

**Specifications:**

**Top Selling**



**US $5.49**
★ 4.6                    108 Sold



**US $9.64**
★ 5.0                    63 Sold



**US $4.90**
★ 4.6                    11 Sold



**US $3.50**
★ 5.0                    46 Sold



**US $5.08**
★ 3.9                    24 Sold



View More >

Item Type: Calculator
Material: Plastic
Size: 160x110x80mm/6.2x4.3x3.1in
Color: As shown
Powered: by button battery
Applicable crowd: junior and senior high school, university, scientific research related personnel
Quantity: 1 Pc

Function:
1.Conventional calculation
2.Complex number calculation
3.Statistical calculation
4.Binary conversion (Cardinal Computing)
5.Equation calculation
6.Matrix calculation
7.Function table calculation
8.Vector computing

Note:
Transition: 1cm=10mm=0.39inch
Please allow 1-3mm error due to manual measurement. pls make sure you do not mind before you bid.
Due to the difference between different monitors, the picture may not reflect the actual color of the item. Thank you!

Package Includes:
1 x Calculator







162mm/6.38in

80mm/3.15in











## Customer Reviews (17)

| | | |
|---|---|---|
| 5 Stars | | 71% |
| 4 Stars | | 18% |
| 3 Stars | | 11% |
| 2 Stars | | 0% |
| 1 Star | | 0% |

**4.6** / 5 ★★★★★

All Stars (17) ▾ | Photos (2) | Additional Feedback (1)

☐ Only from your country    ☑ Translate to English                              Sort by default ▾

**F***.** ★★★★☆
🇪🇸 ES
Logistics: AliExpress Standard Shipping
El paquete vino en mal estado. sugiero que empaqueteis mejor y con protecciones   07 Jun 2021 01:52

Helpful?  Yes (0)  No (0)

**A***r** ★★★★★
🇸🇦 SA
Logistics: AliExpress Standard Shipping
Thank you fast delivery the product as requested is completely Autotype and Price good 👍 thank for Ali express thanks for the goods and goods and the seller beautiful experience 👍 with Ali express   15 Feb 2021 22:49

Helpful?  Yes (0)  No (0)

Additional Feedback
I recommend buying this item

**J***t** ★★★★★
🇪🇸 ES
Logistics: AliExpress Standard Shipping
Perfect scientific calculator. It'll be a short time. Good salesman. I'll buy more stuff again. Included box and instructions! In perfect condition   10 May 2021 14:01

Helpful?  Yes (0)  No (0)

**M***c** ★★★★★
🇭🇷 HR
Logistics: China Post Registered Air Mail
Fast delivered, calculate like a genuine Citizen. Recommend   19 Apr 2021 23:42

Helpful?  Yes (0)  No (0)

**R***s** ★★★★★
🇵🇹 PT
Logistics: AliExpress Standard Shipping

Like, is tough but everything works fine.　30 Mar 2021 10:19

Helpful?　Yes (0)　No (0)

**O***o**　★★★★☆
🇪🇸 ES
Logistics: AliExpress Saver Shipping
Looks like the loose plastic and cerra really bad.　09 Apr 2021 14:08



Helpful?　Yes (0)　No (0)

**J***o**　★★★★★
🇪🇸 ES
Logistics: AliExpress Saver Shipping
Perfect　10 Apr 2021 17:14

Helpful?　Yes (0)　No (0)

**Y***O**　★★★★☆
🇰🇷 KR
Logistics: AliExpress Standard Shipping
Citi season is not careful ㄲ　10 Jun 2021 04:24

Helpful?　Yes (0)　No (0)

**AliExpress Shopper**　★★★☆☆
🇪🇸 ES
Logistics: AliExpress Saver Shipping
Is my fault, seems is CITIZEN calculator, but it isn't. If you read carefully will see the same that you will receive C T T T Z
E N calculator. Anyway it works fine.　25 Mar 2021 05:48

Helpful?　Yes (0)　No (0)

**J***s**　★★★☆☆
🇪🇸 ES
Logistics: AliExpress Saver Shipping
It's not from the Ciitizen brand.　28 Mar 2021 11:16

Helpful?　Yes (0)　No (0)

‹　**1**　2　›

## Seller Recommendations


1Pc 3D Analog Sensor Stick Jo...
**US $0.99**
3 Sold


10pcs Anti Radiation Protect...
**US $5.88**
1 Sold


4 Pcs Right Angle 1/4" TS Mo...
**US $1.59**
1 Sold


Silicone Skin Cover Case For i...
**US $0.84**
9 Sold


Durable Cloth Headband Eas...
**US $1.73**
1 Sold


Universal 50Hz LP Vinyl Reco...
**US $8.64**
125 Sold


10 Set Hand Mounting Kits St...
**US $0.88**
6 Sold


Clip Design Universal Soft He...
**US $0.13**
3 Sold


Multi-functional Scientific Cal...
**US $6.47**
37 Sold


Silicone Replacement Wrist B...
**US $3.62**
10 Sold

## More To Love


Multi-functional Scientific Cal...
**US $6.84**
288 Sold


Full Function Computer Scien...
Free Shipping
**US $12.83**
228 Sold


OOTDTY Engineering Scientifi...
Free Shipping
**US $2.09**
337 Sold


Free shipping 1 Piece New Or...
Free Shipping
**US $25.18**
106 Sold


20 Modes Clitoral Sucking Vib...
Free Shipping
**US $19.09**
9942 Sold



Up to 30% off
Home Mania
Preview now

Sell on AliExpress ⌄ | Cookie Preferences | Help ⌄ | Buyer Protection | 📱 App | 🇺🇸 / English / USD ⌄ | ♡ Wish List | 👤 Account ⌄

**AliExpress**

**Digital Global Accessories Store** ⌄
94.1% Positive feedback

+ Follow
203 Followers

I'm shopping for...    🔍    🛒 0

On AliExpress | In this store

Store Home | Products ⌄ | Sale Items ⌄ | Top Selling | Feedback





### Multi-functional Scientific Calculator Computing Tools for School Office Use Supplies Students Stationery Gifts

⭐⭐⭐⭐⭐ 4.6 ⌄ | 17 Reviews  37 orders

Enjoy special discounts!

**US $6.47**   US $8.63 -25%    *New User Deal*

Instant discount: US $5.00 off per US $119.00 ⌄

US $2.00 First Order Coupon | US $1.00 off on US $20.00 | Get coupons

Quantity:
⊖ 892 ⊕   892 pieces available

**Shipping: US $13,306.98**
to United States via Fedex IE ⌄
Estimated Delivery on Aug 20 ⓘ

**Buy Now** | **Add to Cart** | ♡ 76

✓ **75-Day Buyer Protection**
Money back guarantee

     



## Digital Global Accessories Store

**Store Categories**

- Portable audio and video equipment
  - Earphone & Accessories
  - Microphone
  - Radio
- Game & Accessories
  - Gamepads
  - Accessories
- Electronic Cigarettes
  - Electronic Cigarette Kits
  - Cigarette Accessories
  - Cigarette Battery
- Smart Electronic
  - Wristbands
  - Watches cover
  - Home Audio&Video Equipments
  - Audio Amplifiers
- All kinds of screens
  - For Huawei
- Camera & Photo
  - Camera & Video Bags
  - Sports Camera
  - Mini accessories
- computer office
  - Stylus Pen Tip
  - Accessories & Parts
    - All kinds of holder
    - Battery Storage Boxes
    - Chargers
    - Digital Cables
    - Remote Control
    - Audio & Video Cables
    - Electrical Plugs & Adapters
    - other
  - 12.15
- Others

**Digital Global Acces...**
94.1% Positive Feedback
203 Followers
📞 Contact
+ Follow | Visit Store

 US $2.51
 US $16.66
 US $1.09
 US $0.83
 US $3.31
 US $1.79

OVERVIEW | CUSTOMER REVIEWS (17) | **SPECIFICATIONS**                Report Item

| | | | |
|---|---|---|---|
| Brand Name: NoEnName_Null | | Style: **Scientific** | |
| Max. Digits: **10** | | Certification: **NONE** | |
| Origin: **CN(Origin)** | | Power Source: **Battery** | |
| Material: **Plastic** | | Applicable Battery Type: **Coin Batteries** | |
| Size: **160x110x80mm/6.2x4.3x3.1in** | | | |

### Seller Recommendations


1Pc 3D Analog Sensor Stick Jo...
**US $0.99**
3 Sold


10pcs Anti Radiation Protect...
**US $5.88**
1 Sold


4 Pcs Right Angle 1/4" TS Mo...
**US $1.59**
1 Sold


Silicone Skin Cover Case For i...
**US $0.84**
9 Sold


Durable Cloth Headband Eas...
**US $1.73**
1 Sold


Universal 50Hz LP Vinyl Reco...


10 Set Hand Mounting Kits St...


Clip Design Universal Soft He...


Multi-functional Scientific Cal...


Silicone Replacement Wrist B...

## Store Categories

- ☰ **Portable audio and...**
  - Earphone &...
  - Microphone
  - Radio
- ☰ **Game & Accessories**
  - Gamepads
  - Accessories
- ☰ **Electronic Cigarettes**
  - Electronic Cigarette...
  - Cigarette Battery
- ☰ **Smart Electronic**
  - Wristbands
  - Watches cover
  - Home Audio&Video...
  - Audio Amplifiers
- ☰ **All kinds of screens**
  - For Huawei
- ☰ **Camera & Photo**
  - Sports Camera
  - Mini accessories
- ☰ **computer office**
  - Stylus Pen Tip
- ☰ **Accessories & Parts**
  - All kinds of holder
  - Battery Storage Boxes
  - Chargers
  - Digital Cables
  - Remote Control
  - Audio & Video Cables
  - other
- ☰ **12.15**
- ☰ **Others**

### Recommend

 Multi-functional Scientific Calcula...
US $6.47
Orders(37)

 Scientific Calculator Engineering F...
US $4.90
Orders(11)

 1Set HdMI Lvds Controller Board Dri...
US $9.64
Orders(63)

 2in1 AC 85V-265V E27 12W LED Lamp E...
US $5.49
Orders(108)

 18650 Battery DIY Power Bank Box Wi...
US $1.40
Orders(7)

 PBT 108 key Ahegao Keycap Dye Subli...
US $22.12
Orders(9)

 Professional Audio Mixer 4 Channels...
US $25.22
Orders(11)

 QC3.0 USB to 5V-12V Adjustable Volt...
US $1.35
Orders(5)

 DSLR Camera Cleaning Kit
US $5.20
Orders(25)

 Propeller Props Blades Fixer Holder...
US $1.24
Orders(4)

 Waterproof Cover for Ninebot G30 MA...
US $1.09
Orders(5)

 3 Color ABS Steering Wheel for Wii ...
US $2.70
Orders(1)

200cm DIY Aviation Headset Dual-plu...



## Seller Feedback

### Seller Summary

| | |
|---|---|
| Seller: | **Digital Global Accessories Store** |
| Positive Feedback (Past 6 months): | 94.1% 🟢 |
| AliExpress Seller Since: | 27 Jul 2020 |

### Detailed seller ratings 🟢

| | | | |
|---|---|---|---|
| Item as Described : | ★★★★★ | 4.6 (778 ratings) | 1.38% Lower than other sellers |
| Communication : | ★★★★★ | 4.6 (778 ratings) | 2.03% Lower than other sellers |
| Shipping Speed : | ★★★★★ | 4.5 (778 ratings) | 3.50% Lower than other sellers |

### Feedback History

| Feedback | 1 Month | 3 Months | 6 Months |
|---|---|---|---|
| Positive (4-5 Stars) | 76 | 288 | 717 |
| Neutral (3 Stars) | 3 | 5 | 16 |
| Negative (1-2 Stars) | 4 | 22 | 45 |
| Positive feedback rate | 95.0% | 92.9% | 94.1% |

Seller (Past 6 months) | Feedback Received as a Seller

Viewing 21 - 30          ◀ Previous  1  2  **3**  4  Next ▶

| Buyer | Transaction Details | Feedback |
|---|---|---|
| b***a | 4 Colors Print Head Printhead for H...<br>1 piece | ★☆☆☆☆ 12 May 2021 09:12<br>prodotto usato non funzionante. venduto per nuovo per compatibile. USATO devo riamandare il prodotto al mittente per il rimborso. Ribadisco venduto per nuovo per compatibile, in realta usato e non funzionante. |
| M***a | LED Dual USB Ports Solar Panel Powe...<br>1 piece | ★☆☆☆☆ 10 May 2021 19:51<br>No llego el cargador completo, como lo muestran, llego por partes, yo lo quería listo para usar |
| W***g | 2in1 AC 85V-265V E27 12W LED Lamp E...<br>1 piece | ★☆☆☆☆ 08 May 2021 02:32<br>Besteld ventilator met lamp fitting. Ontvangen ventilator met 2 draadjes voor een accu. Heel slecht! |
| D***a | Universal Magnet Waist Belt Clip Ve...<br>1 piece | ★☆☆☆☆ 24 Apr 2021 17:32<br>its poor quality :( |
| I***r | 3 Pcs/Set Screen Cleaner Solution f...<br>1 set | ★☆☆☆☆ 24 Apr 2021 05:21<br>the product never arrived |
| 3***r | Universal 50Hz LP Vinyl Record Play...<br>1 piece | ★☆☆☆☆ 24 Apr 2021 01:30<br>заказ отменили деньги вернули |
| N***o | LED Dual USB Ports Solar Panel Powe...<br>10 piece | ★★☆☆☆ 19 Apr 2021 07:58<br>Product is as expected, however, a few arrived broken. The boxes were not packed! Just put in a plastic bag without any protection. Please send the products in a cardboard box for the following customers. |
| N***o | LED Dual USB Ports Solar Panel Powe...<br>10 piece | ★★☆☆☆ 19 Apr 2021 07:58<br>Product is as expected, however, a few arrived broken. The boxes were not packed! Just put in a plastic bag without any protection. Please send the products in a cardboard box for the following customers. |
| A***v | Multifunctional 4K High Definition ...<br>2 piece | ★★☆☆☆ 18 Apr 2021 06:53<br>хрень, а не kvm. заказывал сразу 2. 1й экземпляр не переключает монитор на другой выход, во втором постоянно отключается мышь. посылка пришла со следами залитии будто в луже валялась. и это с платной-то доставкой. и да, кабелей hdmi нет в комплекте. |
| B***3 | 1Set Anti-slip Ear Pads Cup Earbuds...<br>1 set | ★★☆☆☆ 14 Apr 2021 07:14<br>There is no description for the siliconized case |

◀ Previous  1  2  **3**  4  Next ▶





# Digital Global Accessories Store

**Store Categories**

- Portable audio and...
  - Earphone &...
  - Microphone
  - Radio
- Game & Accessories
  - Gamepads
  - Accessories
- Electronic Cigarettes
  - Electronic Cigarette...
  - Cigarette Battery
- Smart Electronic
  - Wristbands
  - Watches cover
  - Home Audio&Video...
  - Audio Amplifiers
- All kinds of screens
  - For Huawei
- Camera & Photo
  - Sports Camera
  - Mini accessories
- computer office
  - Stylus Pen Tip
- Accessories & Parts
  - All kinds of holder
  - Battery Storage Boxes
  - Chargers
  - Digital Cables
  - Remote Control
  - Audio & Video Cables
  - other
- 12.15
- Others

Store Categories > Multi functional Scientific Calcu | 1 items found | Hide Filter

Best Match | Orders | New | price | Free Shipping | View

25 % OFF

**Multi-functional Scientific Calculator** Computing Tools for School Office Use Supplies Students Stationery Gifts

US $6.47 / piece ~~US $8.63 / piece~~

Feedbacks (17) | Orders(37)

Add to wish list

1

**Recommend**

Multi-functional Scientific Calcula...
US $6.47
Orders(37)

Scientific Calculator Engineering F...
US $4.90
Orders(11)

1Set HdMI Lvds Controller Board Dri...
US $9.64
Orders(63)

2in1 AC 85V-265V E27 12W LED Lamp E...
US $5.49
Orders(108)

18650 Battery DIY Power Bank Box Wi...
US $1.40
Orders(7)

PBT 108 key Ahegao Keycap Dye Subli...
US $22.12
Orders(9)

Professional Audio Mixer 4 Channels...
US $25.22
Orders(11)

QC3.0 USB to 5V-12V Adjustable Volt...
US $1.35
Orders(5)

Recently Viewed

## AliExpress

### Shipping Information

████████████████████

28W700 Perkins Ct
Naperville, Illinois, United States, 60564

+ Add new address

Select other addresses

### Payment Methods

+ Select payment method

### Order Review

Seller: Digital Global Accessories Store



Multi-functional Scientific Calculator Computing Tools for School Office Use Supplies Students Stationery Gifts

US $6.47

Shipping: US $13,306.98 via Fedex IE  Estimated delivery on Aug 20 >

− 892 +

+ Leave message

| | |
|---|---|
| Subtotal | US $5,771.24 |
| Shipping | US $13,306.98 |
| Seller Discount: | - US $5.00 |
| VAT ? | US $446.90 |
| Store Coupons ⌄ | |
| Total | US $19,520.12 |

## Order Summary

🎁 Select Coupon ⌄

💲 AliExpress Coupon ⌄

Promo Code

[            ]  Apply

Total  **US $19,520.12**

Place Order

Upon clicking "Place Order", I confirm I have read and acknowledge all terms and policies.

🛡 AliExpress

AliExpress keeps your information and payment safe

---

### Help

Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement

### AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

### Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

### Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

 Google Play   App Store

Intellectual Property Protection · Privacy Policy · Sitemap · Terms of Use · Information for EU consumers · User Information Legal Enquiry Guide
©2010-2021 AliExpress.com. All rights reserved.

8/9/2021

# AliExpress

I'm shopping for...

Cart 0 | Wish List

My AliExpress > Order List > **Order Detail**



| Place Order | Pay Success | Shipment | Order Complete |

Order Number: 8136501692297668

Status: **This order is awaiting your payment**

Reminder: Without payment, this order will be cancelled after: ⏰ **11days 23hours 59minutes 24seconds** .

**Pay Now** | **Cancel Order**

**Order** | Financial

Store: Digital Global Accessories Store ✉ Contact Seller

Contact Name : ▆▆▆▆▆▆▆▆

Address: 28W700 Perkins Ct

Naperville, Illinois, United States

Zip Code: 60564

Mobile: ▆▆▆▆▆▆

Tel: ▆

Fax:

| Product Details | Price Per Unit | Quantity | Tax | Order Total | Status |
|---|---|---|---|---|---|
| Multi-functional Scientific Calculator Computing Tools for School Office Use Supplies Students Stationery Gifts (Digital Global Accessories Store)   | $ 6.47 | 892 piece | $ 446.90 | $ 6,218.14 | Estimated Delivery Time: 11-11 Days Will be shipped within (Business days) 5 Days |

| | | | Product Amount | Shipping Cost | Tax | Total Amount |
|---|---|---|---|---|---|---|
| | | | US $ 5,771.24 | US $ 13,306.98 | US $ 446.90 | US $ 19,520.12 |

## Help

Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

## Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

## Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Google Play | App Store

Intellectual Property Protection · Privacy Policy · Sitemap · Terms of Use · Information for EU consumers · User Information Legal Enquiry Guide ©2010-2021 AliExpress.com. All rights reserved.



Need Help?



Help

Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

 

Intellectual Property Protection · Privacy Policy · Sitemap · Terms of Use · Information for EU consumers · User Information Legal Enquiry Guide ©2010-2021 AliExpress.com. All rights reserved.



Need Help?



Home Mania — Up to 30% off — Preview now

Sell on AliExpress ▾ | Help ▾ | Buyer Protection | App | 🇺🇸 / English / USD ▾ | ♡ Wish List | 👤 Account ▾

**AliExpress**

UE China Store ▾
97.0% Positive feedback
+ Follow
477 Followers

I'm shopping for...
🛒 0

On AliExpress | In this store

Store Home | Products ▾ | Sale Items | Top Selling | New Arrivals | Feedback



Digital Scientific Calculator 240 Functions 82MS Statistics Mathematics 2Line Display D-82MSP for student school undergraduate

★★★★★ 4.8 ▾ | 148 Reviews | 318 orders

## US $12.69

Color: blue



Ships From: China

China

Quantity:
− 10 + | 10% off (2 pieces or more) | Only 10 left

**Free Shipping**
to United States via Aliexpress Selection Standard ▾
Estimated Delivery on Sep 22 ⓘ

Buy Now | Add to Cart | ♡ 9581

🛡 **75-Day Buyer Protection** Money back guarantee | 🔄 **Free Return** Return for any reason within 15 days

---

## UE China Store



**Store Categories**
- tablet stand & phone Stand
- tablet and laptop case
- Cellphone Bag for Sport
- Calculator
- School & Office suplies
- Memory Card box
- hard drive Enclosure
- HDD Tray
  - For Dell Server
  - For HP Servers
  - For IBM Servers
  - For Sun Servers
  - For Lenovo Servers
  - For Laptop
  - For PC
- cable and adapter
- Others

**Top Selling**

US $12.69
★ 4.8  316 Sold

**UE China Store**
97.0% Positive Feedback
477 Followers
💬 Contact
+ Follow | Visit Store

US $12.99 | US $11.99 | US $59.99 | US $20.99 | US $9.99 | US $3.99

OVERVIEW | CUSTOMER REVIEWS (148) | SPECIFICATIONS | Report Item

12 Digit Desk Solar Calculator Large — USD 9.99/piece
12 Digit Desk Calculator Large — USD 11.99/piece
Brand New FX-991ES-C Original Scientific — USD 20.99/piece
Macaron blue pink 12 Digit Desk Solar — USD 7.99/piece

Digital Scientific Calculator 240 — USD 12.69/piece
12 Digit Desktop Calculator Large Big — USD 12.99/piece
12 Digit Desk Calculator Large — USD 6.99/piece
12 Digit Desk Calculator Large — USD 9.99/piece

**Digital Scientific Calculator 240 Functions Statistics Mathematics 2Line Display**

Digital Scientific Calculator 240 Functions Statistics Mathematics 2Line Display D-82MSP for student school  undergraduate

4colors
240 functions
Gift: two pens , 1 screwdriver , 2 coin batteries.

240 Functions / Dot Matrix /



**US $8.99**

⭐ 4.8     293 Sold



**US $9.19**

⭐ 4.8     845 Sold



**US $12.99**

⭐ 4.9     141 Sold



**US $9.99**

⭐ 4.9     118 Sold

View More ›

2-Line Display / 10+2 Digits / Plastic Keys

Multi-replay function, Matrix calculations, Equation calculations, Vector calculations, Differential calculations, SOLVE function

• 2-line display

• Fraction calculations

• Integration calculations

• Combination and Permutation

• Statistics (STAT-data editor, Standard deviation, Normal distribution calculations, Regression analysis)

• Base-n calculations / conversions

• Logical operations

• Complex number calculations

• CALC memory

• Engineering symbol calculations

• 40 scientific calculations

• 40 metric conversions (20 conversion pairs)

• 9 variable memories

• Comes with slide-on hard case

Best Price! Best Quality! Fast Shipping!





























## Customer Reviews (148)

| | | |
|---|---|---|
| 5 Stars | ▬▬▬▬▬▬▬▬▬ | 90% |
| 4 Stars | ▬ | 5% |
| 3 Stars | ▪ | 3% |
| 2 Stars | | 1% |
| 1 Star | | 1% |

**4.8** / 5 ★★★★★

All Negative (3) ⌄    Photos (1)    Additional Feedback (0)

☐ Only from your country    ☑ Translate to English      Sort by default ⌄

**AliExpress Shopper** ★★☆☆☆
🟩 SA
Color: black   Ships From: China   Logistics: Aliexpress Direct
14 جيدا Mar 2021 22:47



Helpful?   Yes (0)   No (0)

**D***r** ★☆☆☆☆
🇩🇪 DE
Color: black   Ships From: China   Logistics: AliExpress Standard Shipping
The product has not delivered at all!!!!! Even though it marked as "delivered successfully" !!! Just keep away to save your money. 21 Jun 2021 14:43

Helpful?   Yes (2)   No (0)

**N***z** ★☆☆☆☆
🇨🇱 CL
Color: pink   Ships From: China   Logistics: AliExpress Standard Shipping
No llego   04 Apr 2021 07:59

Helpful?   Yes (0)   No (0)

‹   **1**   ›

## Buyer Questions & Answers (10)

**❓ How to turn off the calculator?**
💬 u click on shift then ac

**❓ When writing fast you write everything? Or should it be slow to get all the data noted?**
💬 Excellent👍

**❓ Can you change the points and commas to European notation? That is, you can visyalize 1,234.56 and 1.234,56**
💬 Yes, you can

**❓ Are the buttons rubber or plastic?**
💬 They're not rubber, they're like hard

**❓ How long does it take to get there?**

‹   **1**   2   ›

## Seller Recommendations



New arrival Colors School Pe...
**US $4.99**
1 Sold

New Colorful Portable Hard ...
Free Shipping
**US $9.99**
1 Sold

12 Digit Desk Calculator Larg...
Free Shipping
**US $7.99**
10 Sold

pocket size 8 Digits Display C...
**US $2.29**
11 Sold

12 Digit Desk Calculator Larg...
Free Shipping
**US $11.99**
8 Sold



 10 Digit Desk Calculator Big B...
Free Shipping
US $8.99

 Foldable Desktop Wooden H...
US $6.99
8 Sold

 pocket size 8 Digits Display C...
US $4.99

 Macaron blue pink 12 Digit D...
Free Shipping
US $7.99
34 Sold

 Digital Scientific Calculator 25...
US $16.99

## More To Love

 Multi-functional Scientific Cal...
US $6.84
288 Sold

 Foldable Calculator & 6 Inch ...
US $10.80
1030 Sold

 Brand New FX-991ES-PLUS O...
Free Shipping
US $13.99
115 Sold

 12 Digit Desktop Calculator L...
Free Shipping
US $12.99
141 Sold

 Pink Pig Solid Glue Stick Safe ...
US $5.01
1 Sold

 Digital Scientific Calculator 24...
Free Shipping
US $12.34
19 Sold

 Portable Scientific Calculator ...
Free Shipping
US $10.49
2 Sold

 Multi-functional Scientific Cal...
Free Shipping
US $11.15
12 Sold

 Multi-functional Scientific Cal...
US $10.49
20 Sold

 Wireless Remote Control Dild...
Free Shipping
US $18.76
3157 Sold

 Multifunction Scientific Calcul...
Free Shipping
US $12.16
4 Sold

 Luxury Gold Office Electronic...
Free Shipping
US $10.99
171 Sold

 Cartoon Lovely pink Function...
Free Shipping
US $10.99
39 Sold

 School Engineering Scientific ...
Free Shipping
US $4.95
741 Sold

 Golden text custom engrave...
Free Shipping
US $1.32
1757 Sold

 Scientific Calculator Portable ...
Free Shipping
US $4.01
27 Sold

 Fold Science Function Calcula...
Free Shipping
US $13.70
20 Sold

 Portable Digit Calculator Kaw...
US $0.90
277 Sold

 Casio Calculator FX-991ES Plu...
US $34.99
1 Sold

 Nordic Modern Creativity Ani...
US $3.78

 Digit Portable Desk Calculato...
US $4.40
26 Sold

 Full Function Computer Scien...
Free Shipping
US $12.83
228 Sold

 Multi-functional Scientific Cal...
Free Shipping
US $7.13
18 Sold

 12 Digit Desk Calculator Large...
Free Shipping
US $9.99
76 Sold

 Summer 500ml Portable Lea...
US $0.99
12 Sold

 6/7pcs/set 0.5mm Roller Pen ...
Free Shipping
US $0.99
2582 Sold

12 Digits Electronic Calculato...
US $1.55
457 Sold

Hp39gii Graphing Calculator ...
Free Shipping
US $36.17
23 Sold

TWISTER.CK Portable Scientifi...
US $3.56
2 Sold

Deli Aluminium Ruler Set 4pc...
Free Shipping
US $0.99
238 Sold

8/9/2021
Case 1:23-cv-00895 Document 1-13 Filed 02/14/23 Page 36 of 207 PageID #:213
Digital Scientific Calculator 240 Functions 82MS Statistics Mathematics 2Line Display D-82MSP for student school undergraduate | calculators| - AliExpress



Up to 30% off
Home Mania
Preview now

Sell on AliExpress ▾　　Help ▾　　Buyer Protection　　App　　🇺🇸 / English / USD ▾　　♡ Wish List　　👤 Account ▾

**AliExpress**

UE China Store ▾
97.0% Positive feedback

+ Follow
477 Followers

I'm shopping for...　🛒 0

On AliExpress　　In this store

Store Home　　Products ▾　　Sale Items　　Top Selling　　New Arrivals　　Feedback



     

Digital Scientific Calculator 240 Functions 82MS Statistics Mathematics 2Line Display D-82MSP for student school undergraduate

★★★★★ 4.8 ▾　148 Reviews　318 orders

## US $12.69

Color: blue

   

Ships From: China

China

Quantity:
－　10　＋　10% off (2 pieces or more)
Only 10 left

**Free Shipping**
to United States via Aliexpress Selection Standard ▾
Estimated Delivery on Sep 22 ⓘ

[ Buy Now ]　[ Add to Cart ]　♡ 9581

🛡 **75-Day Buyer Protection**　Money back guarantee
↩ **Free Return**　Return for any reason within 15 days

---

## UE China Store

**Store Categories**
- tablet stand & phone Stand
- tablet and laptop case
- Cellphone Bag for Sport
- Calculator
- School & Office suplies
- Memory Card box
- hard drive Enclosure
- HDD Tray
  - For Dell Server
  - For HP Servers
  - For IBM Servers
  - For Sun Servers
  - For Lenovo Servers
  - For Laptop
  - For PC
- cable and adapter
- Others

UE China Store
97.0% Positive Feedback
477 Followers

💬 Contact

+ Follow　　Visit Store

 US $12.99
 US $11.99
 US $59.99
US $20.99
US $9.99
US $3.99

| OVERVIEW | CUSTOMER REVIEWS (148) | **SPECIFICATIONS** | | Report Item |

### SPECIFICATIONS

| | | | |
|---|---|---|---|
| Brand Name: Eunaimee | | Style: Scientific | |
| Max. Digits: 12 | | Certification: CE | |
| Origin: CN(Origin) | | Power Source: Battery | |
| Usage: Calendar | | Material: Plastic | |
| Model Number: 82MS | | Applicable Battery Type: Coin Batteries | |

### Seller Recommendations



New arrival Colors School Pe...
**US $4.99**
1 Sold

New Colorful Portable Hard ...
Free Shipping
**US $9.99**
1 Sold


12 Digit Desk Calculator Larg...
Free Shipping
**US $7.99**
10 Sold

pocket size 8 Digits Display C...
**US $2.29**
11 Sold


12 Digit Desk Calculator Larg...
Free Shipping
**US $11.99**
8 Sold

**Top Selling**



US $12.69
★ 4.8　316 Sold

## Seller Feedback

**Store Categories**

- tablet stand & phone...
- tablet and laptop...
- Cellphone Bag for...
- Calculator
- School & Office...
- Memory Card box
- hard drive Enclosure
- HDD Tray
  - For Dell Server
  - For HP Servers
  - For IBM Servers
  - For Sun Servers
  - For Lenovo Servers
  - For Laptop
  - For PC
- cable and adapter
- Others



### Seller Summary

| | |
|---|---|
| Seller: | **UE China Store** |
| Positive Feedback (Past 6 months): | 97.0% |
| AliExpress Seller Since: | **08 Jul 2010** |

### Detailed seller ratings

| | | | |
|---|---|---|---|
| Item as Described : | ⭐⭐⭐⭐⭐ 4.8 (1410 ratings) | 1.42% Higher | than other sellers |
| Communication : | ⭐⭐⭐⭐⭐ 4.8 (1410 ratings) | 1.90% Higher | than other sellers |
| Shipping Speed : | ⭐⭐⭐⭐⭐ 4.8 (1410 ratings) | 2.17% Higher | than other sellers |

### Feedback History

| Feedback | 1 Month | 3 Months | 6 Months |
|---|---|---|---|
| Positive (4-5 Stars) | 186 | 652 | 1,338 |
| Neutral (3 Stars) | 5 | 15 | 28 |
| Negative (1-2 Stars) | 3 | 15 | 41 |
| Positive feedback rate | 98.4% | 97.8% | 97.0% |

**Recommend**

 Brand New FX-991ES-PLUS Original ...
US $13.99
Orders(115)

 Digital Scientific Calculator 240 F...
US $12.69
Orders(316)

 Brand New FX-991ES-C Original Scien...
US $20.99
Orders(9)

 New Science function big large Scre...
US $14.99
Orders(4)

 12 Digit Desk Solar Calculator Larg...
US $9.99
Orders(118)

 12 Digit Desktop Calculator Large B...
US $12.99
Orders(141)

 8pcs/set School Maths Geometry Comp...
US $8.99
Orders(293)

 6pcs New FX-991ES-PLUS Original Sc...
US $59.99
Orders(4)

 10 Digital Scientific Calculator 24...
US $11.99
Orders(6)

 pocket size 8 Digits Display Cartoo...
US $3.99
Orders(30)

 Premium Car Back Seat Headrest Moun...
US $9.19
Orders(845)

 Universal Bag for Sports Arm Band ...
US $9.99
Orders(204)

 Eunaimee Tablet e-book slim cover f...
US $14.99
Orders(1)

 12 Digit Desk Calculator Large
US $9.99
Orders(76)

 New 3in1 Mini Portable Metal
US $20.99
Orders(166)

 Dual SSD HDD Mounting Bracket 3.5
US $8.79
Orders(24)

 2.5 Inch skin Hard Drive protector ...
US $3.99
Orders(76)



| Seller (Past 6 months) | Feedback Received as a Seller |
|---|---|

Viewing 11 - 20

◀ Previous  1  **2**  3  ...  Next ▶

| Buyer | Transaction Details | Feedback |
|---|---|---|
| T***u | 12 Digit Desk Solar Calculator Larg... / 1 piece | ⭐⭐ 08 Jun 2021 07:11 / Emplacements des touches non logiques(a mon goût) |
| E***v | 2.5"SSD/Hard Drive to 3.5" Drive Ba... / 1 piece | ⭐ 08 Jun 2021 05:08 / прислали чехол от какого-то телефона. Открыл спор. Кое-как деньги вернули. |
| T***n | Premium Car Back Seat Headrest Moun... / 2 piece | ⭐⭐ 31 May 2021 13:48 / Poor quality |
| A***v | Premium Car Back Seat Headrest Moun... / 1 piece | ⭐ 29 May 2021 23:04 / Really nothing related to "premium". iPad lock doesn't lock the iPad. Trembling while the car is moving. Terrible quality. Waste of money |
| k***g | 12 Digit Desk Calculator Large Butt... / 1 piece | ⭐⭐ 20 May 2021 04:33 / 빠르게 잘받아서 기분좋게 베터리끼고 테스트해봤는데 00누르고 더하기 3만하면 에러남. 예를들면 50000+3000 할때 0으로 4번말고 00두번누르고 플러스 3 가는순간 상형문자들이 뜸. 물건 다시보내준다고 설명해주었지만 시험에 쓰려고 신거라 반불요청함. 대응이나 배송이나 다 마음에 들었으나 물건이 불량와서 안타까웠음. |
| E***k | 10 Digital Scientific Calculator 55... / 1 piece | ⭐ 07 May 2021 22:46 / fx82 התמונה שהוצגה מטעותת. מדובר המחשבון הכי פשוט |
| B***a | Premium Car Back Seat Headrest Moun... / 1 piece | ⭐ 05 May 2021 05:47 / I never reserved this item |
| C***o | 2.5 Inch skin Hard Drive protector ... / 1 piece | ⭐ 01 May 2021 17:26 / No llego nada |
| V***v | 2.5"SSD/Hard Drive to 3.5" Drive Ba... / 1 piece | ⭐ 26 Apr 2021 00:37 / Товар так и не пришёл оценить его невозможно. |
| R***z | 2.5 Inch Portable Hard Drive protec... / 2 piece | ⭐⭐ 24 Apr 2021 10:23 / No coinciden los colores que solicité |

◀ Previous  **2**  3  ...  Next ▶

Recently Viewed

Sell on AliExpress ⌄    Buyer Protection    Help ⌄    📱 Save big on our app!    Ship to 🇺🇸 / USD ⌄    Language ⌄

**AliExpress**    I'm shopping for...    On AliExpress | In this store    🛒 0    ♡    👤

UE China Store    Open 11 year(s)    97.0% Positive feedback ⌃    FOLLOW    477 Followers

## UE China Store

🔍

| Store Home | Products ⌄ | Sale Items | Top Selling | New Arrivals | Feedback |

Home > Store Home > Products

### Store Categories

- tablet stand & phone...
- tablet and laptop...
- Cellphone Bag for...
- Calculator
- School & Office...
- Memory Card box
- hard drive Enclosure
- HDD Tray
  - For Dell Server
  - For HP Servers
  - For IBM Servers
  - For Sun Servers
  - For Lenovo Servers
  - For Laptop
  - For PC
- cable and adapter
- Others

### Recommend

 Brand New FX-991ES-PLUS Original ...
US $13.99
Orders(115)

 Digital Scientific Calculator 240 F...
US $12.69
Orders(316)

 Brand New FX-991ES-C Original Scien...
US $20.99
Orders(9)

 New Science function big Large Scre...
US $14.99
Orders(4)

 12 Digit Desk Solar Calculator Larg...
US $9.99
Orders(118)

 12 Digit Desktop Calculator Large B...
US $12.99
Orders(141)

 8pcs/set School Maths Geometry Comp...
US $8.99
Orders(293)

 6pcs New FX-991ES-PLUS Original Sc...
US $59.99
Orders(4)

 10 Digital Scientific Calculator 24...
US $11.99
Orders(6)

 pocket size 8 Digits Display Cartoo...
US $3.99
Orders(30)

 Premium Car Back Seat Headrest Moun...
US $9.19
Orders(845)

 Universal Bag for Sports Arm Band ...
US $9.99
Orders(204)

Eunaimee Tablet e-book slim cover f...
US $14.99
Orders(1)

---

Store Categories >    Calculator 🔍    28 items found    Hide Filter ⌄

**Best Match**    Orders ⇅    New ⇅    price ⇅    ☐ Free Shipping    View ⊞ ☰ ◁ ▷

 

12 Digit Desk Calculator Large Buttons Financial...
**US $7.99** / piece
Orders(10)

12 Digit Desktop Calculator Large Big Buttons Financial...
**US $12.99** / piece
Orders(141)

6pcs New FX-991ES-PLUS Original Scientific Calculator...
**US $10.00** / piece
Min. Order : 6 pieces
Orders(4)

New Science function big Large Screen Calculator 240...
**US $14.99** / piece
Orders(4)

   

Brand New FX-991ES-PLUS Original Scientific Calculator...
**US $13.99** / piece
Orders(115)

12 Digit Desk Solar Calculator Large Buttons Financial...
**US $9.99** / piece
Orders(118)

pocket size 8 Digits Display Cartoon Mini Ultra-thin...
**US $3.99** / piece
Orders(30)

Digital Scientific Calculator 240 Functions 82MS...
**US $12.69** / piece
Orders(319)

   

12 Digit Desk Calculator Large Buttons Financial...
**US $9.99** / piece
Orders(76)

12 Digit Desktop Calculator Large Big Buttons Financial...
**US $11.50** / piece
Min. Order : 2 pieces
Order(1)

12 Digit Desk Calculator Large Buttons Financial...
**US $11.99** / piece
Orders(8)

10 Digital Scientific Calculator 240 Functions...
**US $11.99** / piece
Orders(6)

Recently Viewed    1/3



AliExpress

**Shipping Information**

███████████

1001 Foster Ave,
Bensenville, Illinois, United States, 60106

+ Add new address
Select other addresses

**Payment Methods**

WESTUNION

Change

**Order Review**

Seller: UE China Store

Digital Scientific Calculator 240 Functions 82MS Statistics Mathematics 2Line Display D-82MSP for student school undergraduate

Color: blue    Ships From: China

US $11.43

10

Free Shipping via Aliexpress Selection Standard  Estimated delivery on Sep 22 ›

+ Leave message

| | |
|---|---|
| Subtotal | US $114.30 |
| Shipping | US $0.00 |
| VAT ⑦ | US $9.15 |
| 🟧 Store Coupons | ⌄ |
| Total | US $123.45 |

**Order Summary**

🟥 Select Coupon    ⌄
🟥 AliExpress Coupon    ⌄

Promo Code

Apply

Total    **US $123.45**

Place Order

Upon clicking "Place Order", I confirm I have read and acknowledge all terms and policies.

🛡 AliExpress

AliExpress keeps your information and payment safe

Help

Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Google Play   App Store

Intellectual Property Protection · Privacy Policy · Sitemap · Terms of Use · Information for EU consumers · User Information Legal Enquiry Guide
©2010-2021 AliExpress.com. All rights reserved.



Help
Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement

AliExpress Multi-Language Sites
Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category
All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

Alibaba Group
Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

 

Intellectual Property Protection · Privacy Policy · Sitemap · Terms of Use · Information for EU consumers · User Information Legal Enquiry Guide ©2010-2021 AliExpress.com. All rights reserved.



8/9/2021



AliExpress

Buyer Protection | Help | Save big on our app! | Ship to 🇺🇸 / USD | Language

I'm shopping for...

Cart 0 | Wish List

My AliExpress > Order List > Order Detail

| Place Order | Pay Success | Shipment | Order Complete |

Order Number: 8136905036909900

Status: **This order is awaiting your payment**

Reminder: Without payment, this order will be cancelled after: 😟 **11days 23hours 59minutes 25seconds** .

Pay Now | Cancel Order

Order | Financial

**Total Amount**

| Price | Shipping Cost | Adjust Price | Discount | Tax | Total Amount |
|-------|---------------|--------------|----------|-----|--------------|
| US $ 114.30 | US $ 0.00 | US $ 0.00 | | US $ 9.15 | US $ 123.45 |

**Payment Received:**

| Total | Received | Payment Method | Date Received |
|-------|----------|----------------|---------------|

Help

Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

 Google Play |  App Store

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - User Information Legal Enquiry Guide ©2010-2021 AliExpress.com. All rights reserved.



Need Help?

Case 1:23-cv-00895-Document 1-3 Filed 02/14/23 Page 42 of 207 PageID #:319 - AliExpress



Sell on AliExpress ▾     Help ▾     Buyer Protection     📱 App     🇺🇸 / English / USD ▾     ♡ Wish List     👤 Account ▾

**AliExpress**     UKE Store ▾          + Follow
92.0% Positive feedback     181 Followers

I'm shopping for...          🛒 0
On AliExpress | In this store

Store Home     Products ▾     Sale Items ▾     Top Selling     Feedback






Multi-functional Scientific Calculator Computing Tools for School Office Use Supplies Students Stationery Gifts

★★★★★ 5.0 ▾ | 1 Review   6 orders

**US $11.12**   ~~US $15.89~~  -30%

Instant discount: US $1.00 off per US $35.00 ▾

US $1.00 off on US $38.00   Get coupons

Quantity:
− 490 +   490 pieces available

**Shipping: US $1,125.06**
to United States via DHL ▾
Estimated Delivery on Aug 20 ⓘ

**Buy Now**     **Add to Cart**     ♡ 9

✓ **75-Day Buyer Protection**
   Money back guarantee

    

---

## UKE Store

UKE Store

92.0% Positive Feedback
181 Followers
○ Contact

+ Follow     Visit Store

### Store Categories

· Radio
▾ Computer Accessories
   Stylus
   Phone holder
   Other Computer
   Accessories
   3D printed parts and
   accessories
   Keyboard
   Headphone
   Network card
   Drawing board
   RAM
   Pager
   Carbon Monoxide
   Detector
· Mouse And Mouse Pad
· Phone Screen Amplifier
▾ Plugs and Connectors
▾ Office& School Supplie
   Calculator
   Other Office& School
   Supplie
   Pen and penholder
▾ Sales Item
   30% Off
   40% Off
   45% off
   50% off
· For DJI Drone
· For FIMI
▾ Phone case
   iPhone Case
   Samsung case
· Others

**OVERVIEW**     CUSTOMER REVIEWS (1)     SPECIFICATIONS          Report Item

**Multi-functional Scientific Calculator Computing Tools for School Office Use Supplies Students Stationery Gifts**

Description:
100% brand new and high quality.
Feature:
Made of high quality material, durable and stable for us to use.
LCD display makes you easy to read the results clearly in two lines display mode.
Portable handheld design, light-weight, easy to carry and take.
Can be used for Accounting Mathematic tools.
Multifunctional mathematics calculator can be used to calculate advanced functions.
Perfect gifts and tools for students about and office use.
Calculator only, other accessories demo in the picture is not included!

Specifications:
Item Type: Calculator
Material: Plastic
Size: 160x110x80mm/6.2x4.3x3.1in
Color: As shown
Powered: by button battery
Quantity: 1 Pc

Note:
Transition: 1cm=10mm=0.39inch
Please allow 1-3mm error due to manual measurement. pls make sure you do not mind before you bid.
Due to the difference between different monitors, the picture may not reflect the actual color of the item. Thank you!

Package Includes:
1 x Calculator

⊕

8/9/2021

**Top Selling**



US $4.49

⭐ 4.5      319 Sold

US $11.62

⭐ 4.4      152 Sold



US $3.82

⭐ 4.8      209 Sold



US $1.99

⭐ 4.9      82 Sold



US $4.25

⭐ 4.6      42 Sold

View More ›















## Customer Reviews (1)

| | | |
|---|---|---|
| 5 Stars | | 100% |
| 4 Stars | | 0% |
| 3 Stars | | 0% |
| 2 Stars | | 0% |
| 1 Star | | 0% |

5.0 / 5 ★★★★★

All Stars (1) ▾   Photos (0)   Additional Feedback (0)

☐ Only from your country   ☑ Translate to English                    Sort by default ▾

V***v
★★★★★
🇧🇬 BG          Logistics: China Post Registered Air Mail
                06 May 2021 14:09

                                          Helpful?   Yes ( 0 )   No ( 0 )

                                                            ‹   **1**   ›

### More To Love

**Links**

**Related Search**

| | | |
|---|---|---|
| deli calculator metal | filter sharp | lapidary jewelry tools |
| fallout mask | minipro | calcul |
| case hp 50g | 8800 battery | calculator citizen |
| multitul | graphic programmable calculator | graphical calculator scientific |

**Ranking Keywords**

xiaomi note 9 houses mario



This product belongs to   **Home** , and you can find similar products at   **All Categories** , **Computer & Office** , **Office Electronics** , **Calculators**

Case 1:23-cv-00895 Document 1-3 Filed 02/14/23 Page 46 of 207 PageID #:333



Multi-functional Scientific Calculator Computing Tools for School Office Use Supplies Students Stationery Gifts

★★★★★ 5.0 ⌄  1 Review  6 orders

## US $11.12  US $15.89  -30%

Instant discount: US $1.00 off per US $35.00 ⌄

US $1.00 off on US $38.00  Get coupons

Quantity:
— 490 + 490 pieces available

**Shipping: US $1,125.06**
to United States via DHL ⌄
Estimated Delivery on Aug 20 ⌾

[ Buy Now ]  [ Add to Cart ]  ♡ 9

⊘ **75-Day Buyer Protection**
Money back guarantee




    

---

## UKE Store

UKE Store
92.0% Positive Feedback
181 Followers
💬 Contact

[ + Follow ]  [ Visit Store ]

### Store Categories

- Radio
- ▾ Computer Accessories
  - Stylus
  - Phone holder
  - Other Computer Accessories
  - 3D printed parts and accessories
  - Keyboard
  - Headphone
  - Network card
  - Drawing board
  - RAM
  - Pager
  - Carbon Monoxide Detector
- ▸ Mouse And Mouse Pad
- ▸ Phone Screen Amplifier
- ▸ Plugs and Connectors
- ▾ Office& School Supplie
  - Calculator
  - Other Office& School Supplie
  - Pen and penholder
- ▾ Sales Item
  - 30% Off
  - 40% Off
  - 45% off
  - 50% off
- ▸ For DJI Drone
- ▸ For FIMI
- ▾ Phone case
  - iPhone Case
  - Samsung case
- ▸ Others

OVERVIEW    CUSTOMER REVIEWS (1)    **SPECIFICATIONS**    Report Item

Brand Name: FARAJIAJ                Style: Scientific
Max. Digits: 10                     Certification: NONE
Origin: CN(Origin)                  Power Source: Battery
Material: Plastic                   Applicable Battery Type: Coin Batteries

### More To Love

Links

Related Search

deli calculator metal          filter sharp          lapidary jewelry tools
fallout mask                   minipro               calcul
case hp 50g                    8800 battery          calculator citizen
multitul                       graphic programmable calculator    graphical calculator scientific

Ranking Keywords

xiaomi note 9 houses mario

This product belongs to  Home , and you can find similar products at  All Categories , Computer & Office , Office Electronics , Calculators .



**Store Categories**

- Radio
- Computer Accessories
  - Stylus
  - Phone holder
  - Other Computer...
  - 3D printed parts and...
  - Keyboard
  - Headphone
  - Network card
  - Drawing board
  - RAM
  - Pager
  - Carbon Monoxide...
- Mouse And Mouse Pad
- Phone Screen...
- Plugs and Connectors
- Office& School...
  - Calculator
  - Other Office& School...
  - Pen and penholder
- Sales Item
  - 30% Off
  - 40% Off
  - 45% off
  - 50% off
- For DJI Drone
- For FIMI
- Phone case
  - iPhone Case
  - Samsung case
- Others

## Seller Feedback

### Seller Summary

| | |
|---|---|
| Seller: | **UKE Store** |
| Positive Feedback (Past 6 months): | **92.0%** |
| AliExpress Seller Since: | **06 Nov 2019** |

### Detailed seller ratings

| | | | |
|---|---|---|---|
| Item as Described : | ⭐⭐⭐⭐ 4.5 (1335 ratings) | **3.45% Lower** | than other sellers |
| Communication : | ⭐⭐⭐⭐ 4.6 (1335 ratings) | **1.19% Lower** | than other sellers |
| Shipping Speed : | ⭐⭐⭐⭐ 4.5 (1335 ratings) | **1.37% Lower** | than other sellers |

### Feedback History

| Feedback | 1 Month | 3 Months | 6 Months |
|---|---|---|---|
| Positive (4-5 Stars) | 279 | 759 | 1,179 |
| Neutral (3 Stars) | 13 | 29 | 60 |
| Negative (1-2 Stars) | 18 | 50 | 103 |
| Positive feedback rate | 93.9% | 93.8% | 92.0% |



Seller (Past 6 months) | Feedback Received as a Seller

Viewing 1 - 10

Previous 1 2 ... Next

| Buyer | Transaction Details | Feedback |
|---|---|---|
| A***k | 2 in 1 Touch Screen Pen Stylus Thin...<br>1 piece | ⭐ 07 Aug 2021 23:54<br>не работает на Samsung |
| E***n | FM Radio Antenna 75 Ohm Dipole Indo...<br>1 piece | ⭐⭐ 06 Aug 2021 12:54<br>I ordered an antenna with a male f type connector. Unfortunately I received an antenna with a female connector. I wrote the store serval times and attached photos but with no understanding from the store. |
| y***k | Capacitive Stylus S Pen For Samsung...<br>1 piece | ⭐⭐ 05 Aug 2021 23:08<br>נראה עשוי קרטון ממותחר, לא איכותי בכלל |
| E***a | S1 Gaming Mouse 7 Colors LED Backli...<br>1 piece | ⭐ 04 Aug 2021 15:16<br>veio com defeito demorou 2 meses pra chegar e veio com defeito sacanagem |
| I***y | 2 in 1 Touch Screen Pen Stylus Thin...<br>1 piece | ⭐ 03 Aug 2021 12:13<br>As above |
| I***y | 2 in 1 Touch Screen Pen Stylus Thin...<br>1 piece | ⭐ 03 Aug 2021 12:13<br>Useless. Have to wet the tip with alcohol for stylus to work. Smudges screen, poorly responsive. Or does not work at all. Dont waste your money. |
| J***h | Portable Radio AM FM Receiver Teles...<br>1 piece | ⭐⭐ 01 Aug 2021 22:20<br>too small |
| 7***r | Portable 3.5mm Mini Stereo Speaker ...<br>1 piece | ⭐⭐ 31 Jul 2021 20:13<br>звук динамика оставляет желать лучшего. увеличивает звук незначительно. очень жаль. радует, что посылка пришла быстро |
| A***. | For Creality Original 3D Printer Pa...<br>1 piece | ⭐ 30 Jul 2021 17:10<br>seller doesn't send order, it was out of stock, but he don't return money till I open dispute |
| C***s | For A4tech Bloody V7M USB 3D Wired ...<br>1 piece | ⭐ 29 Jul 2021 23:28<br>vendedor desonesto! diz que tem produto, você compra ele não tem... faz fake do envio e depois cancela! deveria ser banida essa loja mal caráter! não comprem dele! |

Previous 1 2 ... Next

**Help**

Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement

AliExpress Multi-Language Sites

Recently Viewed



Sell on AliExpress ⌄   Buyer Protection   Help ⌄   📱 Save big on our app!   Ship to 🇺🇸 / USD ⌄   Language ⌄

AliExpress   ☰ ▾   | I'm shopping for... | On AliExpress | In this store |   🛒 0   ♡   👤

UKE Store   Open 1 year(s) ⌄   FOLLOW   181 Followers

# UKE Store

| Store Home | Products ⌄ | Sale Items ⌄ | Top Selling | Feedback |

Home > Store Home > Products

## Store Categories

**Store Categories >**  Calculator 🔍   7 items found   Hide Filter ⌃

Related Categories   **Calculators** (5)   **Digital Tablets** (1)   **Mathematics** (1)

- Radio
- Computer Accessories
  - Stylus
  - Phone holder
  - Other Computer...
  - 3D printed parts and...
  - Keyboard
  - Headphone
  - Network card
  - Drawing board
  - RAM
  - Pager
  - Carbon Monoxide...
- Mouse And Mouse Pad
- Phone Screen...
- Plugs and Connectors
- Office& School...
  - Calculator
  - Other Office& School...
  - Pen and penholder
- Sales Item
  - 30% Off
  - 40% Off
  - 45% off
  - 50% off
- For DJI Drone
- For FIMI
- Phone case
  - iPhone Case
  - Samsung case
- Others

Best Match   Orders ⇓   New ⇓   price ⇕   ☐ Free Shipping   View ⊞ ☰ ◁ ▷



Multi-functional Scientific Calculator Computing Tools...
US $11.12 / piece
US $15.89 / piece
Orders(6)

Solar Battery Desktop Calculator Basic 12-Digit Large...
US $7.12 / piece
US $10.17 / piece
Orders(16)

1PCs Mini Calculator Ultra Thin Credit Card Sized...
US $2.39 / piece
US $3.41 / piece
Orders(19)

1pcs Solar Mini Calculator Magnifier Multifunction 10cm...
US $2.52 / piece
US $3.60 / piece
Orders(9)

Standard Abacus Chinese Japanese Calculator Counting...
US $8.59 / piece
US $12.27 / piece

12 Digit Desk Calculator Large Buttons Financial...
US $8.39 / piece
Order(1)

Foldable Calculator LCD Writing Tablet Digital Drawing...
US $15.88 / piece
US $22.69 / piece

◁ 1 ▷

## Recommend

Multi-functional Scientific Calcula...
US $11.12
Orders(6)

S1 Gaming Mouse 7 Colors LED Backli...
US $1.99
Orders(234)

New Mobile Phone Screen Magnifier 3...
US $1.99
Orders(319)

Capacitive Stylus S Pen For Samsung...
US $3.72
Orders(93)

100pcs Mechanical Keyboard Black Bl...
US $11.62
Orders(152)

5Pcs/Set Replacement Coil Heads For...
US $4.62
Orders(21)

2 in 1 Touch Screen Pen Stylus Thin...
US $4.12
Orders(95)

Keyboard Stickers Laptop Spanish/En...
US $1.99
Orders(82)

keyboard stickers alphabet keyboard...
US $1.99
Orders(34)

Recently Viewed





**AliExpress**

## Shipping Information

▬▬▬▬▬▬

1001 Foster Ave,
Bensenville, Illinois, United States, 60106

+ Add new address
Select other addresses

## Payment Methods

🏛 Bank Transfer   Wire Transfer     Change

## Order Review

Seller: UKE Store

Multi-functional Scientific Calculator Computing Tools for School Offic e Use Supplies Students Stationery Gifts

US $11.12

Shipping: US $1,125.06 via DHL Estimated delivery on Aug 20 ›

− 490 +

+ Leave message

| | |
|---|---|
| Subtotal | US $5,448.80 |
| Shipping | US $1,125.06 |
| Seller Discount: | - US $273.44 |
| VAT ⓘ | US $414.03 |
| 🟧 Store Coupons | ⌄ |
| Total | US $6,714.45 |

## Order Summary

🟥 Select Coupon     ⌄

🟥 AliExpress Coupon     ⌄

Promo Code

[ ]   Apply

**Total**     **US $6,714.45**

Place Order

Upon clicking "Place Order", I confirm I have read and acknowledge all terms and policies.

🛡 AliExpress

AliExpress keeps your information and payment safe

### Help

Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement

### AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

### Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

### Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

▶ Google Play    🍎 App Store

Intellectual Property Protection · Privacy Policy · Sitemap · Terms of Use · Information for EU consumers · User Information Legal Enquiry Guide
©2010-2021 AliExpress.com. All rights reserved.



Help

Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

 

Intellectual Property Protection · Privacy Policy · Sitemap · Terms of Use · Information for EU consumers · User Information Legal Enquiry Guide ©2010-2021 AliExpress.com. All rights reserved.



Need Help?



Help

Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

 

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - User Information Legal Enquiry Guide ©2010-2021 AliExpress.com. All rights reserved.



Need Help?



Sell on AliExpress ▾ | Help ▾ | Buyer Protection | App | 🇺🇸 / English / USD ▾ | ♡ Wish List | 👤 Account ▾

**AliExpress**

**wellcomshop Store**
91.9% Positive feedback

+ Follow
433 Followers

I'm shopping for...

🛒 0

On AliExpress | In this store

Store Home | Products ▾ | Sale Items ▾ | Top Selling | New Arrivals | Feedback





Multi-functional Scientific Calculator Computing Tools for School Office Use Supplies Students Stationery Gifts

**US $12.10**  ~~US $20.17~~  -40%

Instant discount: US $3.00 off per US $50.00 ⌄

US $1.00 off on US $25.00 | Get coupons

Color: As the picture



Quantity:
⊖ 500 ⊕  500 pieces available

**Shipping: US $1,148.02**
to United States via DHL ⌄
Estimated Delivery on Aug 20 ⑦

Buy Now | Add to Cart | ♡ 3

✓ **75-Day Buyer Protection**
Money back guarantee



---

## wellcomshop Store

### Store Categories
· Radio
· iPhone Case
· Huawei case
· Samsung case
· Mouse pad
· Computer Accessories
· Office Supplies
· Electronic Equipment
· Others

**wellcomshop Store**
91.9% Positive Feedback
433 Followers
💬 Contact

+ Follow | Visit Store



US $4.99 | US $2.79 | US $4.49 | US $11.30 | US $4.52 | US $14.40

### Top Selling



**US $44.60**
⭐ 5.0  34 Sold



**US $2.99**
⭐ 4.6  147 Sold

**OVERVIEW** | CUSTOMER REVIEWS (0) | SPECIFICATIONS | Report Item

Multi-functional Scientific Calculator Computing Tools for School Office Use Supplies Students Stationery Gifts

**Description:**
100% brand new and high quality.
**Feature:**
Made of high quality material, durable and stable for us to use.
LCD display makes you easy to read the results clearly in two lines display mode.
Portable handheld design, light-weight, easy to carry and take.
Can be used for Accounting Mathematic tools.
Multifunctional mathematics calculator can be used to calculate advanced functions.
Perfect gifts and tools for students school and office use.
Calculator only, other accessories demo in the picture is not included!

**Specifications:**
Item Type: Calculator
Material: Plastic
Size: 160x110x80mm/6.2x4.3x3.1in
Color: As shown
Powered: by button battery
Quantity: 1 Pcs

Note:
Transition: 1cm=10mm=0.39inch
Please allow 1-3mm error due to manual measurement. pls make sure you do not mind before you bid.
Due to the difference between different monitors, the picture may not reflect the actual color of the item. Thank you!

**Package Includes:**

8/9/2021



US $7.98
★ 4.7                    58 Sold



US $11.80
★ 5.0                    44 Sold



US $2.91
★ 5.0                    42 Sold

View More >

1 x Calculator













162mm/6.38in

80mm/3.15in

No Feedback.

## Seller Recommendations


New Mobile Phone Screen M...
**US $5.89**
6 Sold


10Pcs/Lot Replacement Cont...
**US $7.48**
14 Sold


For Samsung Galaxy Note 20 ...
**US $7.60**
6 Sold


Neck Strap for DJI FPV DJI Ma...
**US $6.98**
34 Sold


Stylus Pen Pencil Case For Sa...
**US $4.23**
5 Sold


For Lenovo Active Pen 2 Capa...
**US $59.80**


S Pen For Samsung Galaxy Ta...
**US $18.40**
1 Sold


For Samsung Galaxy Tab S4 T...
**US $24.60**


Stylus Pen Anti-Lost 4096 Pre...
**US $38.80**

Stainless Steel Aluminum To...
**US $4.34**
1 Sold

## More To Love










Multi-functional Scientific Cal...    Casio Calculator FX-82MS 10 ...    Multi-functional Scientific Cal...    Mini USB Fingerprint Reader ...    Free shipping 1 Piece New Or...

Free Shipping     Free Shipping

**US $6.84**    **US $22.99**    **US $4.62**    **US $12.54**    **US $25.18**

288 Sold    1 Sold      44 Sold    106 Sold



Portable Scientific Calculator ...    Foldable Calculator & 6 Inch ...    Full Function Computer Scien...    Fashion Brand Baseball Cap ...    Casio Mx-12b-Bk 12 Digit Des...

Free Shipping

**US $4.17**    **US $10.80**    **US $12.83**    **US $3.82**    **US $18.99**

61 Sold    1030 Sold    228 Sold    983 Sold    2 Sold



Portable Multifunctional Poc...    Calculator Handheld Multi-fu...    TWISTER.CK Portable Scientifi...    2pcs/set Distance Bracelet Cr...    Brand New FX-991ES-PLUS O...

Free Shipping

**US $3.50**    **US $3.35**    **US $3.56**    **US $0.87**    **US $13.99**

1 Sold    13 Sold    2 Sold    425 Sold    115 Sold



OOTDTY Engineering Scientifi...    Congdi USB SATA 3 Cable Sat...    90 Degree Fast Charging USB...    2021 Personality Dog Rottwei...    Portable Multi-functional Sch...

Free Shipping                  Print

**US $2.09**    **US $0.01**    **US $1.29**    **US $1.45**    **US $7.13**

341 Sold    20156 Sold    16947 Sold    8 Sold    40 Sold



Multi-functional Scientific Cal...    Portable Multifunctional Poc...    Portable 8 Digit Calculator Ge...    Street map pattern men's T-s...    Digital Scientific Calculator 24...

Free Shipping          Print         Free Shipping

**US $11.12**    **US $1.08**    **US $2.80**    **US $3.60**    **US $12.69**

6 Sold    4 Sold    70 Sold    128 Sold    316 Sold



School Engineering Scientific ...    F19E Multi-functional School ...    SHARP EL-9900W Graphing C...    2020 Jurassic World Fallen Ki...    School Engineering Scientific ...

Free Shipping    Free Shipping    Free Shipping

**US $3.54**    **US $2.74**    **US $71.75**    **US $2.99**    **US $4.95**

3 Sold           3 Sold    3610 Sold    741 Sold

## Links

Related Search

| | | |
|---|---|---|
| anime school supplies stationary | minipro | calcul |
| graphic scientific calculator casio | tl866ii plus | case hp 50g |
| 8800 battery | calculator citizen | graphic programmable calculator |
| set stationary | graphical calculator scientific | tl866a |

Ranking Keywords

xr50 crf 50 rear wing

This product belongs to   **Home**   , and you can find similar products at   **All Categories** , **Computer & Office** , **Office Electronics** , **Calculators** .





Sell on AliExpress ▾ | Help ▾ | Buyer Protection | App | 🇺🇸 English / USD ▾ | ♡ Wish List | 👤 Account ▾

**AliExpress**

**wellcomshop Store**
91.9% Positive feedback
+ Follow
433 Followers

I'm shopping for... 🛒 0
On AliExpress | In this store

Store Home | Products ▾ | Sale Items ▾ | Top Selling | New Arrivals | Feedback



Multi-functional Scientific Calculator Computing Tools for School Office Use Supplies Students Stationery Gifts

**US $12.10** U̶S̶ ̶$̶2̶0̶.̶1̶7̶ **-40%**

Instant discount: US $3.00 off per US $50.00 ▾

US $1.00 off on US $25.00 | Get coupons

Color: As the picture



Quantity:
− 500 + 500 pieces available

**Shipping: US $1,148.02**
to United States via DHL ▾
Estimated Delivery on Aug 20 ⓘ

**Buy Now** | **Add to Cart** | ♡ 3

✓ **75-Day Buyer Protection**
Money back guarantee

     

---

## wellcomshop Store

### Store Categories
- Radio
- iPhone Case
- Huawei case
- Samsung case
- Mouse pad
- Computer Accessories
- Office Supplies
- Electronic Equipment
- Others

**wellcomshop Store**
91.9% Positive Feedback
433 Followers
💬 Contact

+ Follow | Visit Store

 US $4.99
 US $2.79
 US $4.49
 US $11.30
 US $4.52
US $14.40

### Top Selling


US $44.60
★ 5.0  34 Sold


US $2.99
★ 4.6  147 Sold



OVERVIEW | CUSTOMER REVIEWS (0) | **SPECIFICATIONS** | Report Item

| | | | |
|---|---|---|---|
| Brand Name: FARAJIAJ | | Style: Scientific | |
| Max. Digits: 10 | | Certification: NONE | |
| Origin: CN(Origin) | | | |

### Seller Recommendations


New Mobile Phone Screen M...
**US $5.89**
6 Sold

10Pcs/Lot Replacement Cont...
**US $7.48**
14 Sold


For Samsung Galaxy Note 20 ...
**US $7.60**
6 Sold


Neck Strap for DJI FPV DJI Ma...
**US $6.98**
34 Sold


Stylus Pen Pencil Case For Sa...
**US $4.23**
5 Sold

For Lenovo Active Pen 2 Capa...
**US $59.80**

S Pen For Samsung Galaxy Ta...
**US $18.40**
1 Sold

For Samsung Galaxy Tab S4 T...
**US $24.60**

Stylus Pen Anti-Lost 4096 Pre...
**US $38.80**
1 Sold

Stainless Steel Aluminum To...
**US $4.34**
1 Sold

## Store Categories

- Radio
- iPhone Case
- Huawei case
- Samsung case
- Mouse pad
- Computer Accessories
- Office Supplies
- Electronic Equipment
- Others

## Recommend

 Multi-functional Scientific Calcula...
US $12.10
Orders(0)

 Ultra-thin Square Comfy Anti-Slip M...
US $1.94
Orders(76)

 Bluetooth-compatible 3.0 Keyboard M...
US $44.60
Orders(34)

 4Pcs/set Wooden Handle Nylon Paint ...
US $2.99
Orders(147)

 100Pcs Mechanical Keyboard Black Bl...
US $11.80
Orders(44)

 800x330mm Large Office Computer ...
US $6.96
Orders(28)

 Heat Dissipation Dust Cover + Handl...
US $9.60
Orders(9)

 G6L Converter Switch For Xbox PS4 C...
US $14.90
Orders(10)

 Gaming Mouse Pad with Wrist Rest fo...
US $1.94
Orders(20)

 Mouse Pad Ergonomic Gaming ...
US $2.46
Orders(11)

 Metal Aluminum Alloy Mouse Pad Anti...
US $8.13
Orders(14)

 Erasable Soft Magnetic Whiteboard ...
US $4.70
Orders(32)

 Small Size 2.4Ghz Wireless Number K...
US $8.50
Orders(16)

 Bracelet Heart Rate Blood Pressure ...
US $7.60
Orders(20)

 4pcs 7238 Low Noise Props 7238F Pro...
US $8.40
Orders(3)

 12Pcs/Lots AAA to AA Size Cell Batt...
US $4.82
Orders(2)

Luxury Hybrid Mirror Electroplated ...
US $2.70
Orders(26)

New Silicone White Spare Nib Tip Re...
US $4.48
Orders(10)

Universal Touch Pen Stylus For Andr...
US $4.86
Orders(2)



## Seller Feedback

### Seller Summary

| | |
|---|---|
| Seller: | **wellcomshop Store** |
| Positive Feedback (Past 6 months): | 91.9% |
| AliExpress Seller Since: | **29 Apr 2015** |

### Detailed seller ratings

| | | | |
|---|---|---|---|
| Item as Described : | ★★★★½ 4.5 (1091 ratings) | 4.93% Lower | than other sellers |
| Communication : | ★★★★½ 4.6 (1091 ratings) | 2.13% Lower | than other sellers |
| Shipping Speed : | ★★★★½ 4.5 (1091 ratings) | 2.60% Lower | than other sellers |

### Feedback History

| Feedback | 1 Month | 3 Months | 6 Months |
|---|---|---|---|
| Positive (4-5 Stars) | 97 | 425 | 948 |
| Neutral (3 Stars) | 3 | 21 | 59 |
| Negative (1-2 Stars) | 8 | 31 | 83 |
| Positive feedback rate | 92.4% | 93.2% | 91.9% |



Seller (Past 6 months) / Feedback Received as a Seller

Viewing 21 - 30

‹ Previous | 1 | 2 | **3** | 4 | ... | Next ›

| Buyer | Transaction Details | Feedback |
|---|---|---|
| D***a | Carbon Fiber Ultra Thin Phone ... <br> 1 piece | ★☆☆☆☆ 04 Jun 2021 13:14 <br> Não protege nada o telemóvel e além disse esperei mais de 2 meses a chegada, não recomendo nem pelo preço que é. |
| L***O | Carbon Fiber Ultra Thin Phone ... <br> 1 piece | ★☆☆☆☆ 03 Jun 2021 19:22 <br> Acredito não ser fibra. Plástico puro. Veio danificado e não tiveram cuidado na embalagem. Demorou demais para chegar. Insatisfeito |
| N***c | Stylus Pen For Samsung Galaxy Note ... <br> 1 piece | ★☆☆☆☆ 26 May 2021 11:01 <br> Doesn't work with Android. Nor Samsung nor any type.... Useless. It's not universal. Don't buy it, unless you don't have SMS Note 9. |
| f***a | Carbon Fiber Ultra Thin Phone ... <br> 1 piece | ★☆☆☆☆ 21 May 2021 17:19 <br> the cover came folded and in poor condition. I'm not happy with the product and it took almost 2 months to arrive |
| E***a | Slim Rechargeable Wireless Mouse Si... <br> 1 piece | ★☆☆☆☆ 18 May 2021 14:13 <br> worked 2 months. Bravo! waste of money. Not Recommended, bad quality! |
| B***r | Carbon Fiber Ultra Thin Phone ... <br> 1 piece | ★☆☆☆☆ 18 May 2021 11:01 <br> VOLEUR !!!! à fuir ! Je n'ai jamais reçu mon achat et aucun remboursement |
| a***z | Stylus Pen For Samsung Galaxy Note ... | ★☆☆☆☆ 17 May 2021 05:13 <br> roto y no coje en el agujero del móvil y no es tactil |
| J***a | English Keyboard Stickers For Lapto... <br> 1 piece | ★★☆☆☆ 14 May 2021 03:43 <br> Too small stickers. pegatinas demasiado pequeñas bajo nivel de contraste |
| C***s | Carbon Fiber Ultra Thin Phone ... <br> 1 piece | ★☆☆☆☆ 13 May 2021 16:44 <br> Cancelaron el pedido. |
| M***e | 4Pcs/set Wooden Handle Nylon Paint ... <br> 1 piece | ★☆☆☆☆ 13 May 2021 02:01 <br> recu |

‹ Previous | 1 | 2 | **3** | 4 | ... | Next ›

Recently Viewed

Sell on AliExpress | Buyer Protection | Help | Save big on our app! | Ship to / USD | Language

AliExpress | I'm shopping for... | On AliExpress | In this store | 0

wellcomshop Store | Open 6 year(s) | 91.9% Positive feedback | FOLLOW | 433 Followers

# wellcomshop Store

Store Home | Products | Sale Items | Top Selling | New Arrivals | Feedback

Home > Store Home > Products

**Store Categories**

- Radio
- iPhone Case
- Huawei case
- Samsung case
- Mouse pad
- Computer Accessories
- Office Supplies
- Electronic Equipment
- Others

Store Categories > Calculator | 3 items found | Hide Filter

Best Match | Orders | New | price | Free Shipping | View

40% OFF
Solar Battery Desktop Calculator Basic 12-Digit Large...
US $6.98 / piece
~~US $11.63 / piece~~
Orders(7)

40% OFF
Multi-functional Scientific Calculator Computing Tools...
US $12.10 / piece
~~US $20.17 / piece~~

40% OFF
12 Digit Desk Calculator Large Buttons Financial...
US $7.76 / piece
~~US $12.93 / piece~~
Order(1)

1

**Recommend**

Multi-functional Scientific Calcula...
US $12.10
Orders(0)

Ultra-thin Square Comfy Anti-Slip M...
US $1.94
Orders(76)

Bluetooth-compatible 3.0 Keyboard M...
US $44.60
Orders(34)

4Pcs/set Wooden Handle Nylon Paint ...
US $2.99
Orders(147)

100Pcs Mechanical Keyboard Black Bl...
US $11.80
Orders(44)

800x330mm Large Office Computer
US $6.94
Orders(28)

Heat Dissipation Dust Cover + Handl...
US $9.60
Orders(9)

G6L Converter Switch For Xbox PS4 C...
US $14.90
Orders(10)

Gaming Mouse Pad with Wrist Rest fo...
US $1.94
Orders(20)

Mouse Pad Ergonomic Gaming
US $2.46
Orders(11)

Metal Aluminum Alloy Mouse Pad Anti...
US $8.13
Orders(14)

Erasable Soft Magnetic Whiteboard
US $4.70
Orders(32)

Small Size 2.4Ghz Wireless Number K...
US $8.50
Orders(16)

Bracelet Heart Rate Blood Pressure ...
US $7.60
Orders(20)

4pcs 7238 Low Noise Props 7238F Pro...
US $8.40
Orders(3)

Recently Viewed



**AliExpress**

## Shipping Information

1001 Foster Ave,
Bensenville, Illinois, United States, 60106

+ Add new address

Select other addresses

## Payment Methods

Bank Transfer — Wire Transfer

Change

## Order Review

Seller: wellcomshop Store



Multi-functional Scientific Calculator Computing Tools for School Office Use Supplies Students Stationery Gifts

**Color:** As the picture

US $12.10

500

Shipping: US $1,148.02 via DHL  Estimated delivery on Aug 20  ›

+ Leave message

| | |
|---|---|
| Subtotal | US $6,050.00 |
| Shipping | US $1,148.02 |
| Seller Discount: | - US $305.50 |
| VAT ? | US $459.56 |
| Store Coupons | |
| Total | US $7,352.08 |

## Order Summary



Select Coupon ⌄

AliExpress Coupon ⌄

Promo Code

Apply

**Total**  US $7,352.08

**Place Order**

Upon clicking "Place Order", I confirm I have read and acknowledge all terms and policies.

AliExpress

AliExpress keeps your information and payment safe

### Help

Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement

### AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

### Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

### Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Google Play   App Store

Intellectual Property Protection · Privacy Policy · Sitemap · Terms of Use · Information for EU consumers · User Information Legal Enquiry Guide
©2010-2021 AliExpress.com. All rights reserved.

AliExpress

Buyer Protection  Help  Save big on our app!  Ship to 🇺🇸 / USD  Language

I'm shopping for...  🔍  🛒 Cart 0  ♡ Wish List

My AliExpress > Order List > Order Detail

| Place Order | Pay Success | Shipment | Order Complete |



Order Number: 8136902558579900
Status: **This order is awaiting your payment**
Reminder: Without payment, this order will be cancelled after: ⏰ **11days 23hours 59minutes 12seconds** .

Pay Now    Cancel Order

Order    Financial

Store: wellcomshop Store  📧 Contact Seller

Contact Name : ▇▇
Address: 1001 Foster Ave,
Bensenville, Illinois, United States
Zip Code: 60106
Mobile: ▇▇▇
Tel: ▇▇
Fax:

| Product Details | Price Per Unit | Quantity | Tax | Order Total | Status |
|---|---|---|---|---|---|
| Multi-functional Scientific Calculator Computing Tools for School Office Use Supplies Students Stationery Gifts<br>Color: 🔲 As the picture<br>(wellcomshop Store) | $ 12.10 | 500 piece | $ 459.56 | $ 6,509.56 | Estimated Delivery Time: 11-11 Days<br>Will be shipped within (Business days) 7 Days |

| | | Product Amount | Shipping Cost | Tax | Total Amount |
|---|---|---|---|---|---|
| | | US $ 6,050.00 | US $ 1,148.02 | US $ 459.56 | US $ 7,352.08 |

## Help

Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

## Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

## Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

 

Intellectual Property Protection , Privacy Policy , Sitemap , Terms of Use , Information for EU consumers , User Information Legal Enquiry Guide ©2010-2021 AliExpress.com. All rights reserved.


Need Help?

My AliExpress > Order List > Order Detail

Place Order | Pay Success | Shipment | Order Complete

Order Number: 8136902558579900

Status: **This order is awaiting your payment**

Reminder: Without payment, this order will be cancelled after: **11days 23hours 59minutes 31seconds** .

Pay Now | Cancel Order

Order | Financial

**Total Amount**

| Price | Shipping Cost | Adjust Price | Discount | Tax | Total Amount |
|---|---|---|---|---|---|
| US $ 6,050.00 | US $ 1,148.02 | US $ 0.00 | Order Price Discount US $ 3.00 Order Quantity Discount US $ 302.50 | US $ 459.56 | US $ 7,352.08 |

**Payment Received:**

| Total | Received | Payment Method | Date Received |
|---|---|---|---|

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - User Information Legal Enquiry Guide ©2010-2021 AliExpress.com. All rights reserved.

Need Help?





Home
Mania

Up to 30% off

Preview now

Sell on AliExpress ▾    Help ▾    Buyer Protection    📱 App    🏳 / English / USD ▾    ♡ Wish List    👤 Account ▾

**AliExpress**    wisefield ▾
94.1% Positive feedback    **+ Follow**    1608 Followers

I'm shopping for...    🛒 0

On AliExpress | In this store

Store Home    Products ▾    Sale Items ▾    Top Selling    New Arrivals    Feedback

 

Multi-functional Scientific Calculator Computing Tools for School Office Use Supplies Students Stationery Gifts

⭐⭐⭐⭐ 4.0 ▾  5 Reviews  20 orders

**US $10.49**  ~~US $19.07~~  -45%

Instant discount: US $1.00 off per US $268.00 ▾

US $2.00 off on US $499.00    Get coupons

Quantity:
⊖ 469 ⊕  469 pieces available

**Shipping:** US $1,079.15  Free shipping for orders over US $399.00 via the selected shipping method
to United States via DHL ▾
Estimated Delivery on Aug 20 ⓘ

**Buy Now**    **Add to Cart**    ♡ 21

🛡 **75-Day Buyer Protection**
Money back guarantee

     

---

## wisefield

### Store Categories

- iPhone case
- Samsung case
- Electronic product
- Radios
- Mouse Pads
- Phone screen magnifiers
- Gloves
- Shoe covers
- Face shield mask Goggles
- Protective coveralls
- Computer & Office
  - Stylus
- Others

**wisefield**
94.1% Positive Feedback
1608 Followers
💬 Contact
+ Follow    Visit Store

     

US $3.08    US $2.23    US $2.63    US $3.71    US $3.52    US $2.60

### Top Selling



**US $0.01**
⭐ 4.8    562 Sold



Note8

**US $3.30**
⭐ 4.3    479 Sold

---

**OVERVIEW**    CUSTOMER REVIEWS (5)    SPECIFICATIONS    Report Item

### Multi-functional Scientific Calculator Computing Tools for School Office Use Supplies Students Stationery Gifts

Description:
100% brand new and high quality.
Feature:
Made of high quality material, durable and stable for us to use.
LCD display makes you easy to read the results clearly in two lines display mode.
Portable handheld design, light-weight, easy to carry and use.
Can be used for Accounting Mathematic tools.
Multifunctional mathematics calculator can be used to calculate advanced functions.
Perfect gifts and tools for students school and office use.
Calculator only, other accessories demo in the picture is not included!

Specifications:
Item Type: Calculator
Material: Plastic
Size: 160x110x80mm/6.2x4.3x3.1in
Color: As shown
Powered: by button battery
Quantity: 1 Pc

Note:
Transition: 1cm=10mm=0.39inch
Please allow 1-3mm error due to manual measurement. pls make sure you do not mind before you bid.
Due to the difference between different monitors, the picture may not reflect the actual color of the item. Thank you!

Package Includes:
1 x Calculator



US $2.14
★ 4.9          131 Sold

US $6.63
★ 4.7          178 Sold

US $0.99
★ 4.8          413 Sold

View More >















162mm/6. 38in

80mm/3. 15in

## Customer Reviews (5)

| | | |
|---|---|---|
| 5 Stars | | 60% |
| 4 Stars | | 20% |
| 3 Stars | | 0% |
| 2 Stars | | 0% |
| 1 Star | | 20% |

4.0 / 5 ★★★★☆

All Negative (1) ▾     Photos (1)     Additional Feedback (0)

☐ Only from your country     ☑ Translate to English

Sort by default ▾

**N***o**     ★☆☆☆☆

🏳 HU

Logistics: China Post Registered Air Mail

The brand name is misleading :( The parcel is damaged. Boxes of the products are damaged. Very low quality product
21 May 2021 13:45

  

Helpful?  Yes (0)  No (0)

1

## Seller Recommendations



| | | | | |
|---|---|---|---|---|
| Flight Safety Parachute for DJ... | SD2SP2 Adapter TF Card Rea... | Special Style - Laser Blue Glo... | CR10 Z axis T8 Anti Backlash ... | 4Pcs Multicolor Syringe Need... |
| US $83.31 | US $4.21 | US $2.71 | US $2.75 | US $2.84 |
| 2 Sold | 22 Sold | 7 Sold | 9 Sold | 24 Sold |

    

Lens down view integrated c...
US $4.36
1 Sold

Ultra Slim Plain Colour Silica ...
US $3.24
677 Sold

Stylus Pen For Samsung Gala...
US $4.73
306 Sold

Stylus S pen for Samsung Gal...
US $4.61
18 Sold

keyboard stickers alphabet k...
US $0.01
562 Sold

## More To Love

    

Multi-functional Scientific Cal...
US $6.84
288 Sold

Multi-functional Scientific Cal...
US $10.60
6 Sold

Casio Mx-12b-Bk 12 Digit Des...
US $18.99
2 Sold

Wireless Remote Control Dild...
Free Shipping
US $18.76
3152 Sold

Fold Science Function Calcula...
Free Shipping
US $13.70
20 Sold

    

Free shipping 1 Piece New Or...
Free Shipping
US $25.18
106 Sold

Casio Calculator FX-82MS 10 ...
Free Shipping
US $22.99
1 Sold

Mini USB Fingerprint Reader ...
Free Shipping
US $12.54
44 Sold

Multi-functional Scientific Cal...
Free Shipping
US $7.13
18 Sold

Foldable Calculator & 6 Inch ...
Free Shipping
US $10.80
1030 Sold

    

Full Function Computer Scien...
Free Shipping
US $12.83
228 Sold

School Office Multifunctional ...
Free Shipping
US $9.39
13 Sold

Original High Speed SSD Exte...
Free Shipping
US $45.90
128 Sold

Deli 991ES Scientific Calculat...
Free Shipping
US $16.09
34 Sold

Calculator Handheld Multi-fu...
US $3.35
13 Sold

    

Portable Scientific Calculator ...
US $4.17
61 Sold

OS-991ES PLUS Environment...
US $11.55
21 Sold

XP-Pen Note Plus Smart Note...
Free Shipping
US $67.50
41 Sold

OOTDTY Engineering Scientif...
Free Shipping
US $2.09
337 Sold

Schleich Farm World Animals...
US $10.99
1 Sold

    

Multi-functional Scientific Cal...
US $3.79
7 Sold

Brand New FX-991ES-PLUS O...
Free Shipping
US $13.99
115 Sold

Portable External Hard Drive ...
Free Shipping
US $30.30
203 Sold

Portable Scientific Calculator ...
Free Shipping
US $9.91
30 Sold

Calculator Scientific Exam Fx ...
US $11.26
10 Sold

Case 1:23-cv-00895 Document 1-3 Filed 02/14/23 Page 73 of 207 PageID #:250 | - AliExpress



Up to 30% off

Home Mania

Preview now

Sell on AliExpress | Help | Buyer Protection | App | English / USD | Wish List | Account

**AliExpress**

wisefield
94.1% Positive feedback

+ Follow
1608 Followers

I'm shopping for...

On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | New Arrivals | Feedback




Multi-functional Scientific Calculator Computing Tools for School Office Use Supplies Students Stationery Gifts

★★★★☆ 4.0 ∨ | 5 Reviews | 20 orders

**US $10.49** ~~US $19.07~~ -45%

Instant discount: US $1.00 off per US $268.00 ∨

US $2.00 off on US $499.00  Get coupons

Quantity:
− 469 + 469 pieces available

**Shipping: US $1,079.15** Free shipping for orders over US $399.00 via the selected shipping method
to United States via DHL ∨
Estimated Delivery on Aug 20 ⊘

**Buy Now** | **Add to Cart** | ♡ 21

✔ **75-Day Buyer Protection**
Money back guarantee

     

## wisefield

Store Categories
- iPhone case
- Samsung case
- Electronic product
- Radios
- Mouse Pads
- Phone screen magnifiers
- Gloves
- Shoe covers
- Face shield mask Goggles
- Protective coveralls
- Computer & Office
  - Stylus
  - Others

wisefield
94.1% Positive Feedback
1608 Followers

☐ Contact
+ Follow | Visit Store

      

US $3.08 | US $2.23 | US $2.63 | US $3.71 | US $3.52 | US $2.60

OVERVIEW | CUSTOMER REVIEWS (5) | **SPECIFICATIONS** | Report Item

Brand Name: FARAJIAJ
Max. Digits: 10
Origin: CN(Origin)

Style: Scientific
Certification: NONE

### Seller Recommendations


Flight Safety Parachute for DJ...
US $83.31
2 Sold


SD2SP2 Adapter TF Card Rea...
US $4.21
22 Sold


Special Style - Laser Blue Glo...
US $2.71
7 Sold


2PCS
CR10 Z axis T8 Anti Backlash...
US $2.75
9 Sold

4Pcs Multicolor Syringe Need...
US $2.84
24 Sold

Top Selling


US $0.01
★ 4.8    562 Sold


Note8
US $3.30
★ 4.3    479 Sold


Lens down view integrated c...
US $4.36
1 Sold


Ultra Slim Plain Colour Silica ...
US $3.24
677 Sold


Note 10/Note 10+
Stylus Pen For Samsung Gala...
US $4.73
306 Sold


Note 20  S-pen
Stylus S pen for Samsung Gal...
US $4.61
18 Sold


keyboard stickers alphabet k...
US $0.01
562 Sold



### Store Categories

- iPhone case
- Samsung case
- Electronic product
- Radios
- Mouse Pads
- Phone screen...
- Gloves
- Protective coveralls
- Computer & Office
  - Stylus
- Others

### Recommend

 Multi-functional Scientific Calcula...
US $10.49
Orders(20)

 12 Digit Desk Calculator Large
US $8.66
Orders(2)

 Stylus Pen For Samsung Galaxy Note
US $4.73
Orders(306)

 Ultra Slim Plain Colour Silica Gel ...
US $3.24
Orders(678)

 For Samsung Galaxy Note8 pen Active...
US $3.30
Orders(479)

 2 in 1 key switch puller keycap pul...
US $0.99
Orders(413)

 keyboard stickers alphabet keyboard...
US $0.01
Orders(562)

 Luxury Simple Slim Carbon Fiber Sof...
US $1.26
Orders(48)

 Stylus Pen For Samsung Galaxy Note
US $3.24
Orders(53)

 4Pcs Painting Brushes Wooden Handle...
US $2.44
Orders(340)

 Universal Touch Screen Pen Stylus P...
US $2.63
Orders(107)

 Luxury Mirror 9H Tempered Glass Cas...
US $3.48
Orders(67)

 10x Replacement Controller Joystick...
US $6.63
Orders(178)

 Arabic, Russian black, English, Ita...
US $2.84
Orders(68)

 Luxury Slim Tempered Glass Case For...
US $3.71
Orders(15)

 Wireless replacement remote control...
US $3.08
Orders(42)

 For NS64 Audio TV Video Cord AV Cab...
US $2.94
Orders(35)

 GF-07 Mini GPS Long Standby Magneti...
US $6.90
Orders(175)

For Bloody A70 4000DPI USB Optical

## Seller Feedback



**Seller Summary**

| | |
|---|---|
| Seller: | **wisefield** |
| Positive Feedback (Past 6 months): | 94.1% |
| AliExpress Seller Since: | 27 May 2013 |

**Detailed seller ratings**

| | | |
|---|---|---|
| Item as Described : | ★★★★★ 4.6 (2660 ratings) | 1.05% Lower than other sellers |
| Communication : | ★★★★★ 4.6 (2660 ratings) | 0.52% Lower than other sellers |
| Shipping Speed : | ★★★★★ 4.6 (2660 ratings) | 0.54% Higher than other sellers |

**Feedback History**

| Feedback | 1 Month | 3 Months | 6 Months |
|---|---|---|---|
| Positive (4-5 Stars) | 418 | 1,393 | 2,416 |
| Neutral (3 Stars) | 21 | 66 | 94 |
| Negative (1-2 Stars) | 28 | 80 | 152 |
| Positive feedback rate | 93.7% | 94.6% | 94.1% |

Seller (Past 6 months) | Feedback Received as a Seller

Viewing 1 - 10    ‹ Previous  1  2  ...  Next ›

| Buyer | Transaction Details | Feedback |
|---|---|---|
| I***v | Wireless BT 5.0 Earphone with Micro...<br>1 piece | ★☆☆☆☆ 08 Aug 2021 19:30<br>I didn't get my order |
| A***s | Ultra Slim Plain Colour Silica Gel ...<br>1 piece | ★☆☆☆☆ 08 Aug 2021 07:24<br>Ужасно |
| i***r | Ultra Slim Plain Colour Silica Gel ...<br>1 piece | ★☆☆☆☆ 06 Aug 2021 08:00<br>Пришло не то (( |
| B***r | GF-07 Mini GPS Long Standby Magneti...<br>1 piece | ★☆☆☆☆ 04 Aug 2021 11:15<br>A localização é muito imprecisa. |
| f***f | For Samsung Galaxy Note8 pen Active...<br>1 piece | ★★☆☆☆ 03 Aug 2021 15:22<br>Não funcionou |
| o***r | Universal Touch Screen Pen Stylus P...<br>1 piece | ★☆☆☆☆ 03 Aug 2021 15:02<br>צד אחד לא עובד . מאוד מבאס |
| A***a | GF-07 Mini GPS Long Standby Magneti...<br>1 piece | ★☆☆☆☆ 03 Aug 2021 08:13<br>fui olha videos sobre o produto e seus funcionamento,muitos fã que não funciona o sistema GPS e só pelas antenas de operadoras o Grps,fiz vários testes não funciona, infelizmente,mas agora depor por incerado meu tempo,produto ruim, infelizmente não compra |
| H***n | For Samsung Galaxy Note8 pen Active...<br>1 piece | ★☆☆☆☆ 02 Aug 2021 22:53<br>Not working |
| a***a | Luxury Tempered Glossy Case For App...<br>1 piece | ★☆☆☆☆ 02 Aug 2021 12:50<br>Товар не пришёл, деньги не вернули. |
| Y***a | Luxury 9H Tempered Glass Case For A...<br>1 piece | ★☆☆☆☆ 02 Aug 2021 03:53<br>Товар пришёл быстро , чехол пришёл треснувшим. Деньги не вернули, наверно посчитали и так пойдёт ...))) |

‹ Previous  1  2  ...  Next ›

Recently Viewed





Sell on AliExpress | Buyer Protection | Help | Save big on our app! | Ship to / USD | Language

AliExpress | I'm shopping for... | On AliExpress | In this store | 0

wisefield | Open 8 year(s) | 94.1% Positive feedback | FOLLOW | 1608 Followers

# wisefield

Store Home | Products | Sale Items | Top Selling | New Arrivals | Feedback

Home > Store Home > Products

## Store Categories

- iPhone case
- Samsung case
- Electronic product
- Radios
- Mouse Pads
- Phone screen...
- Gloves
- Protective coveralls
- Computer & Office
  - Stylus
- Others

Store Categories > Calculator | 2 items found | Hide Filter

Best Match | Orders | New | price | Free Shipping | View

45 % OFF

Multi-functional Scientific Calculator Computing Tools...
US $10.49 / piece
~~US $19.07 / piece~~
Orders(20)

45 % OFF

12 Digit Desk Calculator Large Buttons Financial...
US $8.66 / piece
~~US $15.75 / piece~~
Orders(2)

1

## Recommend

Multi-functional Scientific Calcula...
US $10.49
Orders(20)

12 Digit Desk Calculator Large
US $8.66
Orders(2)

Stylus Pen For Samsung Galaxy Note
US $4.73
Orders(306)

Ultra Slim Plain Colour Silica Gel ...
US $3.24
Orders(678)

For Samsung Galaxy Note8 pen Active...
US $3.30
Orders(479)

2 in 1 key switch puller keycap pul...
US $0.99
Orders(413)

keyboard stickers alphabet keyboard...
US $0.01
Orders(562)

Luxury Simple Slim Carbon Fiber Sof...
US $1.26
Orders(48)

Stylus Pen For Samsung Galaxy Note
US $3.24
Orders(53)

4Pcs Painting Brushes Wooden Handle...
US $2.44
Orders(340)

Universal Touch Screen Pen Stylus P...
US $2.63
Orders(107)

Luxury Mirror 9H Tempered Glass Cas...
US $3.48
Orders(67)

10x Replacement Controller Joystick...
US $6.63
Orders(178)

Arabic, Russian black, English, Ita...
US $2.84
Orders(68)

Recently Viewed

# AliExpress

## Shipping Information

████████████

1001 Foster Ave,
Bensenville, Illinois, United States, 60106

+ Add new address

Select other addresses

## Payment Methods

🏛 Bank Transfer  Wire Transfer

Change

## Order Review

Seller: wisefield



Multi-functional Scientific Calculator Computing Tools for School Offic
e Use Supplies Students Stationery Gifts

US $10.49

— 469 +

Shipping: US $1,079.15 via DHL  Estimated delivery on Aug 20 ›

+ Leave message

| | |
|---|---|
| Subtotal | US $4,919.81 |
| Shipping | US $1,079.15 |
| Seller Discount: | - $213.79 |
| VAT ⓘ | US $376.49 |
| 🧾 Store Coupons | ⌄ |
| Total | US $6,161.66 |

## Order Summary

🎫 Select Coupon  ⌄

🧾 AliExpress Coupon  ⌄

Promo Code

Apply

**Total**  **US $6,161.66**

Place Order

Upon clicking "Place Order", I confirm I have read and acknowledge all terms and policies.

🛡 AliExpress

AliExpress keeps your information and payment safe

### Help

Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement

### AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish,
Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

### Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

### Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud,
Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace,
Tmall, Taobao Global, AliOS, 1688

▶ Google Play   🍎 App Store

Intellectual Property Protection · Privacy Policy · Sitemap · Terms of Use · Information for EU consumers · User Information Legal Enquiry Guide
©2010-2021 AliExpress.com. All rights reserved.



Help

Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

 

Intellectual Property Protection  ·  Privacy Policy  ·  Sitemap  ·  Terms of Use  ·  Information for EU consumers  ·  User Information Legal Enquiry Guide  ©2010-2021 AliExpress.com. All rights reserved.



Need Help?

8/9/2021



AliExpress

Buyer Protection | Help | Save big on our app! | Ship to / USD | Language

I'm shopping for... | Cart 0 | Wish List

My AliExpress > Order List > Order Detail

**Place Order** → Pay Success → Shipment → Order Complete

Order Number: 8136903113679900

Status: **This order is awaiting your payment**

Reminder: Without payment, this order will be cancelled after: ⏱ **11days 23hours 59minutes 31seconds** .

[ Pay Now ] [ Cancel Order ]

Order | Financial

**Total Amount**

| Price | Shipping Cost | Adjust Price | Discount | Tax | Total Amount |
|---|---|---|---|---|---|
| US $ 4,919.81 | US $ 1,079.15 | US $ 0.00 | Order Price Discount US $ 17.00 Order Quantity Discount US $ 196.79 | US $ 376.49 | US $ 6,161.66 |

**Payment Received:**

| Total | Received | Payment Method | | Date Received |
|---|---|---|---|---|

Help

Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

 

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - User Information Legal Enquiry Guide ©2010-2021 AliExpress.com. All rights reserved.



Need Help?



Home Mania — Up to 30% off — Preview now

Sell on AliExpress | Help | Buyer Protection | App | English / USD | Wish List | Account

## AliExpress

YIKU Store
Top Brand 94.5% Positive feedback
+ Follow
415 Followers

I'm shopping for...

On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback





Multi-functional Scientific Calculator Computing Tools for School Office Use Supplies Students Stationery Gifts

★★★★★ 4.8 ∨  5 Reviews  13 orders

**US $12.99**  US $15.65  -17%

Instant discount: Buy 2 get 3% off ∨

Quantity:
− 9955 +   9955 pieces available

**Shipping: US $95,993.45**
to United States via Fedex IE ∨
Estimated Delivery on Aug 20 ⓘ

Buy Now | Add to Cart | ♡ 46

✓ 75-Day Buyer Protection
Money back guarantee

Free Return
Return for any reason within 15 days



**Store Categories**
- HOT SALE!!!
- pure battery
- NEW!!!
  - 1
  - 2
- Computer accessories
- Consumer Electronics
- computer hardware
- NEW!
- brand new
- Others

YIKU Store
🏆 Top Brands
94.5% Positive Feedback
415 Followers
🔗 Contact
+ Follow | Visit Store

US $14.55 | US $4.44 | US $6.61 | US $10.33 | US $3.18 | US $4.29

**Top Selling**

US $3.49
★ 4.2        596 Sold

US $7.17
★ 4.8        3778 Sold

**OVERVIEW** | CUSTOMER REVIEWS (5) | SPECIFICATIONS          Report Item

**Description:**
100% brand new and high quality.
**Feature:**
Made of high quality material, durable and stable for us to use.
LCD display makes you easy to read the results clearly in two lines display mode.
Portable handheld design, light-weight, easy to carry and take.
Can be used for Accounting Mathematic tools.
Multifunctional mathematics calculator can be used to calculate advanced functions.
Perfect gifts and tools for students school and office use.
Calculator only, other accessories demo in the picture is not included!
**Specifications:**
Item Type: Calculator
Material: Plastic
Size: 160x110x80mm/6.2x4.3x3.1in
Color: As shown
Powered: by button battery
Applicable crowd: junior and senior high school, university, scientific research related personnel
Quantity: 1 Pc
**Function:**
1.Conventional calculation
2.Complex number calculation
3.Statistical calculation
4.Binary conversion (Cardinal Computing)



**US $4.02**

⭐ 4.9          411 Sold



**US $4.99**

⭐ 4.7          109 Sold



**US $21.32**

⭐ 4.7          115 Sold

View More >

5.Equation calculation
6.Matrix calculation
7.Function table calculation
8.Vector computing
**Note:**
Transition: 1cm=10mm=0.39inch
Please allow 1-3mm error due to manual measurement. pls make sure you do not mind before you bid.
Due to the difference between different monitors, the picture may not reflect the actual color of the item.
Thank you!
**Package Includes:**
1 x Calculator















162mm/6. 38 i n

80mm/3. 15 i n

## Customer Reviews (5)

| | |
|---|---|
| 5 Stars | 80% |
| 4 Stars | 20% |
| 3 Stars | 0% |
| 2 Stars | 0% |
| 1 Star | 0% |

**4.8** / 5 ★★★★★

All Stars (5) ⌄    Photos (0)    Additional Feedback (0)

☐ Only from your country    ☑ Translate to English    Sort by default

**P***r** ★★★★★
🇮🇱 IL
Logistics: AliExpress Standard Shipping
ok  29 Jul 2021 05:36

Helpful?  Yes (0)  No (0)

**D***k** ★★★★★
🇧🇾 BY
Logistics: China Post Registered Air Mail
OK  21 Apr 2021 12:09

Helpful?  Yes (0)  No (0)

**AliExpress Shopper** ★★★★★
🇷🇺 RU
Logistics: AliExpress Standard Shipping
26 Feb 2021 19:05

Helpful?  Yes (0)  No (0)

**E***i** ★★★★★
🇺🇸 US
Logistics: AliExpress Standard Shipping
18 Jun 2021 22:05

Helpful?  Yes (0)  No (0)

**R***i** ★★★★☆
🇵🇱 PL
Logistics: AliExpress Standard Shipping
11 Mar 2021 12:18

Helpful?  Yes (0)  No (0)

‹  **1**  ›

## Seller Recommendations



EVA Hard Case Travel Carryin...
Free Shipping
US $5.76
16 Sold



Document Ticket Bag Waterp...
Free Shipping
US $8.51
147 Sold



300 Pcs 15 Values LL34 SMD ...
Free Shipping
US $3.87
1 Sold



10Pcs Plastic Test Tubes Lab ...
Free Shipping
US $3.53
10 Sold



360° Magnetic Car CD Slot Air...
Free Shipping
US $7.08
6 Sold



10Pcs/Set PS5 L2 R2 Trigger ...
Free Shipping
US $2.28
1 Sold



2019 Foldable With Magnetic ...
Free Shipping
US $14.38
10 Sold



Multi-functional SLR/DSLR Ca...
Free Shipping
US $4.46
239 Sold



X79 LGA1356 DDR3 Motherbo...
Free Shipping
US $67.71



12V 4 Pin 140mm DC Silent C...
Free Shipping
US $8.93
39 Sold



## More To Love



   

Multi-functional Scientific Cal...
US $7.13
18 Sold

Full Function Computer Scien...
Free Shipping
US $12.83
228 Sold

OS-991ES PLUS Environment...
US $11.55
21 Sold

12 Digit Desk Solar Calculator...
Free Shipping
US $9.99
118 Sold

Brand New FX-991ES-PLUS O...
Free Shipping
US $13.99
115 Sold

    

Portable Scientific Calculator ...
US $10.49
2 Sold

Multi-functional Scientific Cal...
US $3.79
7 Sold

Zezzo® Professional Outdoor...
US $0.91
3599 Sold

Multi-functional Scientific Cal...
US $11.12
6 Sold

School Office Multifunctional ...
Free Shipping
US $9.39
13 Sold

    

Free shipping 1 Piece New Or...
Free Shipping
US $25.18
106 Sold

Portable Scientific Calculator ...
US $4.17
59 Sold

Mini USB Fingerprint Reader ...
Free Shipping
US $12.54
44 Sold

Hp39gii Graphing Calculator ...
Free Shipping
US $36.17
23 Sold

Handheld Student's Scientific...
US $20.84

    

Casio FX-991ES Plus Scientific...
Free Shipping
US $35.70
1 Sold

Leaf Shape Soap Box Drain S...
US $1.99
29124 Sold

Portable Scientific Calculator ...
Free Shipping
US $9.91
30 Sold

24 Bit Scientific Calculator Cal...
Free Shipping
US $13.65
14 Sold

Digital Scientific Calculator 24...
Free Shipping
US $12.69
316 Sold

    

Deli 991ES Scientific Calculat...
Free Shipping
US $16.09
34 Sold

SUAI 20ML Nail Fungal Treat...
Free Shipping
US $3.29
9854 Sold

School Engineering Scientific ...
Free Shipping
US $4.95
741 Sold

2021 New Hp39gs Graphic C...
Free Shipping
US $22.48
4 Sold

Student Multi-Function 2-Lin...
Free Shipping
US $7.98
18 Sold

    

Function Calculator Handhel...
US $6.95
46 Sold

External Hard Drive 2TB 1TB ...
Free Shipping
US $11.23
2081 Sold

Multi-functional Scientific Cal...
US $10.60
6 Sold

1 pcs Canon F-789SGA Stude...
Free Shipping
US $21.67
27 Sold

Foldable Calculator & 6 Inch ...
US $10.80
1022 Sold

Links

Related Search

deli calculator metal
fountain pen
graphic programmable calculator
water calculator

2mm copper sheet
graphic scientific calculator casio
coin collect
graphical calculator scientific

ak500
small printing calculator
station weather
translat

Ranking Keywords

xrazy stockings



This product belongs to **Home** , and you can find similar products at **All Categories** , **Computer & Office** , **Office Electronics** , **Calculators**

Case 1:23-cv-00895 Document 1-3 Filed 02/14/23 Page 86 of 207 PageID #:263



Sell on AliExpress · Help · Buyer Protection · App · English / USD · Wish List · Account

**AliExpress**

YIKU Store
Top Brand **94.5%** Positive feedback

+ Follow
**415** Followers

I'm shopping for...

On AliExpress | In this store

Store Home · Products · Sale Items · Top Selling · Feedback

Multi-functional Scientific Calculator Computing Tools for School Office Use Supplies Students Stationery Gifts

★★★★★ 4.8 ⌄ | 5 Reviews · 13 orders

**US $12.99** ~~US $15.65~~ **-17%**

Instant discount: Buy 2 get 3% off ⌄

Quantity:
− 9955 + · 9955 pieces available

**Shipping: US $95,993.45**
to United States via Fedex IE ⌄
Estimated Delivery on Aug 20 ⓘ

[ Buy Now ] [ Add to Cart ] ♡ 46

✓ **75-Day Buyer Protection**
Money back guarantee

↩ **Free Return**
Return for any reason within 15 days



5€ OFFERTS DES 40€ D'ACHATS — FESTIVAL05 — 5€ OFF ORDERS OVER 40€ — FESTIVAL05
3€ OFFERTS DÈS 20€ D'ACHATS — FESTIVAL03 — 3€ OFF ORDERS OVER 20€ — FESTIVAL03

**Store Categories**
- HOT SALE!!!
- pure battery
- NEW!!!
  - 1
  - 2
- Computer accessories
- Consumer Electronics
- computer hardware
- NEW!
- brand new
- Others

YIKU Store
⭐ Top Brands
94.5% Positive Feedback
415 Followers
Contact
+ Follow | Visit Store

US $14.55 · US $4.44 · US $6.61 · US $10.33 · US $3.18 · US $4.29

OVERVIEW · CUSTOMER REVIEWS (5) · **SPECIFICATIONS** · Report Item

| Specification | Value | | |
|---|---|---|---|
| Brand Name: | TCAM | Style: | Scientific |
| Max. Digits: | 10 | Certification: | NONE |
| Origin: | CN(Origin) | Power Source: | Battery |
| Usage: | Calendar | Material: | Plastic |
| Model Number: | Smart Calculator | Applicable Battery Type: | Coin Batteries |
| Size: | 160x110x80mm/6.2x4.3x3.1in | | |

**Top Selling**

US $3.49
★ 4.2 · 596 Sold

US $7.17
★ 4.8 · 3778 Sold

**Seller Recommendations**



EVA Hard Case Travel Carrying...
Free Shipping
US $5.76
16 Sold

Document Ticket Bag Waterp...
Free Shipping
US $8.51
147 Sold

300 Pcs 15 Values LL34 SMD ...
Free Shipping
US $3.87
1 Sold

10Pcs Plastic Test Tubes Lab ...
Free Shipping
US $3.53
10 Sold

360° Magnetic Car CD Slot Air...
Free Shipping
US $7.08
6 Sold

## Store Categories

- ⊞ HOT SALE!!!
- ⊞ NEW!!!
  - 1
  - 2
- ⊞ Computer accessories
- ⊞ Consumer Electronics
- ⊞ computer hardware
- ⊞ NEW!
- ⊞ brand new
- ⊞ Others

## Recommend

 Multi-functional Scientific Calcula...
US $12.83
Orders(13)

 Student Multi-Function 2-Line
US $7.98
Orders(18)

 Scientific Calculator Engineering F...
US $11.19
Orders(1)

 Fad Children Silicone Date Multi-Pu...
US $3.49
Orders(596)

 New Death Note Cosplay Notebook &
US $7.17
Orders(3778)

 Foldable Hearing Protection Ear Muf...
US $10.33
Orders(34)

 Document Ticket Bag Waterproof Larg...
US $8.51
Orders(147)

 Active Stylus Touch Screen Pen for ...
US $8.80
Orders(77)

 12V 4 Pin 140mm DC Silent CPU Cooli...
US $8.93
Orders(39)

 315MHZ/433MHZ Round Wireless
US $4.99
Orders(109)

 4S 30A 12.8V w/Balance 3.2V
US $4.02
Orders(411)

 Multi-functional SLR/DSLR Camera St...
US $4.46
Orders(239)

 Original Tablet Stylus S Pen Touch ...
US $9.50
Orders(11)

 12cm Oil Painting Pliers Clamp with...
US $13.46
Orders(43)

 EVA Travel Carry Hard Case Cover Bo...
US $32.76
Orders(25)

 Earpad Ear Pad Earphone Soft Foam
US $2.82
Orders(33)

30G HY410-TU20 White Thermal
US $3.85
Orders(21)

40x23mm 12V Dual USB Ports Car Char...
US $7.56
Orders(51)

 Outdoor Wireless Bluetooth Speaker ...
US $12.87
Orders(5)

## Seller Feedback



### Seller Summary

| | |
|---|---|
| Seller: | YIKU Store |
| Positive Feedback (Past 6 months): | 94.5% |
| AliExpress Seller Since: | 26 Jun 2020 |

### Detailed seller ratings

| | | | |
|---|---|---|---|
| Item as Described : | ★★★★★ 4.6 (4326 ratings) | 2.17% Lower | than other sellers |
| Communication : | ★★★★★ 4.6 (4326 ratings) | 1.97% Lower | than other sellers |
| Shipping Speed : | ★★★★★ 4.5 (4326 ratings) | 2.35% Lower | than other sellers |

### Feedback History

| Feedback | 1 Month | 3 Months | 6 Months |
|---|---|---|---|
| Positive (4-5 Stars) | 409 | 1,410 | 3,960 |
| Neutral (3 Stars) | 13 | 56 | 136 |
| Negative (1-2 Stars) | 41 | 128 | 230 |
| Positive feedback rate | 90.9% | 91.7% | 94.5% |

Seller (Past 6 months) | Feedback Received as a Seller

Viewing 1 - 10                                    ‹ Previous  1  2  ...  Next ›



| Buyer | Transaction Details | Feedback |
|---|---|---|
| S***c | Fad Children Silicone Date Multi-Pu... <br> 1 piece | ★☆☆☆☆ 06 Aug 2021 12:12 <br> In few days bracklet was brocken. No quality. |
| S***c | Fad Children Silicone Date Multi-Pu... <br> 1 piece | ★☆☆☆☆ 06 Aug 2021 12:12 <br> In few days bracklet was brocken. No quality. |
| Y***a | New Death Note Cosplay Notebook & F... <br> 1 piece | ★☆☆☆☆ 04 Aug 2021 15:09 <br> Nunca llego |
| h***h | New Death Note Cosplay Notebook & F... <br> 1 piece | ★☆☆☆☆ 02 Aug 2021 09:37 <br> Nunca recibí éste pedido |
| Y***n | Fad Children Silicone Date Multi-Pu... <br> 1 piece | ★☆☆☆☆ 31 Jul 2021 23:27 <br> not a truthworthy seller |
| Y***n | Fad Children Silicone Date Multi-Pu... <br> 1 piece | ★☆☆☆☆ 31 Jul 2021 23:27 <br> not a truthworthy seller |
| Y***n | Fad Children Silicone Date Multi-Pu... <br> 1 piece | ★☆☆☆☆ 31 Jul 2021 23:27 <br> very disappointed didn't arrive sudenlly the tracking information said that good were returned ro seller. only after i contacted wad i refunded and not fully. |
| W***a | New Death Note Cosplay Notebook & F... <br> 1 piece | ★☆☆☆☆ 30 Jul 2021 06:28 <br> Well I didnt recieve it and you didnt want to give me a refund so empty space looks nothing like a notebook, here's proof you wanted |
| a***r | 1PC Farad Capacitor 2.7V 500F 35*60... <br> 1 piece | ★☆☆☆☆ 30 Jul 2021 01:45 <br> Продавец барыхит отбракованым товаром |
| a***r | 1PC Farad Capacitor 2.7V 500F 35*60... <br> 1 piece | ★☆☆☆☆ 30 Jul 2021 01:43 <br> Отбраковка |

‹ Previous  1  2  ...  Next ›

Recently Viewed

YIKU Store    Open 1 year(s)    🏆 Top Brand   94.5%   Positive feedback ⌄    FOLLOW   415 Followers

Store Home    Products ⌄    Sale Items    Top Selling    Feedback

Home > Store Home > Products

### Store Categories

- 🔲 HOT SALE!!!
- 🔲 NEW!!!
  - – 1
  - – 2
- 🔲 Computer accessories
- 🔲 Consumer Electronics
- 🔲 computer hardware
- 🔲 NEW!
- 🔲 brand new
- 🔲 Others

### Recommend

  Multi-functional Scientific Calcula...
US $12.83
Orders(13)

 Student Multi-Function 2-Line
US $7.98
Orders(18)

 Scientific Calculator Engineering F...
US $11.19
Orders(1)

 Fad Children Silicone Date Multi-Pu...
US $3.49
Orders(596)

 New Death Note Cosplay Notebook &
US $7.17
Orders(3778)

 Foldable Hearing Protection Ear Muf...
US $10.33
Orders(34)

 Document Ticket Bag Waterproof Larg...
US $8.51
Orders(147)

 Active Stylus Touch Screen Pen for ...
US $8.80
Orders(77)

 12V 4 Pin 140mm DC Silent CPU Cooli...
US $8.93
Orders(39)

 315MHZ/433MHZ Round Wireless
US $4.99
Orders(109)

 4S 30A 12.8V w/Balance 3.2V
US $4.02
Orders(411)

 Multi-functional SLR/DSLR Camera St...
US $4.46
Orders(239)

 Original Tablet Stylus S Pen Touch ...
US $9.50
Orders(11)

12cm Oil Painting Pliers Clamp with...
US $13.46
Orders(43)

EVA Travel Carry Hard Case Cover Bo...
US $32.76
Orders(25)

---

Store Categories >   Calculator 🔍     12 items found        Hide Filter ⌄

Related Categories    Calculators (7)

**Best Match**    Orders ⇕    New ⇓    price ⇕    ☐ Free Shipping       View ⊞ ☰   ◁ ▷


18% OFF
Multi-functional Scientific Calculator Computing Tools...
US $12.83 / piece
US $15.65 / piece
Orders(13)


18% OFF
17 Digits Rods Soroban Standard Abacus Chinese Japanese...
US $9.85 / piece
US $12.01 / piece
Orders(5)


18% OFF
Fad Children Silicone Date Multi-Purpose Kids Electronic...
US $3.49 / piece
US $4.26 / piece
Orders(596)


18% OFF
Scientific Calculator Engineering Function Calculator...
US $11.19 / piece
US $13.65 / piece
Order(1)


18% OFF
Student Multi-Function 2-Line Display 12 Digit...
US $7.98 / piece
US $9.73 / piece
Orders(18)


18% OFF
Mini Portable Electronic Calculator Candy Color...
US $3.35 / piece
US $4.09 / piece
Orders(15)


18% OFF
12-Digit Solar Battery Dual Power Large Display Office...
US $5.41 / piece
US $6.60 / piece
Orders(12)


18% OFF
NoEnName_Null High Quality Calculator Black Pocket...
US $6.64 / piece
US $8.10 / piece
Orders(2)

18% OFF
Portable Chinese 13 Digits Column Abacus Arithmetic...
US $11.23 / piece
US $13.69 / piece
Orders(2)

18% OFF
Portable Chinese 23 Digits Column Abacus Arithmetic...
US $8.85 / piece
US $10.79 / piece
Orders(3)

18% OFF
17 Digits Wooden Soroban Standard Abacus Chinese...
US $16.03 / piece
US $19.55 / piece

18% OFF
Foldable Soft Silicone Handheld Scientific Solar...
US $3.80 / piece
US $4.63 / piece

◁    1   ▷

Recently Viewed





AliExpress

## Shipping Information

██████████████

1001 Foster Ave,
Bensenville, Illinois, United States, 60106

+ Add new address
Select other addresses

## Payment Methods

🏦 Bank Transfer   Wire Transfer

Change

## Order Review

Seller: YIKU Store

Multi-functional Scientific Calculator Computing Tools for School Offic
e Use Supplies Students Stationery Gifts

US $12.99

Shipping: US $95,993.45 via Fedex IE  Estimated delivery on Aug 20 >

— 9955 +

+ Leave message

| | |
|---|---|
| Subtotal | US $129,315.45 |
| Shipping | US $95,993.45 |
| Seller Discount: | - US $6,465.77 |
| VAT ? | US $9,827.97 |
| 🟧 Store Coupons | ⌄ |
| Total | US $228,671.10 |

### Order Summary

🟥 Select Coupon  ⌄

🟥 AliExpress Coupon  ⌄

Promo Code

[ ]  Apply

**Total**  **US $228,671.10**

Place Order

Upon clicking "Place Order", I confirm I have read and acknowledge all terms and policies.

🛡 AliExpress

AliExpress keeps your information and payment safe

## Help

Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

## Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

## Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

 Google Play    App Store

Intellectual Property Protection · Privacy Policy · Sitemap · Terms of Use · Information for EU consumers · User Information Legal Enquiry Guide
©2010-2021 AliExpress.com. All rights reserved.



Help

Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

 

Intellectual Property Protection · Privacy Policy · Sitemap · Terms of Use · Information for EU consumers · User Information Legal Enquiry Guide ©2010-2021 AliExpress.com. All rights reserved.



Need Help?

Place Order | Pay Success | Shipment | Order Complete

Order Number: 8136583630269900

Status: **This order is awaiting your payment**

Reminder: Without payment, this order will be cancelled after: **11days 23hours 59minutes 32seconds** .

Pay Now | Cancel Order

Order | Financial

**Total Amount**

| Price | Shipping Cost | Adjust Price | Discount | Tax | Total Amount |
|---|---|---|---|---|---|
| US $ 129,315.45 | US $ 95,993.45 | US $ 0.00 | Order Quantity Discount US $ 6,465.77 | US $ 9,827.97 | US $ 228,671.10 |

**Payment Received:**

| Total | Received | Payment Method | Date Received |
|---|---|---|---|

 ©2010-2021 AliExpress.com. All rights reserved.



12/7/21, 4:20 PM

Digital Scientific Calculator 240 Functions 82MS Statistics Mathematics 2Line Display D-82MSP for student school undergraduate|Calculators| - AliExpress

Case 1:23-cv-00895 Document 13 Filed 02/14/23 Page 92 of 207 PageID #:269



Sell on AliExpress ⌄     Help ⌄     Buyer Protection     📱 App          🇺🇸 / English / USD ⌄     ♡ Wish List     👤 Account ⌄

**AliExpress**          **yunzhijia Store** ⌄               I'm shopping for...          🛒 0
                        90.9% Positive feedback     + Follow
                                                    35 Followers                    On AliExpress | In this store

Store Home     Products ⌄     Sale Items     Top Selling     Feedback



Digital Scientific Calculator 240 Functions 82MS Statistics Mathematics 2Line Display D-82MSP for student school undergraduate



Grab this fresh deal

**US $8.70**                                    GET NEW YEAR READY
~~US $23.51~~ -63%                              Ends in
                                               Dec 10, 11:59 PM PT

US $2.00 Coupons For You    Get coupons

Color: White

[color options: White, Blue, Black, Pink]

Quantity:
— 777 +     777 pieces available

Delivery ⦿ United States

**Shipping: US $4,873.53**
From China to United States via EMS
Estimated delivery on Jan 15

More options ⌄

**Buy Now**     **Add to Cart**     ♡

🛡 **75-Day Buyer Protection**
   Money back guarantee

---

## yunzhijia Store

**Store Categories**          **yunzhijia Store**
· Others                       90.9% Positive Feedback
                               35 Followers
**Top Selling**                💬 Contact
                               + Follow    Visit Store

US $13.65 | US $11.60 | US $19.17 | US $6.64 | US $38.11 | US $20.59

**US $20.59**
★ 5.0          7 Sold

OVERVIEW     CUSTOMER REVIEWS (0)     SPECIFICATIONS               Report Item

**Digital Scientific Calculator 240 Functions Statistics Mathematics 2Line Display**

Digital Scientific Calculator 240 Functions Statistics Mathematics 2Line Display D-82MSP for student school  undergraduate

**US $20.51**
2 Sold

4colors
240 functions
Gift: two pens , 1 screwdriver , 2 coin batteries.

240 Functions / Dot Matrix /
2-Line Display / 10+2 Digits / Plastic Keys
Multi-replay function, Matrix calculations, Equation calculations, Vector calculations, Differential calculations, SOLVE function
• 2-line display
• Fraction calculations
• Integration calculations
• Combination and Permutation
• Statistics (STAT-data editor, Standard deviation, Normal distribution calculations, Regression analysis)
• Base-n calculations / conversions
• Logical operations
• Complex number calculations
• CALC memory
• Engineering symbol calculations
• 40 scientific calculations
• 40 metric conversions (20 conversion pairs)
• 9 variable memories
• Comes with slide-on hard case

**US $11.13**
1 Sold

Scientific Calculators|Calculators| - AliExpress



US $20.45
★ 3.5                    19 Sold



US $14.58
★ 5.0                    6 Sold

View More >









Case 1:23-cv-00895-Documents-13 Filed 02/14/23 Page 95 of 207 PageID #:272





Case 1:23-cv-00985 Document 13 Filed 02/14/23 Page 96 of 207 PageID #:273

















**No Feedback.**

## Seller Recommendations


Original God 130 keyboard S...
US $50.50
2 Sold


Xinmeng T520 Lipstick Real ...
SALE US $37.87
2 Sold


141 Key cap Small Full Set of ...
SALE US $35.21
2 Sold


BlueCat Key Cap Ma Height ...
US $20.51
2 Sold


2.4G Wireless Silent Keyboar...
US $19.79
1 Sold


Wireless Keyboard Mechanic...
SALE US $20.45
19 Sold


Wireless Keyboard Mouse U...
SALE US $17.42
1 Sold


Original For Wireless Joystick...
SALE US $39.08
4 Sold

124 Keys PBT Keycap Profile ...
SALE US $20.62
1 Sold


Virtual Laser Keyboard Bluet...
SALE US $36.31
6 Sold

## More To Love


A3/A4/A5 Three Level Dimm...
Free Shipping
SALE US $5.99
3860 Sold


Brand New Engineering Scie...
US $7.89
16 Sold


Scientific Calculator Computi...
US $8.65
2 Sold


1/2/3/5M Nano Tape Double...
Free Shipping
US $0.70
25605 Sold

Engineering Scientific Calcul...
SALE US $3.49


NullMini Replacement Head...
Free Shipping
SALE US $0.01
136 Sold


Drop Shipping 5LED With Bu...
Free Shipping
SALE US $0.01
21207 Sold


USB Rechargeable With Built...
Free Shipping
SALE US $0.01
12062 Sold


FX-991ES-PLUS Scientific Cal...
Free Shipping
US $11.97
32 Sold

FX-991ES-PLUS Matrix Comp...
Free Shipping
US $9.10
1 Sold


Wireless Dildos AV Vibrator ...
Free Shipping
SALE US $9.22
214 Sold


Kids Cotton Slides Autumn ...
Free Shipping
SALE US $5.72
570 Sold


School Engineering Scientific...
US $0.01
522 Sold


Handheld Student's Scientifi...
US $4.36
138 Sold


Kids Watches Call Kids Smart...
Free Shipping
US $11.82
428 Sold


THOUBLUE Replacement Ear...
Free Shipping
SALE US $6.47
25 Sold


Brand New FX-991ES-PLUS O...
Free Shipping
SALE US $9.54
26 Sold


Children Watch Kids Watche...
Free Shipping
SALE US $10.11
252 Sold


Deli Portable Scientific Calcul...
Free Shipping
US $10.20
5 Sold


Scientific Calculator 10-Digit ...
SALE US $9.31
21 Sold



GET NEW YEAR READY

Everything under US $10
Big savings on top picks you'll love

Shop now

Sell on AliExpress ⌄ | Help ⌄ | Buyer Protection | 📱 App | 🏳 English / USD ⌄ | ♡ Wish List | 👤 Account ⌄

**AliExpress** | yunzhijia Store ⌄
90.9% Positive feedback | + Follow | 35 Followers

I'm shopping for... 🛒 0

On AliExpress | In this store

Store Home | Products ⌄ | Sale Items | Top Selling | Feedback



Digital Scientific Calculator 240 Functions 82MS Statistics Mathematics 2Line Display D-82MSP for student school undergraduate



Grab this fresh deal | GET NEW YEAR READY

**US $8.70** ~~US $23.51~~ -63%

Ends in Dec 10, 11:59 PM PT

US $2.00 Coupons For You | Get coupons

Color: White

Quantity:
− 777 + 777 pieces available

Delivery ⊙ United States

Shipping: US $4,873.53
From China to United States via EMS
Estimated delivery on Jan 15

More options ⌄

**Buy Now** | **Add to Cart** | ♡

🛡 **75-Day Buyer Protection**
Money back guarantee

---

## yunzhijia Store

yunzhijia Store
90.9% Positive Feedback
35 Followers
💬 Contact
+ Follow | Visit Store

US $13.65 | US $11.60 | US $19.17 | US $6.64 | US $38.11 | US $20.59

| Store Categories | | OVERVIEW | CUSTOMER REVIEWS (0) | **SPECIFICATIONS** | Report Item |

Others

**Top Selling**



US $20.59
★ 5.0 | 7 Sold

US $20.51
2 Sold

US $11.13
1 Sold

Brand Name: ZUIDID
Max. Digits: 12
Origin: CN(Origin)
Usage: Calendar
Model Number: 82MS

Style: Scientific
Certification: CE
Power Source: Battery
Material: plastic
Applicable Battery Type: Coin Batteries

**Seller Recommendations**

Original God 130 keyboard S... **US $50.50**
2 Sold

Xinmeng T520 Lipstick Real ... SALE **US $37.87**
2 Sold

141 Key cap Small Full Set of ... SALE **US $35.21**
2 Sold

BlueCat Key Cap Ma Height ... **US $20.51**
2 Sold

2.4G Wireless Silent Keyboar... **US $19.79**
1 Sold


Digital Scientific Calculator 240 F...
US $8.70
Orders(0)


Wireless Keyboard Mechanical keybo...
US $20.45
Orders(19)


Gx50 Luminous Game Mechanic Compute...
US $14.58
Orders(6)


Virtual Laser Keyboard Bluetooth
US $36.31
Orders(6)


Wireless Keyboard Mouse USB Wired E...
US $17.42
Orders(1)


Original For Wireless Joystick Cont...
US $39.08
Orders(4)


Xinmeng T520 Lipstick Real Mechanic...
US $37.87
Orders(2)


Cute Mouse Pad Large Cartoon Cute
US $13.37
Orders(5)


140 Keys Japanese PBT XDA Highly Su...
US $20.59
Orders(7)


108Key USB Mechanical Gaming
US $46.87
Orders(1)


1 Set LOL Keycaps For MX Switch PBT...
US $11.13
Orders(1)


Wireless Numeric Mechanical Keyboar...
US $13.70
Orders(1)


Ferris Hand Wireless Keypad And Mec...
US $21.73
Orders(0)


125 Key PBT Keycap DYE-SUB Profile ...
US $21.41
Orders(0)


Luminous Mechanical Touch Mechanic ...
US $12.10
Orders(2)


2.4G Wireless Silent Keyboard and M...
US $19.79
Orders(1)


Forerunner wireless mechanical keyb...
US $22.00
Orders(0)


Mechanical Keyboard OEM Matcha Gree...
US $32.29
Orders(0)


140 Keys PBT Keycap OEM Profile Per...
US $26.42
Orders(1)

Basketball Court Large Medium Long ...
US $11.11
Orders(2)

## Seller Feedback



### Seller Summary

| | |
|---|---|
| Seller: | **yunzhijia Store** |
| Positive Feedback (Past 6 months): | **90.9%** |
| AliExpress Seller Since: | **23 Sep 2021** |

### Detailed seller ratings

| | | | |
|---|---|---|---|
| Item as Described : | ⭐⭐⭐⭐⭐ | **4.7** (22 ratings) | 1.01% Lower than other sellers |
| Communication : | ⭐⭐⭐⭐⭐ | **4.8** (22 ratings) | 2.08% Higher than other sellers |
| Shipping Speed : | ⭐⭐⭐⭐⭐ | **4.8** (22 ratings) | 2.29% Higher than other sellers |

### Feedback History

| Feedback | 1 Month | 3 Months | 6 Months |
|---|---|---|---|
| Positive (4-5 Stars) | 16 | 20 | 20 |
| Neutral (3 Stars) | - | - | - |
| Negative (1-2 Stars) | 2 | 2 | 2 |
| Positive feedback rate | 88.9% | 90.9% | 90.9% |



Seller (Past 6 months) | Feedback Received as a Seller

Viewing 1 - 2                                                     ‹ Previous  1  Next ›

| Buyer | Transaction Details | Feedback |
|---|---|---|
| M***k | **Wireless Mechanical Gamer Keyboard** -  1 piece | ⭐⭐ 28 Nov 2021 10:06 For keyboard- it's really pretty and not too loud which I was worried about but unfortunately some keys do not work like F10 or scroll lock and pause break. As for mouse it's awful. It is really slow and the scrolling key is pretty much not working. I would not recommend if you are getting this keyboard also for the mouse.  **Seller's reply**  I'm sorry for the inconvenience. We will continue to update our products and make them better |
| g***E | **2.4G Wireless Keyboard with Number ...** -  1 piece | ⭐ 22 Nov 2021 09:13 never specified on page ACTUAL size until arrived, I'm a 103kt 1.86 man, my fingers can't even fit on that thing!!!  **Seller's reply**  It is indeed our negligence in the title, but the actual size of the goods is indeed marked in our product introduction |

‹ Previous  1  Next ›



yunzhijia Store    90.9% Positive feedback    FOLLOW    35 Followers

# yunzhijia Store

| Store Home | Products ⌄ | Sale Items | Top Selling | Feedback |

Home > Store Home > Products

**Recommend**

Digital Scientific Calculator 240 F...
US $8.70
Orders(0)

Wireless Keyboard Mechanical keybo...
US $20.45
Orders(19)

Gx50 Luminous Game Mechanic Compute...
US $14.58
Orders(6)

Virtual Laser Keyboard Bluetooth
US $36.31
Orders(6)

Wireless Keyboard Mouse USB Wired E...
US $17.42
Orders(1)

Original For Wireless Joystick Cont...
US $39.08
Orders(4)

Xinmeng T520 Lipstick Real Mechanic...
US $37.87
Orders(2)

Cute Mouse Pad Large Cartoon Cute
US $13.37
Orders(5)

140 Keys Japanese PBT XDA Highly Su...
US $20.59
Orders(7)

108Key USB Mechanical Gaming
US $46.87
Orders(1)

1 Set LOL Keycaps For MX Switch PBT...
US $11.13
Orders(1)

Wireless Numeric Mechanical Keyboar...
US $13.70
Orders(1)

Ferris Hand Wireless Keypad And Mec...
US $21.73
Orders(0)

125 Key PBT Keycap DYE-SUB Profile ...
US $21.41
Orders(0)

Luminous Mechanical Touch Mechanic ...
US $12.10
Orders(0)

2.4G Wireless Silent Keyboard and M...
US $19.79
Orders(1)

Forerunner wireless mechanical keyb...
US $22.00
Orders(1)

Mechanical Keyboard OEM Matcha Gree...
US $32.29
Orders(0)

140 Keys PBT Keycap OEM Profile Per...
US $26.42
Orders(1)

Store Categories >    Scientific Calculator 240    🔍    1 items found    Hide Filter >

Best Match    Orders⇩    New⇩    price⇵    ☐ Free Shipping    View ⊞ ☰ ◁ ▷



Digital Scientific Calculator 240 Functions 82MS...

US $8.70 / piece
US $23.51 / piece

◁  1  ▷



AliExpress

## Shipping Information

[redacted]
1001 Foster Ave
Bensenville, Illinois, United States, 60106

+ Add new address
Select other addresses

## Payment Methods

Bank Transfer Wire Transfer Change

To pay by wire transfer using your bank account, you need to visit your nearest bank branch with the wire transfer information. Your payment will be completed 7 business days after you have finished the money transfer.

## Order Review

Seller: yunzhijia Store

Digital Scientific Calculator 240 Functions 82MS Statistics Mathematics 2Line Display D-82MSP for student school undergraduate

**Color:** White

777

**US $8.70**

Shipping: US $4,873.53 via EMS Estimated delivery on Jan 10

+ Leave message

| | |
|---|---|
| Subtotal | US $6,759.52 |
| Store Coupons | |
| Shipping | US $4,873.53 |
| VAT | US $540.76 |
| Total | US $12,173.81 |

## Order Summary

Select Coupon
AliExpress Coupon
Promo Code

Apply

**Total** **US $12,173.81**

Place Order

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

AliExpress

AliExpress keeps your information and payment safe

Help

Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Google Play App Store

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - User Information Legal Enquiry Guide

©2010-2021 AliExpress.com. All rights reserved.

12/7/21, 4:23 PM



Help

Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

 

Intellectual Property Protection , Privacy Policy , Sitemap , Terms of Use , Information for EU consumers , User Information Legal Enquiry Guide  ©2010-2021 AliExpress.com. All rights reserved.







My AliExpress > Order List > Order Detail

Place Order | Pay Success | Shipment | Order Complete

Order Number: 8142925281676043
Status: **This order is awaiting your payment**
Reminder: Without payment, this order will be cancelled after: **11days 23hours 59minutes 24seconds** .

Pay Now | Cancel Order

Order | Financial

**Total Amount**

| Price | Shipping Cost | Adjust Price | Discount | Tax | Total Amount |
|---|---|---|---|---|---|
| US $ 6,759.52 | US $ 4,873.53 | US $ 0.00 | | US $ 540.76 | US $ 12,173.81 |

**Payment Received:**

| Total | Received | Payment Method | Date Received |
|---|---|---|---|

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - User Information Legal Enquiry Guide ©2010-2021 AliExpress.com. All rights reserved.

Need Help?

Up to 30% off    Home Mania    Preview now

Sell on AliExpress | Help | Buyer Protection | App | / English / USD | Wish List | Account

**AliExpress**

ZZshop
91.8% Positive feedback    + Follow   602 Followers

I'm shopping for...

On AliExpress   In this store

Store Home | Products | Sale Items | Top Selling | New Arrivals | Feedback





Multi-functional Scientific Calculator Computing Tools For School Office Use Supplies Students Stationery Gifts

★★★★★ 5.0 · 1 Review · 1 order

**US $11.35** ~~US $16.21~~ -30%

Color: Picture Color

Quantity:
− 499 +   499 pieces available

**Shipping: US $1,148.02**
to United States via DHL
Estimated Delivery on Aug 20 ?

Buy Now   Add to Cart   ♡ 2

🛡 **75-Day Buyer Protection**
Money back guarantee

      

## ZZshop

**Store Categories**

- iPhone Case
- Samsung Case
- Huawei Case
- INFINIX Case
- Sale Items
  - 45% OFF
  - 40% OFF
  - 30% OFF
- Computer Accessories
  - Mouse Pad
  - Mouse
  - Keyboards
  - Digital Tablets
  - Tablet Pen
  - Tablet Pen Parts
  - Network Card
  - Card Reader
  - Pagers
  - 3D Printing
  - Calculator
  - Others
- Mobile Phone Accessories
  - Phone Screen Amplifier
  - Mobile Phone Bracket
  - Mobile Phone Cooler
  - Earphones
  - Earphone Accessories
  - Others
- Office & School Supplies
- Security & Protection
  - Security Alarm
  - GPS Tracker
- Consumer Electronics
  - Radios
  - MP3 Players
  - Chargers
  - Games & Accessories
  - Home Audio & Video
  - Camera Drones & Accessories

ZZshop
91.8% Positive Feedback
602 Followers
Contact

+ Follow   Visit Store

      

US $3.29   US $2.45   US $8.85   US $8.55   US $12.98   US $2.16

**OVERVIEW** | CUSTOMER REVIEWS (1) | SPECIFICATIONS    Report Item

### Multi-functional Scientific Calculator Computing Tools For School Office Use Supplies Students Stationery Gifts

Description:
100% brand new and high quality.
Feature:
Made of high quality material, durable and stable for us to use.
LCD display makes you easy to read the results clearly in two lines display mode.
Portable handheld design, light-weight, easy to carry and take.
Can be used for Accounting Mathematic tools.
Multifunctional mathematics calculator can be used to calculate advanced functions.
Perfect gifts and tools for students school and office use.
Calculator only, other accessories demo in the picture is not included!

Specifications:
Item Type: Calculator
Material: Plastic
Size: 160x110x80mm/6.2x4.3x3.1in
Color: As shown
Powered: by button battery
Quantity: 1 Pc

Note:
Transition: 1cm=10mm=0.39inch
Please allow 1-3mm error due to manual measurement. pls make sure you do not mind before you bid.
Due to the difference between different monitors, the picture may not reflect the actual color of the item.
Thank you!

Package Includes:

1 x Calculator

Remote Control
Accessories & Parts
**Others**

**Top Selling**



**US $1.93**
★ 4.6          78 Sold



**US $2.68**
★ 4.5          51 Sold



**US $3.29**
★ 4.2          32 Sold



**US $2.85**
★ 3.8          30 Sold



**US $8.19**
★ 5.0          38 Sold

View More ›











162mm/6.38in

80mm/3.15in

## Customer Reviews (1)

| | | |
|---|---|---|
| 5 Stars | | 100% |
| 4 Stars | | 0% |
| 3 Stars | | 0% |
| 2 Stars | | 0% |
| 1 Star | | 0% |

**5.0** / 5 ★★★★★

All Stars (1) ⌄     Photos (0)     Additional Feedback (0)

☐ Only from your country     ☑ Translate to English

Sort by default ⌄

**T***n**
🇳🇿 NZ

★★★★★

Color: Picture Color    Logistics: China Post Registered Air Mail

Was quite a surprise to receive something from China that was as described! Thank you.    10 Jun 2021 02:57

Helpful?    Yes (0)    No (0)

‹    **1**    ›

## Seller Recommendations



| Marble Stone Granite Pattern... | Fruit Cute Silicone Case For A... | Clear Phone Cases For iPhon... | 9H Luxury Marble Tempered ... | Matte Black Soft Mobile Phon... |
|---|---|---|---|---|
| **US $3.44** | **US $3.25** | **US $0.99** | **US $3.89** | **US $1.93** |
| 2 Sold | 10 Sold | 5 Sold | 14 Sold | 78 Sold |



    

Switch Key Puller Keycaps Re... **US $2.15** 26 Sold

Silicone Earphone Case For A... **US $2.25** 12 Sold

Luxury Tempered Glass Red ... **US $3.88** 5 Sold

Purple Marble Pattern Phone... **US $3.69** 22 Sold

Dream Shell Pattern Phone C... **US $3.89** 3 Sold

## More To Love

    

Multi-functional Scientific Cal... **US $6.84** 288 Sold

TWISTER.CK Portable Scientifi... **US $3.56** 2 Sold

Mini USB Fingerprint Reader ... Free Shipping **US $12.54** 44 Sold

Foldable Calculator & 6 Inch ... **US $10.80** 1030 Sold

Fold Science Function Calcula... Free Shipping **US $13.70** 20 Sold

    

Free shipping 1 Piece New Or... Free Shipping **US $25.18** 106 Sold

Full Function Computer Scien... Free Shipping **US $12.83** 228 Sold

Fashion Brand Baseball Cap ... Free Shipping **US $3.82** 983 Sold

Deli 991ES Scientific Calculat... Free Shipping **US $16.09** 34 Sold

Multi-functional Scientific Cal... **US $10.60** 6 Sold

    

Multi-functional Scientific Cal... **US $4.62**

OOTDTY Engineering Scientifi... Free Shipping **US $2.09** 341 Sold

JunKang All kinds bracelet irr... **US $1.39** 61 Sold

Casio Mx-12b-Bk 12 Digit Des... **US $18.99** 2 Sold

Calculator Handheld Multi-fu... **US $3.35** 13 Sold

    

Casio Calculator FX-82MS 10 ... **US $22.99** 1 Sold

Portable Scientific Calculator ... **US $4.17** 61 Sold

2020 Jurassic World Fallen Ki... Free Shipping **US $2.99** 3610 Sold

Multi-functional Scientific Cal... **US $7.13** 18 Sold

School Office Multifunctional ... Free Shipping **US $9.39** 13 Sold

    

12 Digits Study Scientific Calc... **US $6.07** 7 Sold

Calculator Scientific Exam Fx ... **US $11.26** 10 Sold

Street map pattern men's T-s... Print **US $3.60** 128 Sold

Brand New FX-991ES-PLUS O... Free Shipping **US $13.99** 115 Sold

Portable Multi-functional Sch... Free Shipping **US $7.13** 40 Sold

    



Up to 30% off
Home Mania
Preview now

Sell on AliExpress ▾ | Help ▾ | Buyer Protection | 📱 App | 🇺🇸 English / USD ▾ | ♡ Wish List | 👤 Account ▾

**AliExpress**

ZZshop ▾
91.8% Positive feedback

+ Follow
602 Followers

I'm shopping for... 🔍

🛒 0

On AliExpress | In this store

Store Home | Products ▾ | Sale Items | Top Selling | New Arrivals | Feedback



    

Multi-functional Scientific Calculator Computing Tools For School Office Use Supplies Students Stationery Gifts

★★★★★ 5.0 ▾  1 Review  1 order

**US $11.35**  US $16.21  -30%

Color: Picture Color

Quantity:
⊖ 499 ⊕   499 pieces available

**Shipping: US $1,148.02**
to United States via DHL ▾
Estimated Delivery on Aug 20 ⓘ

Buy Now | Add to Cart | ♡ 2

✓ 75-Day Buyer Protection
Money back guarantee

## ZZshop

ZZshop
91.8% Positive Feedback
602 Followers
💬 Contact
+ Follow | Visit Store

    

US $3.29 | US $2.45 | US $8.85 | US $8.55 | US $12.98 | US $2.16

### Store Categories

- iPhone Case
- Samsung Case
- Huawei Case
- INFINIX Case
- Sale Items
  - 45% OFF
  - 40% OFF
  - 30% OFF
- Computer Accessories
  - Mouse Pad
  - Mouse
  - Keyboards
  - Digital Tablets
  - Tablet Pen
  - Tablet Pen Parts
  - Network Card
  - Card Reader
  - Pagers
  - 3D Printing
  - Calculator
  - Others
- Mobile Phone Accessories
  - Phone Screen Amplifier
  - Mobile Phone Bracket
  - Mobile Phone Cooler
  - Earphones
  - Earphone Accessories
  - Others
- Office & School Supplies
- Security & Protection
  - Security Alarm
  - GPS Tracker
- Consumer Electronics
  - Radios
  - MP3 Players
  - Chargers
  - Games & Accessories
  - Home Audio & Video
  - Camera Drones & Accessories

**OVERVIEW** | **CUSTOMER REVIEWS (1)** | **SPECIFICATIONS**

Report Item

| Brand Name: FARAJIAJ | Style: Scientific |
|---|---|
| Max. Digits: 10 | Certification: NONE |
| Origin: CN(Origin) | |

### Seller Recommendations

     

Marble Stone Granite Pattern...
**US $3.44**
2 Sold

Fruit Cute Silicone Case For A...
**US $3.25**
10 Sold

Clear Phone Cases For iPhon...
**US $0.99**
5 Sold

9H Luxury Marble Tempered ...
**US $3.89**
14 Sold

Matte Black Soft Mobile Phon...
**US $1.93**
78 Sold

    

Switch Key Puller Keycaps Re...
**US $2.15**
26 Sold

Silicone Earphone Case For A...
**US $2.25**
12 Sold

Luxury Tempered Glass Red ...
**US $3.88**
5 Sold

Purple Marble Pattern Phone...
**US $3.69**
22 Sold

Dream Shell Pattern Phone C...
**US $3.89**
3 Sold



## Store Categories

- iPhone Case
- Samsung Case
- Huawei Case
- INFINIX Case
- Sale Items
  - 45% OFF
  - 40% OFF
  - 30% OFF
- Computer Accessories
  - Mouse Pad
  - Mouse
  - Keyboards
  - Digital Tablets
  - Tablet Pen
  - Tablet Pen Parts
  - Network Card
  - Card Reader
  - Pagers
  - 3D Printing
  - Calculator
  - Others
- Mobile Phone...
  - Phone Screen...
  - Mobile Phone Bracket
  - Mobile Phone Cooler
  - Earphones
  - Earphone Accessories
  - Others
- Office & School...
- Security & Protection
  - Security Alarm
  - GPS Tracker
- Consumer Electronics
  - Radios
  - MP3 Players
  - Chargers
  - Games & Accessories
  - Home Audio & Video
  - Camera Drones &...
  - Remote Control
  - Accessories & Parts

## Recommend

Multi-functional Scientific Calcula...
US $11.35
Orders(1)


Stylus Pen For Samsung Galaxy Note
US $4.59
Orders(45)


Black Shockproof Matte Soft TPU Sli...
US $1.93
Orders(88)


Purple Marble Pattern Phone Case Fo...
US $3.69
Orders(22)


Matte Black Soft Mobile Phone Case ...
US $1.93
Orders(78)


Tempered Glass Luxury Phone Case
US $3.98
Orders(45)


Korean School Pencil Case Kawaii Cu...
US $2.85
Orders(30)


Rounded Tip Universal Touch
US $2.97
Orders(38)


Suitable For Samsung Galaxy Note8 P...
US $2.85
Orders(24)


Camera Top Bracket For Gopro Hero S...
US $4.15
Orders(43)


Suitable For Samsung Note 20...



Seller Feedback

### Seller Summary

Seller: **ZZshop**

Positive Feedback (Past 6 months): **91.8%**

AliExpress Seller Since: **24 Jul 2014**

### Detailed seller ratings

| | | | |
|---|---|---|---|
| Item as Described : | ⭐⭐⭐⭐⭐ **4.5** (886 ratings) | **3.44% Lower** | than other sellers |
| Communication : | ⭐⭐⭐⭐⭐ **4.6** (886 ratings) | **1.85% Lower** | than other sellers |
| Shipping Speed : | ⭐⭐⭐⭐⭐ **4.6** (886 ratings) | **0.17% Lower** | than other sellers |

### Feedback History

| Feedback | 1 Month | 3 Months | 6 Months |
|---|---|---|---|
| Positive (4-5 Stars) | 161 | 467 | 784 |
| Neutral (3 Stars) | 6 | 19 | 32 |
| Negative (1-2 Stars) | 21 | 38 | 70 |
| Positive feedback rate | 88.5% | 92.5% | 91.8% |

| Seller (Past 6 months) | Feedback Received as a Seller |
|---|---|

Viewing 1 - 10    ‹ Previous   **1**   2   ...   Next ›

| Buyer | Transaction Details | Feedback |
|---|---|---|
| M***a | Luxury Tempered Glass Phone Case Fo...<br>1 piece | ⭐ 08 Aug 2021 22:17<br>Nunca llegó el producto y no me devolvieron |
| L***n | Rounded Tip Universal Touch Screen ...<br>1 piece | ⭐ 07 Aug 2021 16:48<br>Total waste of money. Doesn't correspond with description at all. Do NOT buy! |
| f***o | Replacement Remote Control Portable...<br>1 piece | ⭐ 07 Aug 2021 10:32<br>Non funziona*.....e non si configura con nessuna tv....ho contattato il venditore, nessuna risposta, praticamente una fregatura totale... a mai più. |
| N***s | Retro Designer Wooden Phone Case Fo...<br>1 piece | ⭐ 04 Aug 2021 03:51<br>Wooden case? Hell no! The material is plastic, not even a word about plastic, it is wooden! One star for the seller. Don't buy this if you want wooden case. |
| A***a | Mouse Pad Waterproof PU Leather Mou...<br>1 piece | ⭐⭐ 02 Aug 2021 07:27<br>Коврик приехал весь помятый и другого цвета (бежевый вместо белого). Я оформила возврат средств - все полностью пришло! Коврик в итоге выкинула, тк его уже не распрямишь |
| K***a | Bling Glitter Luxury Phone Case Cov...<br>1 piece | ⭐⭐ 29 Jul 2021 11:50<br>Doesnt cover all the Phone, the material is not good either. I Will not use it at all. Sorry. |
| M***o | Luxury Anti Drop Plating Mirror Cas...<br>1 piece | ⭐ 29 Jul 2021 08:14<br>Como já disse, todos os itens vieram bem arranhados e sem a logo Apple. DESTE FORNECEDOR NÃO DEVO COMPRAR MAIS POIS NÃO ATENDEU O PEDIDO. Não vou devolver por conveniência própria. Tenho outras prioridades. A surpresa que queria fazer pra minha mulher foi frustrada. Ela ficou decepcionada. |
| M***o | Luxury Anti Drop Plating Mirror Cas...<br>1 piece | ⭐ 29 Jul 2021 08:14<br>Também este item veio muito arranhado, e também sem a logo Apple. Minha mulher está decepcionada. |
| M***o | Luxury Anti Drop Plating Mirror Cas...<br>1 piece | ⭐ 29 Jul 2021 08:14<br>Todos vieram muito arranhados e sem a Logo Apple. Horrível ... |
| M***o | Luxury Anti Drop Plating Mirror Cas...<br>1 piece | ⭐ 29 Jul 2021 08:14<br>Todos os itens vieram arranhados e sem a logomarca Apple... muito decepcionado. |

‹ Previous   **1**   2   ...   Next ›

Recently Viewed





# ZZshop

## Store Categories

- iPhone Case
- Samsung Case
- Huawei Case
- INFINIX Case
- Sale Items
  - 45% OFF
  - 40% OFF
  - 30% OFF
- Computer Accessories
  - Mouse Pad
  - Mouse
  - Keyboards
  - Digital Tablets
  - Tablet Pen
  - Tablet Pen Parts
  - Network Card
  - Card Reader
  - Pagers
  - 3D Printing
  - Calculator
  - Others
- Mobile Phone...
  - Phone Screen...
  - Mobile Phone Bracket
  - Mobile Phone Cooler
  - Earphones
  - Earphone Accessories
  - Others
- Office & School...
- Security & Protection
  - Security Alarm
  - GPS Tracker
- Consumer Electronics
  - Radios
  - MP3 Players
  - Chargers
  - Games & Accessories
  - Home Audio & Video
  - Camera Drones &...
  - Remote Control
  - Accessories & Parts

Store Categories > Calculator | 2 items found | Hide Filter

Best Match | Orders | New | price | Free Shipping | View

30 % OFF

12 Digit Desk Calculator Large Buttons Financial...
US $7.75 / piece
~~US $11.07 / piece~~
Orders(2)

30 % OFF

Multi-functional Scientific Calculator Computing Tools...
US $11.35 / piece
~~US $16.21 / piece~~
Order(1)

1

## Recommend

Multi-functional Scientific Calcula...
US $11.35
Orders(1)

Stylus Pen For Samsung Galaxy Note
US $4.59
Orders(45)

Black Shockproof Matte Soft TPU Sli...
US $1.93
Orders(88)

Purple Marble Pattern Phone Case Fo...
US $3.69
Orders(22)

Matte Black Soft Mobile Phone Case ...
US $1.93
Orders(78)

Tempered Glass Luxury Phone Case
US $3.98
Orders(45)

Recently Viewed

## AliExpress

### Shipping Information

██████████████

1001 Foster Ave,
Bensenville, Illinois, United States, 60106

+ Add new address
Select other addresses

### Payment Methods

🏦 Bank Transfer    Wire Transfer    Change

### Order Review

Seller: ZZshop

 Multi-functional Scientific Calculator Computing Tools For School Offic
e Use Supplies Students Stationery Gifts

**Color:** Picture Color 📷

US $11.35

Shipping: US $1,148.02 via DHL  Estimated delivery on Aug 20  ❯

+ Leave message

— 499 +

| | |
|---|---|
| Subtotal | US $5,663.65 |
| Shipping | US $1,148.02 |
| VAT ❓ | US $453.09 |
| 🅢 Store Coupons | ❯ |
| Total | US $7,264.76 |

### Order Summary



🅒 Select Coupon ⌄

🅢 AliExpress Coupon ⌄

Promo Code

[                    ]  Apply

**Total**     **US $7,264.76**

**Place Order**

Upon clicking "Place Order", I confirm I have read and acknowledge all terms and policies.

🛡 AliExpress

AliExpress keeps your information and payment safe

Help

Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish,
Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud,
Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace,
Tmall, Taobao Global, AliOS, 1688

📷 Google Play    🍎 App Store

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - User Information Legal Enquiry Guide
©2010-2021 AliExpress.com. All rights reserved.



Help

Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688




Intellectual Property Protection · Privacy Policy · Sitemap · Terms of Use · Information for EU consumers · User Information Legal Enquiry Guide ©2010-2021 AliExpress.com. All rights reserved.



Need Help?



Buyer Protection    Help ⌄    📱 Save big on our app!    Ship to 🇺🇸 / USD ⌄    Language ⌄

AliExpress

I'm shopping for...    🔍    🛒 Cart 0    ♡ Wish List

My AliExpress > Order List > Order Detail

| Place Order | Pay Success | Shipment | Order Complete |

Order Number: 8136789577759900

Status: **This order is awaiting your payment**

Reminder: Without payment, this order will be cancelled after: ⏱ **11days 23hours 59minutes 31seconds** .

[ Pay Now ]    [ Cancel Order ]

Order    Financial

**Total Amount**

| Price | Shipping Cost | Adjust Price | Discount | Tax | Total Amount |
|-------|---------------|--------------|----------|-----|--------------|
| US $ 5,663.65 | US $ 1,148.02 | US $ 0.00 | | US $ 453.09 | US $ 7,264.76 |

**Payment Received:**

| Total | Received | Payment Method | Date Received |
|-------|----------|----------------|---------------|

Help

Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Google Play    App Store

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - User Information Legal Enquiry Guide ©2010-2021 AliExpress.com. All rights reserved.


Need Help?

Case 1:23-cv-00895 Document #: 13 Filed: 02/14/23 Page 120 of 207 PageID #:1297





# 17th Anniversary Pre-Sale

Up to 80% Off    shop now ▸

**DHgate**    afurdel 💬 ⌄    97% Positive Feedback

wallet    On DHgate    In this Store

Store Home    Products    Time Limited Sale    TopSelling    Review    About Us

DHgate > Office & School & Business & Industrial > Office & School Supplies > Calculators > 2021 Digital Scientific Calculator 240





Ⓢ Share to be partner      Compare with similar Items

### Digital Scientific Calculator 240 Functions 82MS Statistics Mathematics 2Line Display D-82MSP for Student School Undergraduate

2 Transactions

| USD ⌄ | $15.2 | $11.72 | $10.19 | $8.86 |
|---|---|---|---|---|
| | 1 Piece+ | 20 Pieces+ | 30 Pieces+ | 50 Pieces+ |

**Sale Detail:**   Buy it now, save extra $2 when you apply below promotions

🎁 New User Save $2 ⌄

Options:    white ⌄

Quantity:    −   998   +   Pieces    998 in Stock ( Stock in: 🇨🇳 CN )

Shipping:    **Free Shipping** to United States Via ePacket ⌄

Estimated delivery time: Sep. 3 and Sep. 25, ships out within 8 business days

Logistics Delay Notification ⍰

Total cost:    **$7,974.02**   ⓘ   Get coupon and save extra $2

**Buy it Now**    Add to Cart    ♡ ⌄

Seller Guarantee:   🛡 Return Policy    🕐 On-time Delivery in 30 Days

Secure Payment:   [payment icons]

## Customers Who Bought This Item Also Bought








| | | | | | |
|---|---|---|---|---|---|
| Same As Before TWS Earphone Headphone Noise reduction | 3pcs set+Roman numeral titanium steel bracelet couple | NAOMI 1PC Guitar Slider Stainless Steel Finger Knuck | Niko 1 Set of Cream LP Electric Guitar Plastic Scratch | Seymour Duncan SH1n 59 Model SH4 JB TB-4 Humbucker | New Full scalloped Guitar Neck 22 Fret 25.5in Maple Rosewood |
| US $21.71 - 31.43 / Pair | US $4.21 - 5.39 / Piece | US $2.00 - 5.68 / Piece | US $2.22 - 5.39 / Set | US $57.29 - 129.35 / Piece | US $59.21 - 71.99 / Piece |

## More Choices








| | | | | | |
|---|---|---|---|---|---|
| Solar Calculator Student Accounting Cute Macaron | Frost Clear Glass Dropper Bottle 15ml 20 30ml with | Infused Ali Plug Edible Package Mylar Bags Bud Halloween | 3 Ring Pencil Pouch with Mesh Window, B5 Zipper Binder | Frosted Amber White Glass Dropper Bottle 15ml 30ml 50ml | WFL-DI-30W printer We-iTech Laser Marking Machine Fashion |
| US $4.03 - 11.98 / Piece | US $0.84 - 1.54 / Piece | US $0.11 - 0.17 / Piece | US $1.10 - 1.33 / Piece | US $0.85 - 1.59 / Piece | US $2,206.61 / Piece |

Item Description    Transaction History (2)       Report Item

Brand NameEunaimee StyleScientific Max. Digits12 CertificationNONE OriginCN(Origin) Power SourceBattery UsageCalendar MaterialPlastic Model Number82MS Applicable Battery TypeCoin Batteries.If you want to buy a lot of products, you can supply a photo about the style you need,or product link,we can solve it,and give you top quality and good price.could you please take the initiative to contact us. We can give you a discount. All of our products are high quality products, please buyer friends assured choice!If you receive products have any quality problem

## Specifications

| | |
|---|---|
| Material : | Plastic Rubber |
| Applicable Battery Type : | Coin Batteries |
| Usage: | Calendar |
| Max. Digits : | 12 8 |
| Style: | General Purpose Calculator |
| Applicable Battery Type: | Battery |
| Power Source: | Battery |
| Origin: | CN(Origin) |
| Model Number: | 82MS |
| Certification: | NONE |
| Item Code: | 701504297 |
| Category: | Calculators |

## Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

## Description

### Digital Scientific Calculator 240 Functions Statistics Mathematics 2Line Display

Digital Scientific Calculator 240 Functions Statistics Mathematics 2Line Display D-82MSP for student school undergraduate 4colors 240 functions



8/20/2021 2021 Digital Scientific Calculator 240 Functions for Middle High Students Mathematics Counter Multifunctional Computer Calculater Exam Afurdel, $7.99 | DHgate.Com

Case 1:23-cv-00895-Document #: 13 Filed: 02/14/23 Page 123 of 207 PageID #:300





Case 1:23-cv-00895-RDM Document 13 Filed 02/14/23 Page 124 of 207 PageID 301





Case 1:23-cv-00895 Document #: 13 Filed: 02/14/23 Page 125 of 207 PageID #:302



Case 1:23-cv-00895-Document#13-Filed 02/14/23 Page 126 of 207 PageID #303





Case 1:23-cv-00895-Document #:13 Filed: 02/14/23 Page 127 of 207 PageID #:304





8/20/2021    2021 Digital Scientific Calculator 240 Functions Science Math Calculator For Middle High School Student Office From Afurdel, $7.99 | DHgate.Com

Case 1:23-cv-00895-MN Document #13 Filed 02/14/23 Page 128 of 207 PageID #305



If you want to buy a lot of products, you can supply a photo about the style you need,or product link,we can solve it,and give you top quality and good price.could you please take the initiative to contact us. We can give you a discount. All of our products are high quality products, please buyer friends assured choice!If you receive products have any quality problem Before you confirm the goods, would you please take the initiative to contact us. We can give you a replacement or a full refund free of charge. The goods will be in 3 to 7 days after you place the order to send out, expected to 23 to 35 days the goods can be sent to the customer's hands.

Brazil and South America country needs 30 to 60 days to delivery the goods, please understand
If you have any question, please contact me soon. We will reply you as soon as possible.
We will serve you faithfully and let you feel our enthusiasm and care in our meticulous service.The tenet of our company is "customer first, everything changes according to customer needs".Choose our company choose our products choose our services, you will not regret it.

As long as you want to be our customer, as long as you want to own our products, you will become our bearing expert, a great place for auto parts products; cash manufacturing, caring service, eternal innovation; starter, just burn at one point; intentionsFace every problem seriously.As long as you have time, whether it is an online or offline question, we will reply you as soon as possible.

The company will adhere to the principle of "people oriented, sustainable operation", and welcome customers at home and abroad to visit and guide.The company has always regarded "integrity, dedication, cooperation, pragmatism, and innovation" as its corporate spirit, in order to create a win-win company value with customers.We believe that putting users in mind is the beginning of a successful business, and we pay attention to every requirement of our customers. In the development of the market, the idea of long-term cooperation, lasting service and common development shall be established to provide customers with high-quality products with competitive prices, and constantly improve the service concept so that customers can receive enjoyable services. We regard the recognition and praise of our customers as our great honor and pride, and we strive to achieve the complete satisfaction of our customers.

Welcome to choose and buy, thank you!



Less Description ⌃

## Questions & Answer

There are no questions yet

---

### Have a question?

Your question may be answered by the seller and other customers who bought this product.

Enter your question, input 4-200 characters.

Submit

---

## Compare with similar Items



| | Handheld Student's Scientific Calculator 2 Line Display 82MS-B Portable Multifunctional | Free Shipping Portable Student Scientific Calculator 2 Line Display 82MS-A Functions | Handheld Student's Scientific Calculator 2 Line Display 82MS-A Portable Multifunctional | Multi function calculator 991es Creative Color scientific calculator for student | Scientific calculator 417 full function calculator fx-991es plus student computer |
|---|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Price | US $3.76 - 4.48 / Piece | US $3.52 - 5.99 / Piece | US $4.70 - 5.60 / Piece | US $4.83 - 14.38 / Piece | US $5.47 - 16.29 / Piece |
| Min. Order | 5 Pieces | 50 Pieces | 6 Pieces | 2 Pieces | 2 Pieces |

8/20/2021    2021 Digital Scientific Calculator 240 Functions Charging From Afurdel, $7.99 | DHgate.Com

| Customer Rating / Orders | ☆☆☆☆☆ 0 | ☆☆☆☆☆ 0 | ☆☆☆☆☆ 0 | ☆☆☆☆☆ 0 | ☆☆☆☆☆ 0 |
|---|---|---|---|---|---|
| Shipping Cost | Free Shipping | Free Shipping | Free Shipping | US $33.32 | US $40.65 |
| Shipping method | China Post Air Mail | UPS | China Post Air Mail | DHL | DHL |
| Estimated Delivery Time | Sep. 5 and Nov. 17 | Aug. 28 and Oct. 20 | Sep. 5 and Nov. 17 | Aug. 28 and Oct. 20 | Aug. 28 and Oct. 20 |
| Seller Guarantee | ☑ Guaranteed Service | ☑ Guaranteed Service | ☑ Guaranteed Service | ☑ Guaranteed Service | ☑ Guaranteed Service |
| Store | Shop by zhengzhouww  98.2% Positive Feedback | Shop by home_prote...  100% Positive Feedback | Shop by zhengzhou...  98.2% Positive Feedback | Shop by babyfacecloth  94.6% Positive Feedback | Shop by babyfacecloth  94.6% Positive Feedback |

## Related Keywords

financial calculator    calculator for free    shipping calculators    calculator solar plastic    calculator 1    slim solar calculator    mini calculators    calculators    calculator solar digits

calculator students

## You May Also Like



Professional ED shock wave therapy machine for male

US $709.95 - 1633.81 / Piece



Prop 10 20 50 100 fake banknotes Movie Copy money

US $6.41 - 41.86 / Lot



Orcalo Party Replica US Fake money kids play toy or family

US $6.87 - 41.86 / Lot



320x76x15cm Surfboard Inflatable Sup Stand up paddle

US $206.04 - 244.80 / Piece



portable fat freezing cryolipolysis shock wave

US $2,487.31



Solid wood high grade herringbone parquet floor

US $103.00 - 107.80 / Square ...



Ruvince Brand Wholesale Nightclub Bar High Quality

US $6.75 - 38.14 / Lot



Funny Toy Prop 10 50 100 fake banknotes Copy Movie money

US $6.75 - 38.14 / Lot



PROP MONEY COPY Game UK POUNDS GBP BANK 10 20 50

US $5.04 - 78.53 / Lot



Dollar Movie Play Bar Toy Nightclub Banknote Money

US $7.33 - 41.76 / Lot



FUNWATER US&CA&EU Warehouses DropShipping

US $184.93 - 283.34 / Piece



FUNWATER US&CA&EU Warehouses DropShiping

US $184.93 - 283.34 / Piece



whole sale surfboard 320x81x15cm super stable

US $246.24 - 261.31 / Piece



Play Paper Printed Money Toys Uk Pounds GBP British 10 20 50

US $4.87 - 9.95 / Lot



315*75*15cm inflatable surfboard FUSION 2019 stand

US $481.16 - 806.52 / Piece



Prop Game Money Copy UK Pounds GBP 100 50 NOTES

US $5.91 - 72.52 / Lot

Gold Bullion Door Stopper Fake Gold Bar Paperweight Gold

US $2.29 - 4.09 / Piece



Fashion Sunglasses Millionaire Oval Conjoined Frame High

US $1.30 - 41.00 / Piece



Play Money euro Coins SET OF 80 plastic Learning Resources

US $8.18 - 35.48 / Set



Replica US Fake money kids play toy or family game paper

US $6.60 - 40.21 / Lot







Case 1:23-cv-00895-MN Document afurdel, $7.99 | DHgate.Com

FUNWATER US&CA&EU
Warehouses DropShiping

US $184.93 - 283.34 / Piece

FUNWATER US&CA&EU
Warehouses DropShiping

US $184.93 - 283.34 / Piece

FUNWATER US&CA&EU
Warehouses DropShiping

US $184.93 - 283.34 / Piece

Movie Prop Money Toy Party
Supplies Coin Full Print 2 Sided

US $8.61 - 10.91 / Lot

Larger size 10 Feet 15CM
Thickness Inflatable Surfboard

US $210.71 - 958.34 / Piece



Advanced Anti wear Hydraulic
Oil Is Made of Highly Refined

US $869.59 - 896.18 / Carton



New Designed Murano Glass
Hanging wall art Dale Chihuly

US $994.98 - 1085.44 / Lot



FUNWATER US&CA&EU
Warehouses DropShiping

US $184.93 - 283.34 / Piece



party Replica US Fake money
kids play toy or family game

US $6.33 - 38.14 / Lot



7018 High-speed Bearing
Grease factory Outlet

US $25.50 / Carton



New Arrival Blown Glass
Chandelier Lighting Modern

US $542.72 - 656.25 / Piece



Wholesale Games Money Prop
Copy CANADIAN DOLLAR CAD

US $11.00 - 82.83 / Lot



New Luxury Fashion Sunglasses
Vintage Mens Designer

US $1.30 - 41.00 / Piece



Anti Stress Finger Hand Grip
Reliever Fidget Toy Adult Child

US $1.31 - 1.92 / Piece



Money Coin Kit Fake Coins
Learning Toys Play That Looks

US $8.25 - 34.58 / Set



pants Men's sports running
short 2021 summer new

US $14.78 - 17.97 / Piece

## New Arrival digital scientific calculator



Calculators Digit Touch Screen
Ultra slim Transparent Solar

US $3.53 - 4.43 / Piece



Calculators Digit Touch Screen
Ultra slim Transparent Solar

US $3.53 - 4.43 / Piece



Calculators Promotional School
Office Business Stationery

US $2.84 - 3.60 / Piece



Portable Pocket Scientific
Calculator Small Square

US $2.02 - 2.40 / Piece



egk deli stationery computer
scientific 837es financial

US $0.41 - 4.86 / Piece



vaU deli d82tm scientific 12
digit functional financial for

US $0.42 - 4.99 / Piece

## About Store afurdel

We provide a full range of consumer electronics accessories, such as cell phone cases, cables, chargers, earphones and other consumer electronics; We also provide cellphone parts including cell phone touch panels, housings and flex cables. Our company was founded in 2004, based in Guangdong, China and we have extensive experience in mobile phone accessories. Free shipping on many items across the world by getting up to 50% discount and $50 coupons for all store products.

### Wholesale Calculators

- Wholesale function calculator   •   Wholesale free calculator   •   Wholesale ship calculator   •   Wholesale graphing calculator   •   Wholesale function calculators

## Local Warehouse

8/26/2021 2021 Digital Scientific Calculator 240 Functions 82MS Statistics Mathematics 2Line Display D 82MSP for Student School Undergraduate From Afurdel, $7.99 | DHgate.Com


17 Years of DHgate — Enjoy $10 Million in Coupons — shop now

New Buyer Coupons! | Buyer Protection | Customer Service | Drop shipping | United States / USD | English

**DHgate**

afurdel
97.1% Positive Feedback

mens t shirts — On DHgate — In this Store



Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

DHgate > Office & School & Business & Industrial > Office & School Supplies > Calculators > 2021 Digital Scientific Calculator 240



Share to be partner — Compare with similar Items

### Digital Scientific Calculator 240 Functions 82MS Statistics Mathematics 2Line Display D-82MSP for Student School Undergraduate

2 Transactions



| USD | $15.2 | $11.72 | $10.19 | $8.86 |
|---|---|---|---|---|
| | 1 Piece+ | 20 Pieces+ | 30 Pieces+ | 50 Pieces+ |

Sale Detail: **Buy it now, save extra $2** when you apply below promotions

🎁 New User Save $2

Options: white

Quantity: 998 Pieces — 998 in Stock ( Stock in: 🇨🇳 CN )

Shipping: **Free Shipping** to United States Via ePacket
Estimated delivery time: Sep. 9 and Oct. 1, ships out within 4 business days
Logistics Delay Notification

Total cost: **$7,974.02** — Get coupon and save extra $2

**Buy it Now** | **Add to Cart** | ♡

Seller Guarantee: 🛡 Return Policy — On-time Delivery in 30 Days

Secure Payment:       

15th in 7 days Office & School Suppli... — View More

## Customers Who Bought This Item Also Bought



Mini Calculadora Cientifica Handheld Mini Calculator Office
US $7.83 - 9.33 / Piece

New Fad Children Silicone Date Multi-Purpose Kids Electronic
US $1.88 - 2.24 / Piece

FX-991ES PLUS Full-featured scientific calculator Student
US $10.37 - 12.35 / Piece

Big Buttons Office Calculator Large Computer Keys Muti-
US $7.83 - 9.33 / Piece

20201 LED Power Pro Noise Wireless Earphones 8 Colors
US $18.11 - 26.06 / Piece

2019 New Arrvial High Quality Godzilla Stuffed Animals Plush
US $9.33 - 11.12 / Piece

## More Choices







11 types Trolli packaging bag 600mg Trrlli sour medicated
US $0.10 - 0.19 / Piece

files Large badge work board with hanger factory brand suit
US $0.81 - 1.12 / Piece

Double room luxury clear large inflatable bubble tent with
US $1,766.54 - 2318.00 / Piece

Standard Pocket Paper Notebook Notepad Diary
US $1.77 - 2.18 / Piece

4 types 500mg Cannaburst packaging bags empty edible
US $0.10 - 0.17 / Piece

Desktop fiber laser marking machine 20W standard Printers
US $2,057.42 / Piece

Case 1:23-cv-00895-UNA Document #13 Filed 02/14/23 Page 133 of 207 PageID #310

Item Description | **Transaction History (2)** | Report Item

| Buyer | Product Info | Quantity | Order Date |
|-------|-------------|----------|------------|
| Ken*********** | Digital Scientific Calculator 240 Functions 82MS Statistics Mathematics 2Line Display D-82MSP for Student School Undergraduate | 1 Piece | 2021-08-19 |
| Ken*********** | Digital Scientific Calculator 240 Functions 82MS Statistics Mathematics 2Line Display D-82MSP for Student School Undergraduate | 1 Piece | 2021-08-11 |

## Compare with similar Items



| | | | | | |
|---|---|---|---|---|---|
| | Handheld Student's Scientific Calculator 2 Line Display 82MS-B Portable Multifunctional | Free Shipping Portable Student Scientific Calculator 2 Line Display 82MS-A Functions | Handheld Student's Scientific Calculator 2 Line Display 82MS-A Portable Multifunctional | Multi function calculator 991es Creative Color scientific calculator for student | Scientific calculator 417 full function calculator fx-991es plus student computer |
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Price | US $3.76 - 4.48 / Piece | US $3.34 - 5.69 / Piece | US $4.70 - 5.60 / Piece | US $4.59 - 13.66 / Piece | US $5.20 - 15.48 / Piece |
| Min. Order | 5 Pieces | 50 Pieces | 6 Pieces | 2 Pieces | 2 Pieces |
| Customer Rating / Orders | ☆☆☆☆☆ 0 | ☆☆☆☆☆ 0 | ☆☆☆☆☆ 0 | ☆☆☆☆☆ 0 | ☆☆☆☆☆ 0 |
| Shipping Cost | Free Shipping | Free Shipping | Free Shipping | US $33.41 | US $40.74 |
| Shipping method | China Post Air Mail | UPS | China Post Air Mail | DHL | DHL |
| Estimated Delivery Time | Sep. 11 and Nov. 23 | Sep. 3 and Oct. 26 | Sep. 11 and Nov. 23 | Sep. 3 and Oct. 26 | Sep. 3 and Oct. 26 |
| Seller Guarantee | ☑ Guaranteed Service | ☑ Guaranteed Service | ☑ Guaranteed Service | ☑ Guaranteed Service | ☑ Guaranteed Service |
| Store | Shop by zhengzhouww 98.1% Positive Feedback | Shop by home_prote... 100% Positive Feedback | Shop by zhengzhou... 98.1% Positive Feedback | Shop by babyfacecloth 95% Positive Feedback | Shop by babyfacecloth 95% Positive Feedback |

## Related Keywords

graphing calculator | time calculator | scientific calculator | financial accounting calculator | calculator led | touch calculator | mini calculators | supply calculator | fashion calculator

calculator 1

## You May Also Like



Handheld Student's Scientific Calculator LED Display Pocket

US $18.80 - 22.40 / Piece



New Fad Children Silicone Date Multi-Purpose Kids Electronic

US $18.80 - 22.40 / Lot



ae2 deli d82tm scientific 12 digit functional financial for

US $0.42 - 4.99 / Piece



21SS Drew Short Sleeve Bibber With Sketch T-Shirt Loose

US $0.03 - 29.95 / Piece



Solid top 41" OM Body Acoustic guitar with Bone nut

US $255.28 - 325.00 / Piece











Robot Vacuum Cleaner
Sweep&Wet Mop

US $18.99 - 56.99 / Piece

21ss European and American
fashion printing hoodie

US $0.01 - 57.85 / Piece

Become a VIP member and
receive $566worth of coupons

US $19.90 / Piece

Fashion Band Watches women
Girl Big letters crystal style

US $12.30 - 14.75 / Piece

Prop Game Money Copy UK
Pounds GBP 100 50 NOTES

US $5.91 - 72.52 / Lot



Gold Electroplate Keychain
Earphone Case For Airpod case

US $8.74 - 12.40 / Piece



Xiaomi AX6000 AIoT Router
6000Mbs WiFi6 VPN 512MB

US $0.21 - 134.63 / Piece

Star Projector Night Light
Galaxy Projector Light Smart

US $5.53 - 37.49 / Piece



Wholesale cute creative student
stationery gel pen couple small

US $36.19 - 47.91 / Lot



Hot MX2 MXQ PRO RK3229 1GB
8GB 2GB 16GB Quad Core

US $18.53 - 22.71 / Piece



X12 Handheld Game Player
8GB Memory Portable Video

US $27.64 - 30.73 / Piece



3-in-1 USB&Android&Type-c Ear
Cleaning Endo-scope HD Visual

US $10.16 - 16.77 / Piece



400-in-1 Handheld Video Game
Console Retro 8-bit Design with

US $7.17 - 7.66 / Piece



Trrlli Trolli edibles packaging
bags 600mg 29 designs sour

US $0.10 - 0.30 / Piece



Movie Money Toys Uk Pounds
GBP British 10 20 50

US $6.51 - 10.92 / Lot



PROP MONEY COPY Game UK
POUNDS GBP BANK 10 20 50

US $4.77 - 74.40 / Lot



Top Seller Projector Lamps 180
Degree Rotation Rainbow Sun

US $10.10 - 18.52 / Piece



Popular 3.0 Wireless
Headphones Wireless

US $13.07 - 16.67 / Piece



2020 New Smart Watch LED
Screen Heart Rate Monitor

US $39.08 - 45.71 / Piece



Magnetic levitation smart
Bluetooth speakers super bass

US $105.53 - 125.72 / Piece



Display Led Alarm Watch Usb
Charge Electronic Digital Clocks

US $4.35 - 20.01 / Piece



3MP 2MP 1.3MP Wireless IP
Camera Bulb Light FishEye 360

US $45.22 - 114.28 / Piece



party Replica US Fake money
kids play toy or family game

US $5.29 - 40.21 / Lot



6.9 Inch Full Screen Display
Goophone Note20 Ultra 1G

US $104.26 - 131.15 / Piece



Smart Doorbell Wireless Bell
Ring Camera Video Door Phone

US $29.45 - 42.80 / Piece

Original Tenda AC6 1200Mbps
Wireless Router 5dBi External

US $14.33 - 56.46 / Piece

JAKCOM R4 Smart Ring New
Product of Smart Devices as

US $12.36 - 21.68 / Piece

Touchscreen Waterproof Sport
Smartwatch,Fitness Tracker

US $23.02 - 30.71 / Piece

TG117 Wireless Bluetooth
Speaker Portable Plug-in Card

US $15.37 - 25.98 / Piece

Movie prop banknote 10 20 100
dollars toy currency party fake

US $7.33 - 41.36 / Lot



Dreamcatcher Feather Pendant
0.5mm Signature Gel Pens

US $1.36 - 1.71 / Piece

New Arrival digital scientific calculator



SUPER DEALS & FREE SHIPPING **Stylish clothing just $7.78** shop now ▸

Customer Service ∨ | 🚚 Drop shipping | 💾 Save more | ⚙ United States / USD ∨ | 🌐 English ∨

DHgate.com

shoes 🔍

Hi,
My DHgate ∨   ♡   🕐   0

ALL CATEGORIES ∨ | Flash Deals | Ingate | Superior Suppliers | DHgate Prime | US 3 Days Delivery

Home > Seller Review Profile

## Seller Information



**Afurdel**
Sponsor **1ˢᵗ year**

**146** Transactions

**96.8%** Positive Review ❓

Hubei, China (Mainland)
03:04 PM Wed Aug 11 Now
Member since Mar 2021

Recommend seller to friends

### Review Score:58

| | Last 2 months | Last 6 months | Last 12 months | Total |
|---|---|---|---|---|
| ➕ Positive | 28 | 65 | 65 | 65 |
| 🟡 Neutral | 1 | 1 | 1 | 1 |
| ➖ Negative | 1 | 2 | 2 | 2 |

### Service Detail Score (Mainly Industry : Electronics)



| Service Detail | Service Score ❓ | Compared to Industry Average | Number of Ratings |
|---|---|---|---|
| Items as described | 4.8 / 5.0 | 🔻 Lower than Average | 69 |
| Communication | 4.7 / 5.0 | 🔻 Lower than Average | 69 |
| Delivery time | 4.8 / 5.0 | 🔻 Lower than Average | 69 |
| Shipping charges | 4.8 / 5.0 | 🔻 Lower than Average | 69 |

**Reviews Received** | Reviews Sent

Reviews: Negative ∨                                    Dates: All ∨



**Bluetooth 5.0 Earphones TWS Wireless Handsfree Headphones Sports Bass Earbuds Waterproof**
Item code: 662256033

⭐☆☆☆☆ By:goggi****am16 🇮🇪  ✔ 07 08,2021
**Product reviews:**
Shit

helpful 👍 ( **0** )   unhelpful 👎 ( 0 )

**Bluetooth Smart Watches Wristwatch Smartwatch With Sleep Monitor Remote Camera Pedometer for**
Item code: 660723206

⭐☆☆☆☆ By:loribut!****ntreras 🇺🇸  ✔ 04 30,2021
**Product reviews:**
It's very cheap looking. The band is super thin, NOT what is shown in picture.

helpful 👍 ( **0** )   unhelpful 👎 ( 0 )

‹ | 1 | ›

Go to page: 1 | GO

Bookmark & Share  f  G  🐦  VK  k  del.icio.us  StumbleUpon  in  reddit  G+

✓ Any questions or suggestions ? Please let us know.

mastercard  VISA  AMERICAN EXPRESS  Diners Club INTERNATIONAL  DISCOVER  UnionPay  Maestro  JCB  Sofort  BANK TRANSFER  GeoTrust  PCI

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian
Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2021 DHgate.com All rights reserved. License





DHgate.com Buy Globally · Sell Globally Hello, "[redacted]" Sign out | My DHgate | Help | English | 0 Cart

**Afurdel** Add To Favorites ( 34 ) Share

96.8% Positive Feedback 146 Transactions Share 0

calculator In this store On DHgate

Bluetooth Earphones , Bluetooth Speaker ,

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

## Store Categories

› Consumer Electronics (1)

## Popular Search

Bluetooth Earphones Bluetooth Speaker

**1** matching products found for calculator

Sort by: Bestselling ↓ Price ↑ Best Match Price: $ - $ Go Page 1/1

Digital Scientific Calculator 240 Functions 82MS Statistics ...

Ships out within 4 business days

**US $7.99 - 15.20** / Piece

Free Shipping

Add to Cart

Bookmark & Share

Any questions or suggestions ? Please let us know.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2021 DHgate.com All rights reserved. License

DHgate.com
Buy Globally · Sell Globally

Buyer Protection    GeoTrust

| Review Your Orders | Payment | Success |
| --- | --- | --- |

## Review Your Shipping Address

Ship To:                     Add New Address

████████ **(United States)**

📍 28W700 Perkins Ct, Naperville, ILLINOIS, United States,
60564 .

📞 ████████

Edit

## Review & Confirm Your Order

Add A New Coupon

| Product Detail | Options | Quantity | Price | Subtotal | Shipping Method |
| --- | --- | --- | --- | --- | --- |
| Seller: afurdel | | | | | |
|  Digital Scientific Calculator 240... 🟦 🔵 | Options: white | 998 Pieces | US $7.99 /Piece | US $7,974.02 | ePacket ▾ **Free Shipping** Delivery: Estimated between 8-30 (seller ships within 4 business days) |

**Add remark to seller**

Please add remark:(e.g. color, size...), Do not enter <>&

Item Subtotal:     US $7,974.02
Shipping Cost:     US $0.00
Order Total:       US $7,974.02

## Choose Your Payment Method

○ Credit or Debit Card    VISA  💳  DISCOVER  🔴🟠

⦿ Other Payment Method

« Back to Cart

Item Subtotal(1 items):    US $7,974.02
Shipping Cost:             US $0.00
Grand Total:               US $7,974.02



**Dhgate Service Pledge**
100% guaranteed refunds
Secure payments with escrow protection
Easier/faster dipute resolution

**Confirm to Pay**

Copyright Notice ® 2004 - 2021 DHgate.com All rights reserved.

Grand Total: **US $7,974.02**    **Confirm to Pay**



DHgate.com
Buy Globally · Sell Globally

Buyer Protection | GeoTrust

| Review Your Orders | Payment | Success |

## Review Your Shipping Address

Ship To:

**████████████ (United States)**

📍 28W700 Perkins Ct, Naperville, Illinois, United States, 60564 .

📞 ████████

Edit

Add New Address

## Review Your Payment Details

Pay with Credit Card:

Change Payment Method



mastercard  **Card Number :** ████████████  ▾

CVV2/CVC2: ████  ⓘ

**Billing Address**    Edit

28W700 Perkins Ct, Naperville, Illinois, United States, 60564, ██
████████

## Review & Confirm Your Order

Add A New Coupon



| Product Detail | Options | Quantity | Price | Subtotal | Shipping Method |
|---|---|---|---|---|---|
| Seller: afurdel | | | | | |
| Digital Scientific Calculator 240... 💲 💲 | Options: white | 1 Piece | US $15.20 /Piece | US $15.20 | ePacket ▾ **Free Shipping** Delivery: Estimated between 8-30 (seller ships within 4 business days) |

**Add remark to seller**

Please add remark:(e.g. color, size...), Do not enter <>&

Item Subtotal: US $15.20
Shipping Cost: US $0.00
**Order Total:** US $15.20

« Back to Cart

Item Subtotal(1 items): US $15.20
Shipping Cost: US $0.00
**Grand Total:** US $15.20

DH  **Dhgate Service Pledge**
100% guaranteed refunds
Secure payments with escrow protection
Easier,faster dipute resolution

**Confirm to Pay**

mastercard  VISA  AMERICAN EXPRESS  Diners Club INTERNATIONAL  DISCOVER  Maestro  iDEAL  eps  Sofort  BANK TRANSFER  GeoTrust

Copyright Notice ® 2004 - 2021 DHgate.com All rights reserved.

Grand Total: **US $15.20**    Confirm to Pay

  

**17th Anniversary Pre-Sale**  Up to 80% Off  shop now ▶

## Order Detail (3360383289)

**Order Information**

| | |
|---|---|
| Order placed: | 2021-08-19 17:45:48 |
| Payment date: | 2021-08-19 17:45:54 |
| Payment method: | MASTER |

**Shipping Address**

██████████

28W700 Perkins Ct Naperville Illinois United States, 60564

| Item name | Qty | Item price |
|---|---|---|
| Digital Scientific Calculator 240 Functions 82MS Statistics Mathematics 2Line Display D-82MSP for Student School Undergraduate (701504297) white | 1 | US $15.20 |

| | |
|---|---|
| Items Subtotal: | US $15.20 |
| Shipping Cost: | US $0.00 |
| **Total:** | **US $15.20** |

Hi! **Sign in** or **register**    Daily Deals    Brand Outlet    Help & Contact

Watchlist ⌄    My eBay ⌄    🔔    🛒    **Sell**

ebay

Shop by category ⌄    🔍 Search for anything    All Categories ⌄    **Search**    Advanced

‹ Back to search results | Listed in category: **Business & Industrial** > **Office** > **Office Equipment** > **Calculators**    ✉ f 🐦 📌 | **Add to Watchlist**

⚠ The seller is away until Dec 09, 2021. If you buy this item, expect a delay in shipping.

### People who viewed this item also viewed

 Casio fx-991ms Scientific Calculator 401 Functions
**$10.00**
Free shipping

 Casio Fx-350ms 2nd Display Scientific Calculator 240...
**$26.06**
Free shipping

 New Unused Casio SL-880 Game Calculator Vintage...
**$29.99**
+ $10.00 shipping

⚡ **EXTRA 5% OFF WITH CODE DHPT5P3PCUTNY**    See all eligible items and terms ▸





 **Casio** Scientific Calculator fx-350MS Two Line Display 240 Functions 3 Modes

Condition: New

Lot: [ 1 pc ⌄ ]

Quantity: [ 2 ]    2 available

Price: **US $28.00**

[ **Buy It Now** ]

[ **Add to cart** ]

[ ♡ Add to Watchlist ]

**30-day returns**

Shipping: **FREE** Economy Shipping from outside US |
See details
Located in: Chiangmai, Thailand

Delivery: ⚡ Estimated between **Tue. Dec. 28 and Mon. Jan. 31** ⓘ
This item has an extended handling time and a delivery estimate **greater than 13 business days.**

Returns: 30 day returns. Buyer pays for return shipping |
See details

Payments: PayPal  GPay  VISA  ●●  ●●  DISCOVER

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

🛡 **eBay Money Back Guarantee**
Get the item you ordered or get your money back.
Learn more

**Seller information**
dhipotik0 (357 ★)
100% Positive feedback

♡ Save this seller
Contact seller
Visit store
See other items

💲 Have one to sell? [ Sell now ]

### Related sponsored items    Feedback on our suggestions

 Casio FX-991D Super-FX Scientific Calculator Two-Way...
Pre-owned
**$17.95**
~~$19.95~~ 10% off
Free shipping
🏅 Top Rated Plus

 Casio FX-991H Super-FX Scientific Calculator Two-Way Power...
Pre-owned
**$23.35**
~~$25.95~~ 10% off
Free shipping
🏅 Top Rated Plus

 Vintage Casio fx-350 Scientific Calculator.WORKING
Pre-owned
**$29.99**
Free shipping
Seller 99.5% positive

 Casio FX-991V Super-FX Scientific Calculator Two-Way Power...
Pre-owned
**$23.35**
~~$25.95~~ 10% off
Free shipping
🏅 Top Rated Plus

 Vintage Casio fx-330 Scientific Calculator, complete boxed set,...
Pre-owned
**$32.00**
+ $5.40 shipping
Seller 100% positive

**Description**    **Shipping and payments**    Report item

Seller assumes all responsibility for this listing.    eBay item number: **313593703872**

Last updated on **Nov 30, 2021 20:35:33 PST** View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Size: | Handheld |
| Mode 3: | Regression calculation | Input capacity: | Up to 79 steps for single calculation |
| Battery: | LR44x1 | Case Type: | Slide-on Hard Case |
| Frequency to change battery: | once every 3 years though you rarely use it | Model: | Casio Scientific fx-350MS |
| Modified Item: | No | Country/Region of Manufacture: | China |
| Custom Bundle: | No | Manual instruction: | Yes / English manual |
| Power Source: | Battery | Dimension: | H1/2" x W3-3/8" x D6-1/8" |
| Weight: | 100 g. ( 3.5 oz) include battery | Auto Power off: | Yes , after no operation 6 mins. |
| Type: | Scientific, 240 Functions | Features: | LCD Display |
| Display Size: | Two Lines | Key Size: | Regular |
| MPN: | Does Not Apply | Brand: | Casio |
| Calculator Type: | Business and Scientific | Suitable for: | School , College , University student , Officer |
| Mode: | 3 Modes | Mode 1: | Basic Arithmetic Calculation |
| Mode 2: | Standard deviation | | |

## Casio Scientific Calculator fx-350MS Two Line Display 240 Functions 3 Modes 79 S

## Single Calculation

### Description

Condition : 100% Brand New
Brand : CASIO
Model fx-350MS
Made in : China

**Scientific Function Calculations**

**Trigonometric/Inverse Trigonometric Functions**

**Hyperbolic/Inverse Hyperbolic Functions**

**Common and Natural Logarithms/Antilogarithms**

**Engineering Notation Calculations**

**Basic Calculations**

**Arithmetic Calculations**

**Fraction Operations**

**Percentage Calculations**

**Answer Memory**

**Consecutive Calculations**

**Independent Memory**

**Statistical Calculations**

**Standard Deviation**

**Regression Calculations**

**Two-Line Display**

**Auto Power Off**

Dimension : H1/2" x W3-3/8"  x D6-1/8"
Weight : 100 g. ( 3.5 oz) include battery
Case : Slide-on Hard Case

### Shipping & Handling

- I will be shipping via DHL e-commerce services or Thailand Post Services.
- with tracking number
- The item should arrive in 4-8 weeks during crisis

PUSHAUCTION

Sponsored items based on your recent views



Casio FX-991ES Plus Scientific
Calculator
New · FX991MS/ES



Genuine CASIO Stylish Calculator
solar battery JW-200SC Extra...
New · Basic



CASIO Fx-3650p II programmable
scientific calculator 2 Line Dspl'y...
New · FX-3650P II



Casio Fx-350ms 2nd Display
Scientific Calculator 240 Functio...
New · Does Not Apply



Casio Fx-350ms 2nd Display
Scientific Calculator 240 Functio...
New · Does Not Apply

$27.99
Free shipping

$38.00
Free shipping
Seller 99.1% positive

$42.00
Free shipping
Seller 99.1% positive

$26.06
Free shipping
Seller 100% positive

$23.99
Free shipping
Seller 99.9% positive

$5
$6
Free
Sell

## Explore more sponsored options: Model

### Calculator



Students Brand NEW Casio
Scientific Calculator FX-82ES...
New · Regular
$23.98
Free shipping
57 sold



New Casio MX-120S Silver
Electronic Calculator LARGE...
New · Does Not Apply
$15.99
Free shipping



CASIO JS-40B-PK Extra Large
Display PINK color 14-Digit...
New · Large
$48.00
Free shipping
Seller 99.1% positive



CASIO DF-120FM Gray color 12-
Digit Tax Cost Sell Margin...
New · Large
$48.00
Free shipping
Seller 99.1% positive



CASIO JF-120FM graycolor 12-Digit
Tax Cost Sell Margin Calculator...
New · Regular
$44.00
Free shipping
Seller 99.1% positive

C
D
$
S

## Related sponsored items



Casio FX-991H Super-FX
Scientific Calculator Two-Way...
Pre-owned
$23.35
$25.95 10% off
Free shipping
🅱 Top Rated Plus



Casio FX-991D Super-FX Scientific
Calculator Two-Way Power...
Pre-owned
$17.95
$19.95 10% off
Free shipping
🅱 Top Rated Plus



Vintage Casio fx-350 Scientific
Calculator.WORKING
Pre-owned
$29.99
Free shipping
Seller 99.5% positive



Casio FX-991V Super-FX Scientific
Calculator Two-Way Power...
Pre-owned
$23.35
$25.95 10% off
Free shipping
🅱 Top Rated Plus



Vintage Casio fx-330 Scientific
Calculator, complete boxed set,...
Pre-owned
$32.00
+ $5.40 shipping
Seller 100% positive

VIN
CA
$1
$19
Free
Sell

## People who viewed this item also viewed



Casio fx-991ms Scientific
Calculator 401 Functions
New · Casio
$10.00
Free shipping
5 watchers



Casio Fx-350ms 2nd Display
Scientific Calculator 240 Functio...
New · Casio
$26.06
Free shipping
Seller 100% positive



New Unused Casio SL-880 Game
Calculator Vintage Retro MG-88...
New · Casio
$29.99
+ $10.00 shipping
92 sold



Casio FX-82EX Original New
Scientific Calculator Classwiz 27...
New · Casio
$22.99
Free shipping
Last one



New Casio MX-120S Silver
Electronic Calculator LARGE...
New · Casio
$15.99
Free shipping

CA
sci
Ne
$4
Fre
Sell

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to search results                                                                                      Return to top

More to explore :   Casio Scientific Regular Display Calculators ,   Casio Scientific Calculators ,   Casio Scientific Solar Calculators ,   Casio Handheld Scientific Calculators ,
Casio Large Scientific Calculators ,   Casio Battery Scientific Calculators ,   Casio Scientific Large Key Calculators ,   Casio Large Display Calculators ,   Scientific Calculators ,
Casio Large Display Solar Calculators

Hi! **Sign in** or **register**   Daily Deals   Brand Outlet   Help & Contact

Watchlist ⌄   My eBay ⌄   🔔   🛒   **Sell**

ebay | Shop by category ⌄ | 🔍 Search for anything | All Categories ⌄ | **Search** | Advanced

< Back to search results | Listed in category: Business & Industrial > Office > Office Equipment > Calculators

✉ f 🐦 📌 | Add to Watchlist

⚠ The seller is away until Dec 09, 2021. If you buy this item, expect a delay in shipping.

### People who viewed this item also viewed

 Casio fx-991ms Scientific Calculator 401 Functions
**$10.00**
Free shipping

 Casio Fx-350ms 2nd Display Scientific Calculator 240...
**$26.06**
Free shipping

 New Unused Casio SL-880 Game Calculator Vintage...
**$29.99**
+ $10.00 shipping

🏷 **EXTRA 5% OFF WITH CODE DHPT5P3PCUTNY**   See all eligible items and terms ▸





### Casio Scientific Calculator fx-350MS Two Line Display 240 Functions 3 Modes

Condition: **New**

Lot: | 1 pc ⌄ |

Quantity: | 2 | 2 available

Price: **US $28.00**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

**Shop with confidence**

🛡 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
dhipotik0 (357 ★)
100% Positive feedback

♡ Save this seller
Contact seller
Visit store
See other items

**30-day returns**

Shipping: **FREE** Economy Shipping from outside US |
See details
Located in: Chiangmai, Thailand

Delivery: 📦 Estimated between **Tue. Dec. 28 and Mon. Jan. 31** ⓘ
This item has an extended handling time and a delivery estimate **greater than 13 business days.**

Returns: 30 day returns. Buyer pays for return shipping |
See details

Payments: 

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

$ Have one to sell? | **Sell now**

### Related sponsored items

Feedback on our suggestions

 Casio FX-991D Super-FX Scientific Calculator Two-Way...
Pre-owned
**$17.95**
$19.95 10% off
Free shipping
✓ Top Rated Plus

 Casio FX-991H Super-FX Scientific Calculator Two-Way Power...
Pre-owned
**$23.35**
$25.95 10% off
Free shipping
✓ Top Rated Plus

 Vintage Casio fx-350 Scientific Calculator.WORKING
Pre-owned
**$29.99**
Free shipping
Seller 99.5% positive

 Casio FX-991V Super-FX Scientific Calculator Two-Way Power...
Pre-owned
**$23.35**
$25.95 10% off
Free shipping
✓ Top Rated Plus

 Vintage Casio fx-330 Scientific Calculator, complete boxed set,...
Pre-owned
**$32.00**
+ $5.40 shipping
Seller 100% positive

CA...
Pro...
Nev
**$1**
+ $
Sell

**Description** | **Shipping and payments** | Report item

Seller assumes all responsibility for this listing.

https://www.ebay.com/itm/313593703872

## Shipping and handling

Item location: Chiangmai, Thailand

Shipping to: Worldwide

Excludes: Alaska/Hawaii, US Protectorates, APO/FPO, Africa, Central America and Caribbean, South America, Afghanistan, Armenia, Azerbaijan Republic, Bangladesh, China, Georgia, India, Kazakhstan, Kyrgyzstan, Maldives, Mongolia, Nepal, Pakistan, Sri Lanka, Tajikistan, Turkmenistan, Uzbekistan, American Samoa, Cook Islands, Fiji, French Polynesia, Guam, Kiribati, Marshall Islands, Micronesia, Nauru, New Caledonia, New Zealand, Niue, Palau, Papua New Guinea, Solomon Islands, Tonga, Tuvalu, Vanuatu, Wallis and Futuna, Western Samoa, Iraq, Jordan, Kuwait, Lebanon, Saudi Arabia, Yemen, Brunei Darussalam, Macau, Thailand, Bermuda, Greenland, Mexico, Saint Pierre and Miquelon, Albania, Andorra, Belarus, Bosnia and Herzegovina, Cyprus, Gibraltar, Guernsey, Iceland, Jersey, Latvia, Liechtenstein, Lithuania, Macedonia, Malta, Moldova, Montenegro, Romania, San Marino, Slovakia, Slovenia, Svalbard and Jan Mayen, Ukraine, Vatican City State, PO Box

Quantity: 2    Change country: United States    ZIP Code: 60026    Get Rates

| Shipping and handling | To | Service | Delivery* |
|---|---|---|---|
| Free shipping | United States | Economy Shipping from outside US | Estimated between **Tue. Dec. 28 and Mon. Jan. 31** |

> * Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|
| Will ship within 5 business days of receiving cleared payment. The seller has specified an extended handling time for this item. |

| Taxes |
|---|
| Taxes may be applicable at checkout. Learn more |

## Return policy

| After receiving the item, contact seller within | Refund will be given as | Returns shipping |
|---|---|---|
| 30 days | Money Back | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

## Payment details

Payment methods





### Special financing available

**Select PayPal Credit at checkout to have the option to pay over time.**

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

## Sponsored items based on your recent views



Casio FX-991ES Plus Scientific Calculator
New · FX991MS/ES
$27.99
Free shipping



Genuine CASIO Stylish Calculator solar battery JW-200SC Extra...
New · Basic
$38.00
Free shipping
Seller 99.1% positive



CASIO Fx-3650p II programmable scientific calculator 2 Line Dspl'y...
New · FX-3650P II
$42.00
Free shipping
Seller 99.1% positive



Casio Fx-350ms 2nd Display Scientific Calculator 240 Functio...
New · Does Not Apply
$26.06
Free shipping
Seller 100% positive



Casio Fx-350ms 2nd Display Scientific Calculator 240 Functio...
New · Does Not Apply
$23.99
Free shipping
Seller 99.9% positive

Ca...
Pro...
Ne...
$5...

## Explore more sponsored options: Model

### Calculator













Hi! Sign in or register    Daily Deals   Brand Outlet   Help & Contact     Watchlist ⌄   My eBay ⌄

Shop by category   Search for anything   All Categories ⌄   **Search**   Advanced

**dhipotik0** (357 ★)
100% positive feedback

🔒 Items for sale   🏬 Visit store   ✉ Contact

♡ Save

Based in Thailand, dhipotik0 has been an eBay member since Dec 01, 2018

**Feedback ratings** ⓘ

| | | |
|---|---|---|
| ★★★★★ 87 | Item as described | |
| ★★★★★ 85 | Communication | |
| ★★★★★ 85 | Shipping time | |
| ★★★★★ 90 | Shipping charges | |

⊕ 93 Positive   ⊘ 1 Neutral   ⊖ 0 Negative

Feedback from the last 12 months

⊕ perfect transaction. thank you
Nov 28, 2021

See all feedback

● ○ ○ ○ ○

87 Followers | 0 Reviews | Member since: **Dec 01, 2018** | 📍 Thailand

## Items for sale(1223)

See all items





Dried Petal But...
US $25.00   2h left



Supreme Banana...
US $38.00   2h left



24K Gold Leaf 9...
US $68.00   3h left



4x Pumice Stone...
US $20.00   3h left



Gold Leaf 24K P...
US $156.00   5h left

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2021 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ



1/4/22, 12:44 PM

ebay    Shop by category ⌄

[ Search for anything ]   [ All Categories ⌄ ]   **Search**

## TiTa Thai Trading ♡

**87** Followers
**100%** Positive feedback
**1.8K** Items sold

**Category**

**All**

Business & Industrial

Clothing Shoes & Accessories

Collectible

Craft

Health & Beauty

Home & Garden

Pet Supplies

Sporting Goods

Other

**Condition**

☐ New (1,227)

☐ Used (2)

☐ Not Specified (18)

**Price**

☐ Under $35.00

☐ $35.00 to $75.00

☐ Over $75.00

[ $ ] to [ $ ] →

**Buying Format**

⦿ All Listings (1,247)

◯ Accepts Offers (5)

◯ Auction

◯ Buy It Now (1,247)

**Item Location**

⦿ Default

◯ Within

[ ▮ ⌄ ] of

[ ▮ ] →

◯ US Only

◯ North America

◯ Worldwide

**Shipping Options**

☐ Free Shipping

**Local Pickup**

☐ Free In-store Pickup

☐ Free Local Pickup

Within

[ ▮ ⌄ ] of

[ ▮ ] →

**Show only** ⌃

☐ Free Returns

Feedback ✎

- [ ] Returns Accepted
- [ ] Authorized Seller
- [ ] Completed Items
- [ ] Sold Items
- [ ] Deals & Savings
- [ ] Authenticity Guarantee

See all

More filters...

☰ | **All Listings** | Accepts Offers | Auction | Buy It Now | Condition ▾ | Shipping ▾ | Local ▾     Best Match ▾ | ≣ ▾

237 results     Shipping to: ▬


**3x Fa Ta Lai Jone Abhaibhubejhr Andrographis Paniculata 60 capsules Anti Fever**
Brand New
**$19.60** to **$96.00**
Buy It Now
Free shipping
from Thailand
**14+ sold**


**Rooster Chicken Carried Hand Bag Transport Para Gallos Blue Soft Free Size**
Brand New
**$26.00** to **$86.00**
Buy It Now
+$2.00 shipping
from Thailand
**17+ watchers**

Feedback 🖉


**1x 14 cm Thai Vintage Tiffin Lunch Box Aluminum Bento Food Carrier Lotus Flower**
Brand New
**$58.00**
Buy It Now
+$6.00 shipping
from Thailand
**14 watchers** ♡


**Dok Jok Brass Mold Thai Lotus Cookies Maker Tradition Dessert Kitchenware 5 size**
Brand New
**$28.00** to **$178.00**
Buy It Now
Free shipping
from Thailand
**11+ sold**


**2x Coconut Grater Scraper Thai Kitchen Hand Tools Vintage Shredder Papaya Carrot**
Brand New
**$16.00** to **$50.00**
Buy It Now
Free shipping
from Thailand
**5+ watchers**


**70x Dry Banana Leaves Thai Vintage Natural Roll Cigarette Paper Rolling Tobacco**
Brand New
**$19.60**
Buy It Now
+$2.00 shipping
from Thailand
**14 watchers** ♡

**2x 12 Pcs QuanTum GeloPlus 007 Grip Red Ink 0.7 mm Ballpoint Pen Smooth**



Brand New

**$18.00**
Buy It Now
+$8.00 shipping
from Thailand





Birthday Set Lord Buddha Brass Image 7 Days Mini Statue Buddhism Collection
Brand New

**$34.00**
Buy It Now
Free shipping
from Thailand





Phra Buddha Chinnarat No 1 Brass Statues Lord Buddha Sitting Image Sukhothai Era
Brand New

**$166.00**
Buy It Now
Free shipping
from Thailand
**Last one**
**12 watchers**





SARIM Stainless Mold Maker Press Thai Thin Spaghetti Sweet Dessert Coconut Milk
Brand New

**$48.00** to **$91.00**
Buy It Now
Free shipping
from Thailand
**2+ watchers**

Feedback




Phra Buddha Chinnarat Statue Lap Width 3" Carbon Steel Sukhothai Buddha Image
Brand New

**$106.00**
Buy It Now
Free shipping
from Thailand
**2 watchers**





Hong Thai Traditional Natural Herbal Inhaler Formula 2 Relief Dizziness Vertigo
Brand New

**$19.00** to **$150.00**
Buy It Now
Free shipping
from Thailand
**2+ watchers**

36x BENTO Squid Seafood 5g Thai Snack Delicious Sweet Hot Spicy Mixed Flavor
Brand New

**$17.00** to **$62.00**
Buy It Now
Free shipping
from Thailand



Wooden Flower Carving Sculpture Teak Wood Thai Square Wall Art Decor Hanging
Brand New

**$64.00**
Buy It Now
Free shipping
from Thailand
**23 watchers**





12 g Cute Press Evory Retouch Foundation Powder SPF30 PA+++ Professional Cover
Brand New

12/9/21, 3:36 PM

Hi! Sign in or register    Daily Deals    Brand Outlet    Help & Contact

Watchlist ⌄    My eBay ⌄    🔔    🛒    **Sell**

**ebay**    Shop by category ⌄    | casio |    | All Categories ⌄ |    **Search**    Advanced

Items for sale from   **dhipotik0** (357 ⭐ ) 📋    ♡ Save this seller | Show results from all sellers    ☐ Include description



**Categories**

**Business & Industrial**
   Calculators

**Format**    see all
- ◉ All Listings
- ○ Auction
- ○ Buy It Now

**Guaranteed Delivery**    see all
- ◉ No Preference
- ○ 1 Day Shipping
- ○ 2 Day Shipping
- ○ 3 Day Shipping
- ○ 4 Day Shipping

**Condition**    see all
- ☐ New (6)

**Price**
$ [____] to $ [____] »

**Item Location**    see all
- ◉ Default
- ○ Within [100 mile ⌄] of [60026] [»]
- ○ US Only
- ○ North America
- ○ Worldwide

**Delivery Options**    see all
- ☐ Free shipping

**Show only**    see all
- ☐ Free Returns
- ☐ Returns accepted
- ☐ Completed listings
- ☐ Sold listings
- ☐ Deals & Savings

**More refinements...**

**See also**
Invicta Mens Watch
Movado
Casio G Shock
Marc Jacobs Watch
Guess Watches

**Seller Information**

dhipotik0 (357 ⭐ ) 📋
Feedback rating: 357
Positive Feedback: 100%
Member since Dec-01-18 in
United States

Read feedback profile
Add to my favorite sellers
**Visit seller's eBay Store!**
📋 TiTa Thai Trading

All Listings    Auction    Buy It Now

6 results for casio   ↻ Save this search

Sort: Best Match ⌄    View: ▦ ⌄

**Casio Scientific Calculator fx-350MS Two Line Display 240 Functions 3 Modes**
Brand New

**$28.00** to **$116.00**    From Thailand
Buy It Now
**Free shipping**

Tell us what you think

---

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2021 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ



*Learn about pricing

This page was last updated: Dec-08 23:36. Number of bids and bid amounts may be slightly out of date. See each listing for international shipping options and costs.

 **Checkout**

How do you like our checkout? Give us feedback

### Review items and shipping

Seller: dhipotik0 | Message to seller



Casio Scientific Calculator fx-350MS Two Line Display
240 Functions 3 Modes
Lot: 1 pc

**$56.00**

Quantity  2 ⌄

**Delivery**
Est. delivery: Dec 28 – Jan 31
Economy Shipping from outside US
**Free**

### Ship to
██ ███
1851 Tower Dr
Glenview, IL 60026
United States
████████████
Change

### Pay with

○ **Add new card**
   VISA  Mastercard  AMEX  DISCOVER

○ **PayPal**

○ **PayPal CREDIT**
   Special financing available.
   Apply now. See terms

○  G Pay  Google Pay

### Add coupons

☑ Discount DHPT5P3PCUTNY
   Applied: $2.80

Enter code: _____   Apply

| | |
|---|---|
| Items (2) | $56.00 |
| Shipping | Free |
| Discount | -$2.80 |
| Tax* | $5.32 |

**Order total**  **$58.52**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 **Confirm and pay**

**Select a payment option**

 MONEY BACK GUARANTEE
See details

Copyright © 1995-2021 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ



10/11/22, 11:01 PM

Hi ██████  Daily Deals  Brand Outlet  Help & Contact

Sell  Watchlist ⌄  My eBay ⌄  🔔1  🛒

ebay  Shop by category ⌄  🔍 Search for anything  All Categories ⌄  Search  Advanced

‹ Back to search results | Listed in category: Business & Industrial › Office Supplies & Equipment › Office Equipment › Calculators

Share | Add to Watchlist




### Digital Scientific Calculator 240 Func 82MS Statistics Mathematics 2Line Display

Condition: **New**

Color: Black ⌄

Quantity: 2  2 available

Price: **US $17.54**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

**Returns accepted**

Shipping: US $24.56 for 2 Economy Shipping from Greater China to worldwide | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Shanghai, China

Delivery: 📦 Estimated between **Mon, Oct 31** and **Wed, Dec 28** to 60106 ⓘ
Please note the delivery estimate is **greater than 13 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 day returns | Buyer pays for return shipping | See details

Payments: PayPal  G Pay  VISA  MasterCard  AMEX  DISCOVER

PayPal CREDIT
Special financing available. | See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

🛡 **eBay Money Back Guarantee**
Get the item you ordered or get your money back.
Learn more

**Seller information**
dilshan_athukorala (23 ⭐)
80% Positive feedback

♡ Save this seller
Contact seller
See other items

$ Have one to sell? | Sell now

---

### Similar sponsored items

Feedback on our suggestions


Brand New Original Scientific Calculator 417 Function For High School University
New
$23.87
Free shipping
Seller 100% positive


Digital Scientific Calculator 240 Functions 82MS Statistics for Student School
New
$9.28
$9.77 5% off
Free shipping


Texas Instruments TI-84 Plus CE Graphic Calculator - Black (84PLCE/TBL/1L1/AH)
New
$65.00
0 bids
+ $11.90 shipping


Casio fx-82MS Scientific Calculator 2-Line Display 240 Function STAT Data Editor
New
$18.99
Free shipping


Scientific Calculator 240 Functions for School Student Exam Financial
New
$25.99
Free shipping
Seller 99% positive

Dig
Fur
Stu
Nev
$8
$9.
Free

---

### Sponsored items inspired by your views

Feedback on our suggestions


Brand New Original Scientific Calculator 417 Function For High School University
New
$23.87


Anime Neon Genesis Evangelion Asuka Langley Soryu Figure Toys heroine model suit
New
$6.04


EVA Evangelion Crazy EVA-2 Production Unpainted Resin Garage Kit Statue In Stock
New
$79.99


NEW Asuka Evangelion Plugsuit Dyesub 3D Print Cosplay Costume Zentai Suit
New
$33.99


GACHA REBUILD OF EVANGELION IKARI SHINJI AYANAMI REI ASUKA LANGLEY SORYU MARI
New
$35.00

PBT
Pro
New
$3

Free shipping
Seller 100% positive

$6.50 7% off
Free shipping
Seller 100% positive

+ $25.00 shipping
Seller 100% positive

+ $6.99 shipping
**20 watchers**

Free shipping

+ $

---

**Description** | Shipping and payments

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 403339521338

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Size: | Handheld |
| Power Source: | Battery | Type: | Scientific |
| Key Size: | Regular | Brand: | Unbranded |
| Model: | Calculator | | |

**Brand Name: Eunaimee**

**Style: Scientific**

**Max. Digits: 12**

**Power Source: Battery**

**Usage: Calendar**

**Material: Plastic**

**Model Number: 82MS**

**Applicable Battery Type: Coin Batteries**

---



## dilshan_athukorala

80% Positive Feedback
213 Items sold

**Visit profile**

Contact

---

### Influenced by recent sponsored views

    

| | | | | |
|---|---|---|---|---|
| Brand New Original Scientific Calculator 417 Function For High School University | Anime Neon Genesis Evangelion Asuka Langley Soryu Figure Toys heroine model suit | Evangelion Plush Doll Mari Makinami Illustrious Anime Stuffed Plushie Toys 20CM | Japanese Anime EVA 24CM PVC Asuka Langley Soryu Figure AyanamiRei Doll Gift | Anime EVA Ayanami Asuka Langley Soryu 24cm PVC Figure Collection Model Toys Box |
| New | New | New · Multicolor · China | New · China · Japanese | New · Black · China |
| $23.87 | $6.04 | $19.90 | $38.23 | $56.49 |
| Free shipping | $6.50 7% off | + $3.90 shipping | Free shipping | Free shipping |
| Seller 100% positive | Free shipping | | Seller 100% positive | Seller 100% positive |
| | Seller 100% positive | | | |

---

### Explore related sponsored items

    

Universal Scientific Calculator | Universal Scientific Calculator | 2 X Large Jumbo Calculator Big | Large Jumbo Calculator Big Button | Sharp ELW535TGBBL 16-Digit LCD,

Hi | Daily Deals Brand Outlet Help & Contact | Sell Watchlist ∨ My eBay ∨ 🔔1 🛒

**ebay** | Shop by category ∨ | 🔍 Search for anything | All Categories ∨ | Search | Advanced

← Back to search results | Listed in category: Business & Industrial › Office Supplies & Equipment › Office Equipment › Calculators | Share | Add to Watchlist









### Digital Scientific Calculator 240 Func 82MS Statistics Mathematics 2Line Display

Condition: New

Color: Black ∨

Quantity: 2 | 2 available

Price: **US $17.54**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

**Returns accepted**

Shipping: US $24.64 for 2 Economy Shipping from Greater China to worldwide | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Shanghai, China

Delivery: 📦 Estimated between **Mon, Oct 31** and **Wed, Dec 28** to 60106 ⓘ
Please note the delivery estimate is **greater than 13 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 day returns | Buyer pays for return shipping | See details

Payments: PayPal  G Pay  VISA  Mastercard  Amex  Discover

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
dilshan_athukorala (23 ⭐)
80% Positive feedback

♡ Save this seller
Contact seller
See other items

💲 Have one to sell? | **Sell now**

---

### Similar sponsored items

Feedback on our suggestions


Brand New Original Scientific Calculator 417 Function For High School University
New
**$23.87**
Free shipping
Seller 100% positive


Digital Scientific Calculator 240 Functions 82MS Statistics for Student School
New
**$9.28**
$9.77 5% off
Free shipping


Texas Instruments TI-84 Plus CE Graphic Calculator - Black (84PLCE/TBL/1L1/AH)
New
**$65.00**
0 bids
+ $11.90 shipping


Casio fx-82MS Scientific Calculator 2-Line Display 240 Function STAT Data Editor
New
**$18.99**
Free shipping


Digital Scientific Calculator 240 Functions 82MS Statistics for Student Sch
New
**$8.78**
$9.44 7% off
Free shipping

---

### Sponsored items inspired by your views

Feedback on our suggestions


Brand New Original Scientific Calculator 417 Function For High School University
New
**$23.87**
Free shipping


Anime Neon Genesis Evangelion Asuka Langley Soryu Figure Toys heroine model suit
New
**$6.04**
$6.50 7% off


EVA Evangelion Crazy EVA-2 Production Unpainted Resin Garage Kit Statue In Stock
New
**$79.99**
+ $25.00 shipping


NEW Asuka Evangelion Plugsuit Dyesub 3D Print Cosplay Costume Zentai Suit
New
**$33.99**
+ $6.99 shipping



GACHA REBUILD OF EVANGELION IKARI SHINJI AYANAMI REI ASUKA LANGLEY SORYU MARI
New
**$35.00**

Seller 100% positive

Free shipping
Seller 100% positive

Seller 100% positive

20 watchers

Sell

| Description | Shipping and payments |

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 403339521338



### Shipping and handling

Item location: **Shanghai, China**

Ships to: Worldwide

Excludes: PO Box, Botswana, Brazil, Chile, China, Dominican Republic, Hong Kong, India, Kuwait, Lithuania, Morocco, Oman, Peru, Qatar, Russian Federation, Saudi Arabia, Sri Lanka, Taiwan, Ukraine, United Arab Emirates

| Quantity: | 2 | | Change country: | United States | | ZIP Code: | 60106 | Get Rates |

| Shipping and handling | Each additional item | To | Service | Delivery* |
|---|---|---|---|---|
| US $24.64 for quantity 2 | US $12.32 | United States | Economy Shipping from Greater China to worldwide | Estimated between **Mon, Oct 31** and **Wed, Dec 28** to 60106 |

*Estimated delivery dates - opens in a new window or tab include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |

Will usually ship within 3 business days of receiving cleared payment.

| Taxes |

Taxes may be applicable at checkout. Learn more

### Return policy

| After receiving the item, contact seller within | Refund will be given as | Returns shipping |
|---|---|---|
| 30 days | Money Back, Replacement | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

### Payment details

| Payment methods |

PayPal · G Pay · VISA · Mastercard · American Express · Discover



**PayPal CREDIT**

#### Special financing available

Select PayPal Credit at checkout to have the option to pay over time.

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

---

**dilshan_athukorala**

80% Positive Feedback
213 Items sold

Visit profile

Contact

---

### Influenced by recent sponsored views



Brand New Original Scientific Calculator 417 Function For High School University



Anime Neon Genesis Evangelion Asuka Langley Soryu Figure Toys heroine model suit



Evangelion Plush Doll Mari Makinami Illustrious Anime Stuffed Plushie Toys 20CM



Japanese Anime EVA 24CM PVC Asuka Langley Soryu Figure AyanamiRei Doll Gift



NEON GENESIS EVANGELION Asuka Langley Soryu EVA Anime Figure Collection Model



Hi ████ ⌄    Daily Deals    Brand Outlet    Help & Contact                           Sell    Watchlist ⌄    My eBay ⌄    🔔¹    🛒

eBay    Shop by category ⌄    🔍 Search for anything    All Categories ⌄    **Search**    Advanced

Home › Community › Feedback forum › Feedback profile

## Feedback profile

 **eBay** MONEY BACK GUARANTEE

  **dilshan_athukorala** (23 ⭐ ) ⓘ
**Positive Feedback (last 12 months): 80%** ⓘ
Member since: Jul-20-17 in Sri Lanka

**Member Quick Links**
Contact member
View items for sale

### Feedback ratings ⓘ

|  |  | 1 month | 6 months | 12 months |
|---|---|---|---|---|
| ➕ | Positive | 0 | 3 | 10 |
| ⏺ | Neutral | 0 | 0 | 0 |
| ➖ | Negative | 0 | 1 | 2 |

### Detailed seller ratings ⓘ

| Average for the last 12 months |
|---|
| This information will be available when this member receives at least 10 detailed seller ratings. |

---

**All received Feedback**    Received as buyer    Received as seller    Left for others

2 Feedback received (viewing 1-2)                                                         Revised Feedback: 0 ⓘ

Search Feedback received as seller with an item title or ID: ⓘ

e.g. Vintage 1970's Gibson Guitars 🔍

Rating type: Negative (2) ⌄       Period: 12 Months ⌄

| FEEDBACK | FROM | WHEN |
|---|---|---|
| ⓘ Detailed item information is not available for the following items because the feedback is over 90 days old. | | |
| ➖ **The seller sent the wrong case and never got back to me was totally ignored.** Ultra Thin leather Case For Samsung Galaxy S22 S21 Ultra Plus S20 FE Note 20 (#403386172490) | Buyer: r***s (395⭐) US $9.99 | Past 6 months |
| ➖ **Dear seller! I wrote you four letters, you did not reply to me. Too bad. I made the decision to give me the money back, wait so long for you to send me and for me to get it forever. I need the product now, not in a month.Please get my money back. with respect to you Vera** Liquid Silicone Phone Case For Samsung Galaxy S21 Plus Ultra TPU No Fingerprint (#403456313474) | Buyer: c***8 (unregistered) US $8.99 | Past year |

Reply by dilshan_athukorala. Left within past year.
Dear Customer,  Can you please describe me why are you act like this. If you do not want this you can cancel the order. Its your matter. You have made an order 18/03 today is 20/03. You have placed a negative feedback for me. what the reason for that.

---

Page 1 of 1                                    ← **1** →

**Member Quick Links**    Contact member    **Suggested Next**    Leave Feedback
View items for sale    Reply to received Feedback
Follow up to given Feedback
Request feedback revision

Comment?

---

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2022 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ



10/11/22, 10:58 PM

Hi ▮▮▮▮ ⌄   Daily Deals   Brand Outlet   Help & Contact                                    Sell   Watchlist ⌄   My eBay ⌄   🔔 ¹   🛒

**ebay**   Shop by category ⌄   🔍 Search for anything                          All Categories ⌄   **Search**   Advanced

**dilshan_athukorala**

80% Positive feedback (23)    213 Items sold    10 Followers          💬 Contact    ♡ Save

Shop    **About**    Feedback

## About

Location: **Sri Lanka**
Member since: **Jul 20, 2017**

Do you like our profile experience?  👍  👎

Hi [redacted] Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search | Advanced

Include description

Items for sale from **dilshan_athukorala** (23 ☆ ) | Save this seller

**Categories**

**Cell Phones, Smart Watches & Accessories**
- Cell Phone Cases, Covers & Skins

**Clothing, Shoes & Accessories**
- Women's Tops
- Men's Casual Shoes
- More

**See all categories**

**Format** see all
- All Listings
- Auction
- Buy It Now

**Guaranteed Delivery** see all
- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all
- New (7,030)

**Price**
- Under $8.00
- Over $8.00

$ to $

**Item Location** see all
- Default
- Within 100 miles of 60106
- US Only
- North America
- Worldwide

**Delivery Options** see all
- Free shipping

**Show only** see all
- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

dilshan_athukorala (23 ☆ )
Feedback rating: 23
Positive Feedback: 80%
Member since Jul-20-17 in United States

Read feedback profile
Add to my favorite sellers

Sponsored items for you

Brand New Original Scientific Calcula...
**$23.87**
Buy It Now
Free shipping

All Listings | Auction | Buy It Now    Sort: Best Match    View:

**7,030** results    Save this search

Digital Scientific Calculator 240 Func 82MS Statistics Mathematics 2Line Display
Brand New
**$17.54** From China
Buy It Now
+$12.32 shipping

White Women Shoes New Chunky Sneakers For Women Lace-Up White Vulcanize Shoes
Brand New
**$29.99** From China
Buy It Now
+$9.99 shipping
**3+ Watching**

Glitter Case For iPhone 11,11 Pro,12,12 Pro Case Silicon Dried Flowers Bumper
Brand New
**$9.38** From China
Buy It Now
**Free shipping**

Liquid Silicone Phone Case For Samsung Galaxy S21 Plus Ultra TPU No Fingerprint
Brand New
**$9.99** From China
Buy It Now
+$5.99 shipping

OWO
FOR IPHONE

Original Liquid Silicone Luxury Case For Apple iPhone 13 11 12 Pro Max mini
Brand New
**$9.99** From China
Buy It Now
+$2.99 shipping

Luxury Transparent Shockproof Silicone Case For iPhone 11 X Xr Xs Max Case 13 12
Brand New
**$7.99** From China
Buy It Now
**Free shipping**

3D Crystal Case For Samsung Galaxy S21 S20 fe S10 S9 S8 Plus Note 20 Ultra J2 J5
Brand New



Anime Neon Genesis
Evangelion Asuka L...
$6.04
Buy It Now
Free shipping



EVA Neon Genesis
Evangelion Figure wi...
$34.85
Buy It Now



Neon Genesis Evangelion
Rei Cute Plus...
$15.86
Buy It Now
Free shipping



Evangelion Plush Doll
Mari Makinami I...
$19.90
Buy It Now



NEON GENESIS
EVANGELION Asuka
$33.05
Buy It Now
Free shipping
Popular



Anime EVA Ayanami
Asuka Langley Soryu...
$56.49
Buy It Now
Free shipping





$9.99
Buy It Now
+$3.99 shipping

From China



Cute Bear Plating Phone Case for iPhone 13 12 11 Pro Max X Xs Xr 8 7 Plus SE
Brand New
$9.99                          From China
Buy It Now
+$5.99 shipping



18K White Gold Rings for Women 2.0ct Round Cut Zirconia Diamond Solitaire Ring
Brand New
$9.75                          From China
Buy It Now
+$9.99 shipping



3x1/3x3/6x3m LED Icicle String Lights Christmas Fairy Lights Garland Outdoor
Brand New
$15.99 to $49.99             From China
Buy It Now
Free shipping



Mechanical Bear Lens Protect Case For iPhone 12 13 Pro Max Mini 11 Pro Max X XR
Brand New
$9.99                          From China
Buy It Now
+$5.99 shipping



4pcs Furniture Casters Wheels Soft Rubber Swivel Caster Silver Roller Wheel
Brand New
$21.99 to $24.99            From China
Buy It Now
+$6.99 shipping



New Luxury Plating Square Frame Matte Soft Silicone Case for iPhone 11 12 Pro Mx
Brand New
$9.99                          From China
Buy It Now
+$6.99 shipping

Luxury Glitter Diamod Clear With Lens Protector Case For iPhone 13 12 11 Pro Max
Brand New



10/11/22, 10:58 PM

Japanese Anime EVA
24CM PVC Asuka Lan...
$38.23
Buy It Now
Free shipping



Casio fx-82MS Scientific
Calculator 2...
$18.99
Buy It Now
Free shipping



Casio fx-82MS Scientific
Calculator 2...
$18.99
Buy It Now
Free shipping



Casio FX-82MS Scientific
2-Line Displ...
$15.40
Buy It Now
Free shipping



Manual for Sparcom
Physics Pac for HP...
$24.99
Buy It Now
Free shipping



LOFREE Mechanical
Calculator Digital ...
$51.29
Buy It Now
Free shipping



NEW! Sealed! SHARP
Scientific Calcula...
$4.98 💛
Buy It Now



$9.99
Buy It Now
+$6.99 shipping

From China



**3D Cartoon Pink Bear Cases For iPhone 11 Pro Max Case Soft Silicone For i7,i8,i6**
Brand New
$12.69
Buy It Now
+$4.99 shipping

From China



**Colorful Flowers Smile Strap Lanyard Phone Case For iPhone 13 Pro Max 12 11 X XS**
Brand New
$9.99
Buy It Now
+$5.99 shipping

From China



**Black Edge Mirror Phone Case For iPhone 12 11 Pro Max X XS MAX XR Soft TPU**
Brand New
$8.99
Buy It Now
+$2.99 shipping

From China



**Diamond Ring Holder For iPhone Cases Shell For iPhone 12 Mini 11 Pro**
Brand New
$8.89
Buy It Now
+$4.59 shipping

From China



**Waterfall Incense Burner Backflow Mini Buddha Censer Backflow Incense Holder Hom**
Brand New
$9.99 to $16.99
Buy It Now
Free shipping

From China



**New Bee Bluetooth Headset V5.0 Earpiece 24H TalkTime Wireless Handsfree Earphone**
Brand New
$29.99
Buy It Now
+$4.99 shipping

From China

**LED Whitening Tooth Portable USB Charging Blue Light Dental Whitening Instrument**
Brand New

Hi [redacted] Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | scientific calculator | All Categories | Search | Advanced

Include description

Items for sale from **dilshan_athukorala** (23 ) | Save this seller | Show results from all sellers

### Categories

**Business & Industrial**

Calculators

**Format** see all

- All Listings
- Auction
- Buy It Now

**Brand** see all

**Power Source** see all

**Type** see all

**Size** see all

**Guaranteed Delivery** see all

- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all

- New (4)

**Price**

$ to $

**Item Location** see all

- **Default**
- Within
  100 miles of 60106
- US Only
- North America
- Worldwide

**Delivery Options** see all

- Free shipping

**Show only** see all

- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

dilshan_athukorala (23 )

Feedback rating: 23
Positive Feedback: 80%
Member since Jul-20-17 in United States

Read feedback profile
Add to my favorite sellers

All Listings | Auction | Buy It Now

Sort: Best Match View:

**4** results for **scientific calculator** Save this search

Digital Scientific Calculator 240 Func 82MS Statistics Mathematics 2Line Display

Brand New

**$17.54** From China

Buy It Now

+$12.32 shipping

Tell us what you think

## Sponsored items for you

Brand New Original Scientific Calcula...

**$23.87**

Buy It Now

Free shipping



 **Checkout**

How do you like our checkout? Give us feedback

To add more items, go to cart.

**Pay with**

- ● VISA x-▮▮▮▮

- ○ Add new card
  VISA ● ● Discover

- ○ PayPal

- ○ PayPal CREDIT
  Special financing available.
  Apply now. See terms

- ○ G Pay Google Pay

**Ship to**

▮▮▮▮▮▮▮▮
1001 Foster Ave
Bensenville, IL 60106-1445
United States
▮▮▮▮▮▮
Change

**Review items and shipping**

Seller: dilshan_ath...  |  Message to seller


Digital Scientific Calculator 240 Func 82MS Statistics
Mathematics 2Line Display
Color: Black
**$35.08**

Quantity
2 ⌄

**Delivery**
Est. delivery: Oct 31 – Dec 28
Economy Shipping from Greater China to worldwide
**$24.64**

**Gift cards, coupons, eBay Bucks**

Enter code:          Apply

**Donate to charity (optional)** ⓘ

Malala Fund

With more than 130 million girls out of school today, your donation can
help to break down the barriers that hold girls back. PayPal Giving Fund
receives your (typically tax deductible) donation and grants 100% to
charity within 45 days. If it can't fund your chosen charity, it will consult
you before reassigning the funds. Your details won't be shared with the
benefiting charity. Donations are non-refundable.

Select amount    None ⌄

| | |
|---|---|
| Items (2) | $35.08 |
| Shipping | $24.64 |
| Tax* | $4.78 |
| **Order total** | **$64.50** |

By placing your order, you agree to eBay's User
Agreement and Privacy Notice.

*We're required by law to collect sales tax and
applicable fees for certain tax authorities. Learn more

🔒 **Confirm and pay**

 MONEY BACK GUARANTEE
See details

Help
?

Copyright © 1995-2022 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Hi ▮▮▮  Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ⌄   My eBay ⌄

Shop by category ⌄

🔍 Search for anything | All Categories ⌄ | **Search** | Advanced

‹ Back to search results | Listed in category: | Business & Industrial > Office > Office Equipment > Calculators

✉ 📘 🐦 📌 | Add to Watchlist





‹ › ⟨ ⟩

 ‹ ›

## Mini Hand-Held Multifunction Digital Scientific Calculator For Middle School New

**Condition:** New

**Sale ends in:** 04d 19h 27m

**Quantity:** 1 | Last one / 1 sold

**Price:** US $17.19
US $18.00 ⓘ  Save 5%

**Buy It Now**

**Add to cart**

**Best Offer:** **Make Offer**

♡ Add to Watchlist

Last item available | 60-day returns

**Shipping:** FREE Standard SpeedPAK from Greater China |
See details
Located in: Shenzhen, China

**Delivery:** ⚑ Estimated between **Tue. Dec. 28 and Tue. Jan. 4**
ⓘ This item has an extended handling time and a delivery estimate **greater than 15 business days.**

**Returns:** 60 day returns. Buyer pays for return shipping |
See details

**Payments:** PayPal  G Pay  VISA  ●●  AE  DISCOVER

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

### Seller information
discover-life (13631 ⭐)
98.1% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

## Similar sponsored items

Feedback on our suggestions



10-Digit LCD Engineering Scientific Calculator+Writing...
New · Does Not Apply
**$14.98**
$21.40 30% off
Free shipping
🟦 Top Rated Plus



Mini Hand-Held Multifunction Digital Scientific Calculator For...
New · Unbranded
**$17.17**
$18.07 5% off
Free shipping
Seller 100% positive



Texas Instruments TI-84 Plus Graphing Calculator W/ Cover-...
Pre-owned · Texas Instruments
**$20.50**
11 bids
Free shipping
Seller 100% positive



Multifunction Scientific Standard Calculator ICD Display 10 Digit...
New · Does Not Apply
**$14.98**
$20.90 29% off
Free shipping
🟦 Top Rated Plus

Multi-function Portable 2 Line LCD Display Scientific Calculator for...
New · Unbranded
**$14.50**
$15.59 7% off
Free shipping

Por...
Cal...
Ne...
$1
$1
Fre

---

## Sponsored items from this seller

Feedback on our suggestions



Portable 10 Digits Calculator Ultra Thin Solar Power For Hom...
New
**$17.58**
$18.51 5% off
Free shipping



Calculator Storage Bag For Stationery Case Needle Kit Store
New
**$18.49**
Free shipping



Handheld Bidet Sprayer Private Parts Anal Cleaner Cleaning For...
New
**$15.46**
Free shipping



New Handheld Metal Detector Portable Security Detector Finde...
New
**$23.27**
$24.49 5% off
Free shipping



10 Digits Calculator Ultra Thin Solar Power Calculator LCD...
New
**$17.70**
$18.63 5% off
Free shipping

Aq
PH
Ne
$1
$1
Fre

Description | Shipping and payments

Report item

eBay item number:  233949974215

Seller assumes all responsibility for this listing.

Last updated on  Dec 03, 2021 04:48:19 PST  View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Brand: | Unbranded |
| EAN: | Does not apply | MPN: | Does not apply |
| UPC: | Does not apply | ISBN: | Does Not Apply |



**discover-life**

discover-life (1363  ⭐)  98.1%

Big Big Promotion for Black Friday. Cheap and High Quality! Your Best Choice. Welcome to Our Stores. **See all items.**

Items On Sale | Home&Garden | Daily Necessities | US-Home&Garden | Home Decoration

Search within store

Visit Store:  discover-life

## Categories

2021 HOT SELL

5% off

5% off

2pcs Single Mode Optical Fiber Patch Cable Cord LC...
**$4.81**  $5.06

1200Pcs/box PVC Pre-insu-lated Ferrule Crimp Tube...
**$21.09**

15*9 mm Microphone Audio Amplifier Module Output...
**$6.59**  $6.94

Z030M Metal Central Block Zinc Alloy Electroplating...
**$21.56**

DC Motor Pulse Width Modulation Variable Switc...
**$20.2**

4pcs Mobile Repair Tool...
**$19.48**

Fiber Optic Jacket Stripper Coaxial Cable Stripping...
**$15.74**



✓ High quality   Shop with confidence   100% Satifaction guarantee

**Mini Hand-Held Multifunction Digital Scientific Calculator For Middle School New**

**Feature:**

1. Portable calculator, supports 252 functions and can be used to calculate advanced functions.
2. With LCD display, support 10 + 2 digits, and read the results clearly in a two-line display mode.
3. Configuration upgrade motherboard, stable performance, accurate calculation results.
4. Support multiple playback functions, easy to use, small and portable, suitable for middle school students.
5. Multifunctional math calculator, which can help calculate difficult math functions, strong practicability.

**Specification:**

Condition: 100% Brand New
Item Type: Calculator
Material: Plastic
Weight: Approx. 150g / 5.3oz
Battery: 1 x Built-In Button Battery (Included)
Capacity: 80MAH 1x AG10 Battery
Product Size: Approx. 160x80x20mm / 6.3x3.1x0.8in

**Package List:**

1 x Calculator

1 x Cover

Business & Industrial >



**Note:**

1.Please allow 0-1 inch error due to manual measurement. Thanks for your understanding.
2.Monitors are not calibrated same, item color displayed in photos may be showing slightly different from the real object. Please take the real one as standard.

## Contact us

- We accept PayPal .
- We ship item to your PayPal verified address.
- Payment must be received within 3 days from the date of purchase.

## Delivery details

- All the items will be dispatched within one business day by Airmail after the payment is clear.

- Most times you will receive your order within 10-30 business days after we transfer your package to the delivery company. We cannot guarantee the delivery timeframe if the post office has any unexpected delays due to holiday, weather, customs, or other conditions. Some countries like Russia, Brazil, or some European countries may take up to 50 days or longer for delivery.

- We appreciate your patience if you haven't received items in 30 days(Russian customers may need more patience by reason of the local delivery system and/or customs). If you are concerned in any way, please feel free to contact us via ebay message **instead of leaving negative/neutral feedback or opening a dispute**. We will make every effort to fix any problem(resend or refund any missing item).

- Customs duty is obligation and liability of citizens in your country, so buyer should be responsible for any tax and custom duty incurred. Generally, the delay or failure delivery is sometimes caused by the policy of different customs.




## Terms of sales

1. Our listing price includes the value of goods,packaging cost,and export taxes,not including international duties.
2. duties,taxes,and charges are not included in the item price or shipping fee.
3. The duties are buyers' responsibility.Please check with your country's customs office determine what these additional costs will be prior to your purchase.
4. All disputes arising from the duties will be submitted to ebay for solution.

## Feedback

1. Any questions, pls. contact us via ebay message or email us.We will reply your message within 48 hours. If you do not receive our reply within 48 hours, pls. post a message again because sometimes our message system may block some emails.

2. If you are satisfied with our service, pls. kindly leave us a positive feedback and give us the Detailed Seller Rating with all "5 " in very area
3. Our aim is to provide Level Customer Service, your recognition will encourage us greatly and serve you better. **We strive to keep all our customers satisfy.**

If you were pleased with this transaction, please give us 5 star rating. Thank you!

Rate this transaction

○ Positive   ○ Neutral   ○ Negative   ○ I'll leave Feedback later

Tell us more

[                                                                    ]

80 characters left

Rate details about this purchase

| | | |
|---|---|---|
| How accurate was the item description? | ★★★★★ | Very accurate |
| How satisfied were you with the seller's communication? | ★★★★★ | Very satisfied |
| How quickly did the seller ship the item? | ★★★★★ | Very quickly |
| How reasonable were the shipping and handling charges? | ☆☆☆☆☆ | Why can't I enter this rating? |

## Contact us

We will do our up most to exceed your expectations in customer service, communication and dispatching

### Sidebar navigation

Instrument & Tester Meter

Musical Instruments & Gear

US-Home&Garden

Home&Garden

Sport

Health & Beauty

Toys & Hobbies

Camera & Photos

Jewelry & Watches

Pet Supplies

baby Supplies

US Warehouse--Business & Sport

Car Motorcycle Vehicle Electr

Cell Phones & Accessories

US Warehouse-eBayMotors

US Warehouse-Healthy&Beauty

Intelligent Security

Consumer Electronics

Car Motor & Accessories

Computer/Tablets & Networking

Craft

Sporting Goods

Other



2021 HOT SELL

| 5% Off | 5% Off | 5% Off | 9% Off |
|---|---|---|---|

| DAC 420M Output AD9910 DDS Module 1GSPS... | AC 220V LCD Digital Single Phase DIN-Rail 5-30A... | EMG Sensor Electromyographic Sensor... | RF Power Meter Logarithmic Detector Microwave Radio... | 7s Cells 24V 20A Li-ion Lithium 18650 Battery BM... | PEAKMETE Motor 3-Phas |
|---|---|---|---|---|---|
| $73.88  $77.77 | $19.49  $20.52 | $26.87  $28.28 | $11.22  $12.32 | $16.32 | $49.49 |

| 5% Off | 5% Off | 5% Off |
|---|---|---|

| USB Boost Cable 5V Step Up to 9V 12V Voltage Convert... | UA9205N Multimeter LCD Digital Multi Tester Voltme... | Subwoofer Pre-Board Low-Pass Filter Pre-Amp 2.1-... | Integrated Mainboard For BLE Bluetooth 4.0 NANO-... | 5pcs Brass Pneumatic Muffler Silencer Air Flow Control ... |
|---|---|---|---|---|
| $11.2 | $15.11  $15.91 | $12.74  $13.41 | $19.76  $20.8 | $12.09 |

## Sponsored items based on your recent views



NEW Casio Scientific Calculator FX-82ES Plus Brand New
New
**$23.98**
+ $4.99 shipping
Seller 99.7% positive



Portable Multi-function Scientific Calculator 2 Line LCD Display for...
New
**$13.90**
$14.95 7% off
Free shipping



Water Slide Pools Inflatable Sprinkler Children Toy Summer...
New
**$45.99**
Free shipping
Seller 100% positive



2 Type Lawn Water Slide Outdoor Water Slide Summer Toy Splash...
New · 8-11 Years
**$17.81**
Free shipping
**55 sold**



Inflatable Pool Water Slide Waterslide Outdoor Lawn For Kid...
New · 3-4 Years
**$17.81**
Free shipping

BA
Sur
New

## Related sponsored items

Hi █████   Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ⌄   My eBay ⌄



Shop by category ⌄

🔍 Search for anything | All Categories ⌄ | **Search** | Advanced

✉ 📘 🐦 🅿 | Add to Watchlist

< Back to search results | Listed in category: Business & Industrial > Office > Office Equipment > Calculators



<   >

     >

## Mini Hand-Held Multifunction Digital Scientific Calculator For Middle School New

Condition: **New**

Sale ends in: 04d 19h 21m

Quantity: 1   ~~Last one~~ / 1 sold

Price: **US $17.19**
~~US $18.00~~ ⓘ   Save 5%

**Buy It Now**

**Add to cart**

Best Offer:   **Make Offer**

♡ Add to Watchlist

**Last item available** | 60-day returns

Shipping: **FREE** Standard SpeedPAK from Greater China |
See details
Located in: Shenzhen, China

Delivery: 📦 Estimated between **Tue. Dec. 28 and Tue. Jan. 4**
ⓘ This item has an extended handling time and a delivery
estimate **greater than 15 business days.**

Returns: 60 day returns. Buyer pays for return shipping |
See details

Payments: PayPal GPay VISA 💳 AMEX DISCOVER

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay
Mastercard®. Learn more

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get
your money back.
Learn more

### Seller information
discover-life (13631 ⭐)
98.1% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

$ Have one to sell? **Sell now**

---

### Similar sponsored items

Feedback on our suggestions

    

10-Digit LCD Engineering
Scientific Calculator+Writing...
New - Does Not Apply
**$14.98**
~~$21.40~~ 30% off
Free shipping
⭐ Top Rated Plus

Mini Hand-Held Multifunction
Digital Scientific Calculator For...
New - Unbranded
**$17.17**
~~$18.07~~ 5% off
Free shipping
Seller 100% positive

Texas Instruments TI-83 Plus
Graphing Calculator
New - Texas Instruments
**$31.00**
0 bids
+ $6.15 shipping

Multifunction Scientific Standard
Calculator ICD Display 10 Digit...
New - Does Not Apply
**$14.98**
~~$20.90~~ 29% off
Free shipping
⭐ Top Rated Plus

Multi-function Portable 2 Line LCD
Display Scientific Calculator for...
New - Unbranded
**$14.50**
~~$15.59~~ 7% off
Free shipping

---

### Sponsored items from this seller

Feedback on our suggestions

Portable 10 Digits Calculator
Ultra Thin Solar Power For Hom...
New
**$17.58**
~~$18.51~~ 5% off
Free shipping

Calculator Storage Bag For
Stationery Case Needle Kit Store
New
**$18.49**
Free shipping

Handheld Bidet Sprayer Private
Parts Anal Cleaner Cleaning For...
New
**$15.46**
Free shipping

New Handheld Metal Detector
Portable Security Detector Finde...
New
**$23.27**
~~$24.49~~ 5% off
Free shipping

10 Digits Calculator Ultra Thin Solar
Power Calculator LCD...
New
**$17.70**
~~$18.63~~ 5% off
Free shipping

Description | **Shipping and payments**

Report item

Seller assumes all responsibility for this listing.

## Shipping and handling

**Item location:** Shenzhen, China

Shipping to: Worldwide

Excludes: Alaska/Hawaii, APO/FPO, US Protectorates, Argentina, Bolivia, Brazil, Chile, Colombia, Ecuador, French Guiana, Peru, Uruguay, Venezuela, Algeria, Angola, Botswana, Cameroon, Egypt, Ghana, Kenya, Malawi, Mauritius, Mayotte, Morocco, Mozambique, Namibia, Nigeria, Reunion, Rwanda, Senegal, Seychelles, Tanzania, Tunisia, Uganda, Zambia, Zimbabwe, Armenia, Azerbaijan Republic, China, Georgia, India, Kazakhstan, Maldives, Pakistan, Sri Lanka, Albania, Andorra, Bosnia and Herzegovina, Gibraltar, Guernsey, Iceland, Jersey, Macedonia, Montenegro, Serbia, Bahrain, Jordan, Kuwait, Lebanon, Oman, Qatar, Turkey, Brunei Darussalam, Cambodia, Hong Kong, Indonesia, Taiwan, Barbados, Belize, British Virgin Islands, Costa Rica, Dominican Republic, El Salvador, Guadeloupe, Guatemala, Honduras, Jamaica, Martinique, Nicaragua, Panama, Puerto Rico, Saint Lucia, Saint Vincent and the Grenadines, Trinidad and Tobago, Virgin Islands (U.S.), Greenland, Saint Pierre and Miquelon, Cook Islands, Fiji, French Polynesia, Guam, New Caledonia, Palau, Papua New Guinea, Vanuatu, PO Box

Change country: [ United States ]     ZIP Code: [ 60440 ]     Get Rates

| Shipping and handling | Each additional item | To | Service | Delivery* |
|---|---|---|---|---|
| **Free shipping** | Free | United States | Standard SpeedPAK from Greater China | Estimated between Tue. Dec. 28 and Tue. Jan. 4 |
| US $129.99 | Free | United States | Expedited Shipping | Estimated between Tue. Dec. 21 and Fri. Dec. 24 |

*  Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|
| Will ship within 10 business days of receiving cleared payment. The seller has specified an extended handling time for this item. |

| Taxes |
|---|
| Taxes may be applicable at checkout. Learn more |

## Return policy

| After receiving the item, contact seller within | Refund will be given as | Returns shipping |
|---|---|---|
| 60 days | Money Back | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

## Payment details

Payment methods





### Special financing available

**Select PayPal Credit at checkout to have the option to pay over time.**

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

## Sponsored items based on your recent views



NEW Casio Scientific Calculator FX-82ES Plus Brand New
New
**$23.98**
+ $4.99 shipping
Seller 99.7% positive



Portable Multi-function Scientific Calculator 2 Line LCD Display for...
New
**$13.90**
$14.95 7% off
Free shipping



Water Slide Pools Inflatable Sprinkler Children Toy Summer...
New
**$45.99**
Free shipping
Seller 100% positive



2 Type Lawn Water Slide Outdoor Water Slide Summer Toy Splash...
New - 8-11 Years
**$17.81**
Free shipping
**55 sold**



Inflatable Pool Water Slide Waterslide Outdoor Lawn For Kid...
New - 3-4 Years
**$17.81**
Free shipping

BA...
Su...
**$2...**
Fre...

## Related sponsored items



Hi ▮▮▮▮▮ ▾    Daily Deals   Brand Outlet   Help & Contact       Sell   Watchlist ▾   My eBay ▾   🔔   🛒

**eBay**   Shop by category ▾   🔍 Search for anything    All Categories ▾   **Search**   Advanced

Home › Community › Feedback forum › Feedback profile

## Feedback profile

**ebay** MONEY BACK GUARANTEE

**DISCOVER LIFE**

discover-life (13631 ★) 📧 ⓘ

**Positive Feedback (last 12 months): 98.1%** ⓘ

Member since: May-08-18 in China

**Top-rated seller:** One of eBay's most reputable sellers.

Consistently delivers outstanding customer service.

Learn more

### Member Quick Links

Contact member

View items for sale

View seller's Store

### Feedback ratings ⓘ

| | | 1 month | 6 months | 12 months |
|---|---|---|---|---|
| ➕ | Positive | 149 | 1385 | 2564 |
| ◐ | Neutral | 7 | 22 | 43 |
| ➖ | Negative | 1 | 20 | 48 |

### Detailed seller ratings ⓘ

Average for the last 12 months

| | |
|---|---|
| Accurate description ★★★★★ (1801) | Reasonable shipping cost ★★★★★ (1930) |
| Shipping speed ★★★★★ (1869) | Communication ★★★★★ (1880) |

**All received Feedback**   Received as buyer   Received as seller   Left for others

48 Feedback received (viewing 1-25)      Revised Feedback: 63 ⓘ

Search Feedback received as seller with an item title or ID: ⓘ

e.g. Vintage 1970's Gibson Guitars 🔍

Rating type: Negative (48) ▾    Period: 12 Months ▾

| FEEDBACK | FROM | WHEN |
|---|---|---|
| ➖ **I want to get refunded for this item**<br>BT Tablet Keyboard PU Leather Case W/Touchpad For Samsung Tab S7 T870 T875 11in<br>(#234003211804) | Buyer: y \*\*\* h  ( 5 )<br>US $45.36 | Past month |
| Reply by discover-life. Left within past month.<br>so sad, it is in the normal transit, please contact us back firstly for any issues. | | |
| ➖ **item is for a left hand drive vehicle, my car is right hand drive** ☺<br>Carbon Fiber Car Water Cup Holder Copilot Sticker Trim For E90 E92 Auto<br>(#234169102388) | Buyer: t\*\*\*e (15★)<br>US $14.32 | Past 6 months |
| Reply by discover-life. Left within past 6 months.<br>Sorry, we'd like to try our best to service you but could you please communicate with us first. | | |
| ➖ **Company refuses to work with me on defective equipment.**<br>10L Wood Oak Timber Wine Barrel For Beer Whiskey Rum Port Wooden Keg with Stand<br>(#233682692910) | Buyer: k\*\*\*s (149★)<br>US $75.58 | Past 6 months |
| Reply by discover-life. Left within past 6 months.<br>Sorry, we'll perfect our products and improve our service constantly. | | |
| ➖ **Bought 2 of these items and only received one. Paid for 2. Sent message and have got no answer or second item.**<br>3D Ghillie Suit Set Sniper Training Leaf Jungle Forest Wood Hunting Camouflage<br>(#233927710351) | Buyer: b\*\*\*e (119★)<br>US $73.70 | Past 6 months |
| Reply by discover-life. Left within past 6 months.<br>Sorry, we'd like to try our best to service you but could you please communicate with us first. | | |
| ➖ **The article does not work. What I can do?**<br>Electric Juicer Citrus Orange Lemon Squeezer Extractor Fruit Machine EU<br>(#233678989898) | Buyer: g\*\*\*d (81★)<br>US $34.87 | Past 6 months |
| Reply by discover-life. Left within past 6 months.<br>Sorry, we'd like to try our best to service you but could you please communicate with us first. | | |
| ➖ **good product but wen i received my packages box was broken**<br>464pcs Threaded Nut Rivet M3-M8 Insert Riveter Rivnut Nutsert Riveting Tools Kit<br>(#233515338687) | Buyer: e\*\*\*1 (128★)<br>US $21.24 | Past 6 months |
| Reply by discover-life. Left within past 6 months.<br>Sorry, we'll perfect our products and improve our service constantly. | | |
| ➖ **Do-Not Use This Seller.......Buy At Your Own Risk!**<br>(Private listing) | Buyer: 5\*\*\*i (819★) | Past 6 months |

Comment?

12/6/21, 7:19 PM



Hi ▮ | Daily Deals | Brand Outlet | Help & Contact

Sell | Watchlist ⌄ | My eBay ⌄

ebay | Shop by category ⌄ | Search for anything | All Categories ⌄ | **Search** | Advanced

DISCOVER LIFE

**discover-life** (13631 ⭐)
98.1% positive feedback

Items for sale | Visit store | Contact

♡ Save

We sell all kinds of goods, including household goods, home decoration, Kitchenware,Bathroom supplies, gardening products, health and beauty products, outdoor sports products, , industrial Supplies, etc.,Maybe there is one you want to buy. Welcome!

**Feedback ratings** ⓘ

⭐⭐⭐⭐⭐ 1,801 — Item as described
⭐⭐⭐⭐⭐ 1,880 — Communication
⭐⭐⭐⭐⭐ 1,869 — Shipping time
⭐⭐⭐⭐⭐ 1,930 — Shipping charges

See all feedback

➕ 2,564 Positive | 43 Neutral | ➖ 48 Negative

➕ Very pleased with purchase. A plus seller.
Nov 28, 2021

Feedback from the last 12 months

● ○ ○ ○ ○

377 Followers | 0 Reviews | Member since: **May 08, 2018** | 📍 China

## Items for sale(32482)

See all items



Portable Video ...
US $8.80          6m left



Turbocharger In...
US $11.83         13m left



Ignition Coil 2...
US $60.15         14m left



Wooden Music Bo...
US $37.48         16m left



LED Headlight O...
US $19.16         16m left

About eBay | Announcements | Community | Security Center | Seller Center | Policies | Affiliates | Help & Contact | Site Map

Copyright © 1995-2021 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton powered by digicert







Hi [redacted] Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search | Advanced

## discover-life

377 Followers
98.1% Positive feedback

**Category**

**All**

- Business & Industrial
- Instrument & Tester Meter
- Musical Instruments & Gear
- US-Home&Garden
- Home&Garden
- Sport
- Health & Beauty
- Toys & Hobbies
- Camera & Photos
- Jewelry & Watches
- Pet Supplies
- baby Supplies
- US Warehouse--Business & Sport
- Car Motorcycle Vehicle Electr
- Cell Phones & Accessories
- US Warehouse-eBayMotors
- US Warehouse-Healthy&Beauty
- Intelligent Security
- Consumer Electronics
- Car Motor & Accessories
- Computer/Tablets & Networking
- Craft
- Sporting Goods
- Other

Feedback

**Condition**

- New (32,398)
- Used (1)
- Not Specified (90)

See all

**Price**

- Under $15.00
- $15.00 to $35.00
- Over $35.00

$ to $

See all

**Buying Format**

- All Listings (32,489)
- Accepts Offers (19,326)
- Auction
- Buy It Now (32,489)

See all

**Item Location**

- Default
- Within

25 mi of

60440

- US Only
- North America
- Worldwide

See all

**Shipping Options**

- Free Shipping

See all

**Local Pickup**

- [ ] Free In-store Pickup
- [ ] Free Local Pickup

Within

25 mi of

60440

See all

**Show only**

- [ ] Free Returns
- [ ] Returns Accepted
- [ ] Authorized Seller
- [ ] Completed Items
- [ ] Sold Items
- [ ] Deals & Savings
- [ ] Authenticity Guarantee

See all

More filters...

All Listings | Accepts Offers | Auction | Buy It Now | Condition | Shipping | Local | Best Match

32,002 results

Shipping to: 60440

Feedback

Mini Hand-Held Multifunction Digital Scientific Calculator For Middle School New

Brand New

$17.19

Was: ~~$18.09~~ 5% off

or Best Offer

Free shipping

from China

Last one

For Holley 4150 4160 Aluminum Throttle Cable Carb Bracket Carburetor 350 USA

Brand New

$26.98

or Best Offer

Free shipping

Save up to 6% when you buy more

Glass Breaker Aluminum Alloy Breaking Blasting Pen Hand Tool for Repairing

Brand New

$13.71

or Best Offer

Free shipping

from China

GREAT PRICE

1600X 8 LED Digital Microscope Camera Handheld USB Magnification Endoscope

Brand New

3 product ratings

$15.34

or Best Offer

Free shipping

Save up to 8% when you buy more

Mini Digital Laser Distance Meter Tape Measure Finder Lazer Range 18M Tool

Brand New

$24.24

or Best Offer

Free shipping

from China

Mirror Camera Mini HD Portable Motion Detection Video Black

Brand New

$25.54

or Best Offer

Free shipping

Save up to 8% when you buy more

**Left Drivers Side Cup Holder Retractable Black (51459173463) for E90/E91/E92/E93**
Brand New

**$24.52**
or Best Offer
Free shipping

*Save up to 6% when you buy more*

**5Pcs Blank Tattoo Skin Beginners Makeup Tattoo Fake False Practice Skin 8"x6"**
Brand New

**$9.14**
or Best Offer
Free shipping

*Save up to 6% when you buy more*

**Mini Accordion for Children Toddlers Early Childhood Development Educational Toy**
Brand New

**$26.95**
or Best Offer
Free shipping
from China

**Toilet Handheld Bidet Shower Spray Water Cleaner Sprayer Diverter Mount Hose Kit**
Brand New

**$25.30**
or Best Offer
Free shipping
**Last one**
**1 watchers**



**Fits Chevrolet Aveo Pontiac Left Hand Driver Side Power Window Switch 202005158**
Brand New

**$21.30**
or Best Offer
Free shipping

*Save up to 8% when you buy more*

**3pc Gold Solder Wire Soldering Jewelry Making Repair Solder Wire Accessory Tool**
Brand New

**$10.99**
or Best Offer
Free shipping
from China

**Saving Bank Large Capacity Unique Shape Home Furnishing Bank For Decora HG**
Brand New

**$15.08**
Was: $16.39  8% off
or Best Offer
Free shipping
from China

**Waterless No-Flush Urinal 2104 Waterless Urinal, Wall Mount Ceramic Urinals NEW**
Brand New

**$128.03**
or Best Offer
Free shipping

*Save up to 8% when you buy more*

**Martial Arts Taekwondo Shoes Gym Lightweight Sneakers Kung Fu Shoes 33**
Brand New

**$28.33**
or Best Offer
Free shipping

*Save up to 5% when you buy more*

**Type-C/Mini USB/Micro-USB USB Cable Cord Triad Tester Board New for iOS Android**
Brand New

**$15.08**
Was: $16.57  9% off
or Best Offer
Free shipping
from China



Hi [redacted] Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | digital scientific calculator | All Categories | Search | Advanced

## discover-life

377 Followers

98.1% Positive feedback

**Category**

**All**

Home&Garden

Daily Necessities

**Brand**

**Type**

**Size**

**Condition**

- New (1)

See all

**Price**

$ to $

See all

**Buying Format**

- All Listings (1)
- Accepts Offers (1)
- Auction
- Buy It Now (1)

See all

**Item Location**

- Default
- Within

25 mi of

60440

- US Only
- North America
- Worldwide

See all

**Shipping Options**

- Free Shipping

See all

**Local Pickup**

- Free In-store Pickup
- Free Local Pickup

Within

25 mi of

60440

See all

**Show only**

- Free Returns
- Returns Accepted
- Authorized Seller
- Completed Items
- Sold Items
- Deals & Savings
- Authenticity Guarantee

See all

Feedback

More filters...

☰ | All Listings | Accepts Offers | Auction | Buy It Now | Condition ⌄ | Shipping ⌄ | Local ⌄    Best Match ⌄ | ☰ ⌄

**1 result for digital scientific c...**    ♡ Save this search    Shipping to: 60440 ⌄



Mini Hand-Held Multifunction Digital Scientific Calculator For Middle School New
Brand New

**$17.19**
Was: $18.09   5% off
or Best Offer
Free shipping
from China
**Last one**

♡

Tell us what you think

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2021 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ





 **Checkout**

How do you like our checkout? Give us feedback

Pay with a credit or debit card. It's simple and secure, and you can save it for a faster checkout next time.

## Pay with

- ○ Add new card
  VISA ● ● ● DISCOVER

- ○ **PayPal**

- ○ **PayPal CREDIT**
  Special financing available.
  Apply now. See terms

- ○ G Pay Google Pay



### Ship to

375 W Briarcliff Rd
Bolingbrook, IL 60440-3825
United States

Change

### Review item and shipping

Seller: discover-life | Message to seller

Mini Hand-Held Multifunction Digital Scientific
Calculator For Middle School New
**$17.19**
$18.09
Quantity 1

**Delivery**

- ● Est. delivery: Dec 28 – Jan 4
  Standard SpeedPAK from Greater China
  **Free**

- ○ Est. delivery: Dec 21 – Dec 24
  Expedited Shipping
  $129.99

Save up to 5%

### Gift cards, coupons, eBay Bucks

Enter code: [            ]  Apply

### Donate to charity (optional) ⓘ
**North Shore Animal League America**
Join our no-kill mission and save homeless animals--donate $1 to NSALA. PayPal
Giving Fund receives your (typically tax deductible) donation and grants 100% to
charity within 45 days. If it can't fund your chosen charity, it will consult you before
reassigning the funds. Your details won't be shared with the benefiting charity.
Donations are non-refundable.

Select amount    [ None ▾ ]

| | |
|---|---|
| Subtotal (1 item) | $17.19 |
| Shipping | Free |
| Tax* | $1.46 |
| **Order total** | **$18.65** |

*We're required by law to collect sales tax and
applicable fees for certain tax authorities. Learn more

🔒 **Confirm and pay**

**Select a payment option**

 MONEY BACK GUARANTEE
See details

Copyright © 1995-2021 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

✓ Norton
powered by digicert

## Order information

| | |
|---|---|
| Buyer | ▮▮▮ |
| Seller | discover-life |
| Placed on | Dec 9, 2021 |
| Payment method | PayPal |
| Paid on | Dec 9, 2021 |

## Shipping address

▮▮▮
375 W Briarcliff Rd
Bolingbrook, Illinois 60440
United States

## Order total

| | |
|---|---|
| 1 item | $17.19 |
| Shipping | Free |
| Tax | $1.46 |
| Order total | $18.65 |

## Items bought from discover-life

Order number: 14-07982-97103

| Qty | Item name | Shipping service | Item price |
|---|---|---|---|
| 1 | Mini Hand-Held Multifunction Digital Scientific Calculator For Middle School New (233949974215) | Standard SpeedPAK from Greater China | $17.19 |

1/1



Dashboard   Pay & Get Paid   Wallet   Activity   Help                    LOG OUT

**eBay**
9 December 2021                                                    **- $18.65 USD**
Payment

**Paid with**                                    **Seller info**
PayPal balance                    $18.65 USD     **eBay**
on 9 December 2021                               866-540-3229
                                                 http://eBay.com/help
**Ship to**                                      https://eBay.com/help
███████
375 W Briarcliff Rd                              **Invoice ID**
Bolingbrook, IL 60440                            v2_96abff43-1e13-428d-b090-f919e60426c2_2_1
United States
                                                 **Note**
**Transaction ID**                               Order Number: 14-07982-97103
9XN39723G3526390G
                                                 **Purchase details**
                                                 Purchase amount              $18.65 USD

                                                 Total                        $18.65 USD

**Need help?**
If there's a problem, make sure to contact the
seller through PayPal by **7 June 2022**.



12/6/21, 6:51 PM

Hi ▮▮▮   Daily Deals   Brand Outlet   Help & Contact                     Sell   Watchlist ⌄   My eBay ⌄

**ebay**   Shop by category ⌄   🔍 Search for anything   | All Categories ⌄ |   **Search**   Advanced

← Back to search results | Listed in category:   Business & Industrial  >  Office  >  Office Equipment  >  Calculators        ✉ f ☁ 🐦 📌  | Add to Watchlist

⚡ **SAVE UP TO 8%**  See all eligible items and terms ▶



### Mini Hand-Held Multifunction Digital Scientific Calculator For Middle School RE

Condition: **New**

Sale ends in: 02d 14h 49m

Quantity: | 2 |   2 available

Price: **US $16.63**
US $18.08 ⓘ Save 8%

**Buy It Now**

**Add to cart**

Best Offer:  **Make Offer**

♡ Add to Watchlist

**60-day returns**

Shipping: **FREE** Standard SpeedPAK from Greater China |
See details
Located in: Shenzhen, China

Delivery: ⚡ Estimated between **Tue. Dec. 28 and Tue. Jan. 4**
This item has an extended handling time and a delivery estimate greater than 15 business days.

Returns: 60 day returns. Buyer pays for return shipping |
See details

Payments: PayPal  G Pay  VISA  🟠 mastercard  AMERICAN EXPRESS  DISCOVER

**PayPal CREDIT**
Special financing available | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more



**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
releularbath (2054 ⭐)
97.1% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

$ Have one to sell?  | Sell now |

---

### Similar sponsored items

Feedback on our suggestions


10-Digit LCD Engineering Scientific Calculator+Writing...
New - Does Not Apply
**$14.98**
$21.48 30% off
Free shipping
⭐ Top Rated Plus


Multifunction Scientific Standard Calculator ICD Display 10 Digit...
New - Does Not Apply
**$14.98**
$20.98 29% off
Free shipping
⭐ Top Rated Plus


Texas Instruments TI-84 Silver Edition Graphing Calculator Blac...
Pre-owned · TI84PLSECDRKBLU
**$0.99**
1 bid
+ $9.99 shipping
Seller 99.5% positive


Mini Hand-Held Multifunction Digital Scientific Calculator For...
New - Does Not Apply
**$17.17**
$18.07 5% off
Free shipping
Seller 100% positive


Multi-function Portable 2 Line LCD Display Scientific Calculator for...
New - Does Not Apply
**$14.50**
$15.59 7% off
Free shipping

Mu...
Dis...
Ne...
**$1...**
$14...
Free...

---

### Sponsored items from this seller

Feedback on our suggestions


50kg/10g Portable Digital Precise Mini Fish Hook Scale...
New
**$16.81**
$17.70 5% off


Portable Hand-Held Folding Metal Detector High Sensitivity...
New
**$24.12**
Free shipping


Portable Hand-Held Folding Metal Detector High Sensitivity...
New
**$22.41**
$24.10 7% off



PVC Roll Tape Branch Bind Belt For Garden Parafilm Graft Plant Fruit...
New
**$16.28**
Free shipping


Double Ball Blower Cooling Fan For Picnic Camping Heating Equipm...
New
**$17.98**
Free shipping

Vac...
Ele...
Ne...
**$4...**
$45...
Free...

https://www.ebay.com/itm/133751080962

Free shipping                                    Free shipping                                    Free

| Description | Shipping and payments |                                                    Report item |

Seller assumes all responsibility for this listing.

Last updated on  Dec 03, 2021 06:24:16 PST  View all revisions

eBay item number:  133751080962

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Brand: | Unbranded |
| EAN: | Does not apply | MPN: | Does not apply |
| UPC: | Does not apply | ISBN: | Does Not Apply |

**releularbath**

releularbath (2054 ⭐)  97⅓%



Hi ▮▮▮▮▮. If you like what you see, browse my Store to find more items you may love.

Items On Sale  |  US Warehouse-Business & Sports  |  US Warehouse-Home & Garden

Search within store

[                                    ] 🔍

Visit Store:  releularbath

### Categories

Business & Industry  ›

Home & Garden  ›

US Warehouse-Business & Sports

US Warehouse-Home & Garden

Other  ›



**Mini Hand-Held Multifunction Digital Scientific Calculator For Middle School New**

**Feature:**

1. Portable calculator, supports 252 functions and can be used to calculate advanced functions.
2. With LCD display, support 10 + 2 digits, and read the results clearly in a two-line display mode.
3. Configuration upgrade motherboard, stable performance, accurate calculation results.
4. Support multiple playback functions, easy to use, small and portable, suitable for middle school students.
5. Multifunctional math calculator, which can help calculate difficult math functions, strong practicability.

**Specification:**

Condition: 100% Brand New
Item Type: Calculator
Material: Plastic
Weight: Approx. 150g / 5.3oz
Battery: 1 x Built-In Button Battery (Included)
Capacity: 80MAH 1x AG10 Battery
Product Size: Approx. 160x80x20mm / 6.3x3.1x0.8in

**Package List:**

1 x Calculator

1 x Cover

**Note:**

1.Please allow 0-1 inch error due to manual measurement. Thanks for your understanding.
2.Monitors are not calibrated same, item color displayed in photos may be showing slightly different from the real object. Please take the real one as standard.

**Contact us**

- We accept PayPal .
- We ship item to your PayPal verified address.
- Payment must be received within 3 days from the date of purchase.



**Delivery details**

- All the items will be dispatched within one business day by Airmail after the payment is clear.
- Most times you will receive your order within 10-30 business days after we transfer your package to the delivery company. We cannot guarantee the delivery timeframe if the post office has any unexpe

12/6/21, 6:51 PM

the delivery company. We cannot guarantee the delivery timeframe if the post office has any unexpe cted delays due to holiday, weather, customs, or other conditions. Some countries like Russia, Brazi l, or some European countries may take up to 50 days or longer for delivery.

- We appreciate your patience if you haven't received items in 30 days(Russian customers may need more patience by reason of the local delivery system and/or customs). If you are concerned in any w ay, please feel free to contact us via ebay message **instead of leaving negative/neutral feedback or opening a dispute**. We will make every effort to fix any problem(resend or refund any missing ite m).

- Customs duty is obligation and liability of citizens in your country, so buyer should be responsible for any tax and custom duty incurred. Generally, the delay or failure delivery is sometimes caused by th e policy of different customs.



## Terms of sales

1. Our listing price includes the value of goods,packaging cost,and export taxes,not including international duties.
2. duties,taxes,and charges are not included in the item price or shipping fee.
3. The duties are buyers' responsibility.Please check with your country's customs office determine what th ese additional costs will be prior to your purchase.
4. All disputes arising from the duties will be submitted to ebay for solution.

## Feedback

1. Any questions, pls. contact us via ebay message or email us.We will reply your message within 48 hour s. If you do not receive our reply within 48 hours, pls. post a message again because sometimes our mes sage system may block some emails.

2. If you are satisfied with our service, pls. kindly leave us a positive feedback and give us the Detailed Se ller Rating with all "5 " in very area
3. Our aim is to provide Level Customer Service, your recognition will encourage us greatly and serve you better. **We strive to keep all our customers satisfy.**



## Contact us

We will do our up most to exceed your expectations in customer service, communication and dispatching of your orders.



## Business seller information

Value Added Tax Number: ███████

## Return policy

| After receiving the item, contact seller within | Refund will be given as | Returns shipping |
| --- | --- | --- |
| 60 days | Money Back | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

---

## Sponsored items based on your recent views


NEW Casio Scientific Calculator FX-82ES Plus Brand New
New
**$23.98**
+ $4.99 shipping
Seller 99.7% positive


Portable Multi-function Scientific Calculator 2 Line LCD Display for...
New
~~$14.95~~ 7% off
**$13.90**
Free shipping


Water Slide Pools Inflatable Sprinkler Children Toy Summer...
New
**$45.99**
Free shipping
Seller 100% positive


Casio Authentic FX-991Es PLUS Scientific Calculator 417 function...
New · Casio
**$25.50**
Free shipping
**199 sold**


Casio FX-991ES Plus Scientific Calculator Fx 991 Es + FX991ES...
New · Casio
**$27.44**
Free shipping
**201 sold**

2 To
Wa
New
$1
Free
55 s

---

## Related sponsored items


Vintage JC Penney Scientific Calculator Japan Made...
Parts only
**$29.99**
+ $5.99 shipping
Seller 99.3% positive


Panasonic Hand Held Scientific Printing Calculator JE-612P Free...
Pre-owned
**$19.99**
Free shipping
Seller 99.2% positive


SHARP EL-506P HANDHELD LCD SCIENTIFIC CALCULATOR – (1984...
Pre-owned
**$7.99**
+ $2.99 shipping
Seller 100% positive


Vintage Casio Scientific Calculator College FX-100 Hand Held Pocket
Pre-owned
**$29.95**
Free shipping
Seller 100% positive


Scientific Investigations: A Middle School Teacher Resource Book,...
Pre-owned
**$14.74**
Free shipping
**20% off 8+**

Vin
Reg
Pre-
$1
+ $4

---

## People who viewed this item also viewed


Foldable Soft Silicone Handheld Scientific Solar Calculator For...
New - Unbranded
~~$5.76~~ 5% off
**$5.47**
+ $3.35 shipping
Seller 99% positive


Mini Hand-Held Multifunction Digital Scientific Calculator For...
New - Unbranded
~~$18.09~~ 5% off
**$17.19**
Free shipping
**Last one**


Portable Scientific Calculator Multifunction For School Office...
New - Does Not Apply
**$9.23**
Free shipping
Seller 100% positive


10 Digits Handheld Office School College Multifunction Scientific...
New - Unbranded
**$5.95**
Free shipping


Multi-function Portable 2 Line LCD Display Scientific Calculator for...
New - Unbranded
**$14.85**
Free shipping

Mu
Dis
New
$1
~~$14
Free

---



Hi **▮▮▮▮**   Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ⌄   My eBay ⌄

ebay

Shop by category ⌄

Search for anything

All Categories ⌄   Search   Advanced

‹ Back to search results | Listed in category: Business & Industrial › Office › Office Equipment › Calculators

✉ 📘 🐦 🔴 | Add to Watchlist

🔰 SAVE UP TO 8%   See all eligible items and terms ►



## Mini Hand-Held Multifunction Digital Scientific Calculator For Middle School RE

Condition:   New

Sale ends in:   02d 14h 36m

Quantity:   2   2 available

Price:   US $16.63
US $18.08 ⓘ Save 8%

Best Offer:

60-day returns

Shipping:   FREE Standard SpeedPAK from Greater China |
See details
Located in: Shenzhen, China

Delivery:   📦 Estimated between **Tue. Dec. 28 and Tue. Jan. 4**
This item has an extended handling time and a delivery
estimate **greater than 15 business days.**

Returns:   60 day returns. Buyer pays for return shipping |
See details

Payments:   PayPal  GPay  VISA  🟠🟠  AMEX  DISCOVER

PayPal CREDIT
Special financing available | See terms and apply now

Earn up to 5x points when you use your eBay
Mastercard®. Learn more

**Buy It Now**

**Add to cart**

**Make Offer**

♡ Add to Watchlist

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get
your money back.
Learn more

### Seller information
releularbath (2054 ⭐)
97.1% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

$ Have one to sell?   Sell now

---

## Similar sponsored items

Feedback on our suggestions



10-Digit LCD Engineering
Scientific Calculator+Writing...
New - Does Not Apply
**$14.98**
$21.48 30% off
Free shipping
⭐ Top Rated Plus



Multifunction Scientific Standard
Calculator ICD Display 10 Digit...
New - Does Not Apply
**$14.98**
$20.99 29% off
Free shipping
⭐ Top Rated Plus



Texas Instruments TI-84 Plus
Graphing Calculator W/ Cover-...
Pre-owned · 84PLSEC/TBL/1L1
**$20.50**
11 bids
Free shipping
Seller 100% positive



Mini Hand-Held Multifunction
Digital Scientific Calculator For...
New - Does Not Apply
**$17.17**
$18.07 5% off
Free shipping
Seller 100% positive

Multi-function Portable 2 Line LCD
Display Scientific Calculator for...
New - Does Not Apply
**$14.50**
$15.59 7% off
Free shipping

Mu
Dis
Nev
**$1**
$14
Free

---

## Sponsored items from this seller

Feedback on our suggestions

50kg/10g Portable Digital
Precise Mini Fish Hook Scale...
New
**$16.81**
$17.70 5% off
Free shipping

Portable Hand-Held Folding Metal
Detector High Sensitivity...
New
**$24.12**
Free shipping

Portable Hand-Held Folding Metal
Detector High Sensitivity...
New
**$22.41**
$24.10 7% off
Free shipping

PVC Roll Tape Branch Bind Belt For
Garden Parafilm Graft Plant Fruit...
New
**$16.28**
Free shipping

Double Ball Blower Cooling Fan For
Picnic Camping Heating Equipm...
New
**$17.98**
Free shipping

Vac
Ele
New
**$4**
$4
Free

Free shipping      Free shipping      Free

| Description | **Shipping and payments** | | **Report item** |
| --- | --- | --- | --- |

Seller assumes all responsibility for this listing.

## Shipping and handling

**Item location:** Shenzhen, China

**Shipping to:** Worldwide

Excludes: Alaska/Hawaii, APO/FPO, US Protectorates, Brunei Darussalam, Cambodia, Hong Kong, Indonesia, Taiwan, Bahrain, Jordan, Kuwait, Lebanon, Oman, Qatar, Turkey, Greenland, Saint Pierre and Miquelon, Armenia, Azerbaijan Republic, China, Georgia, India, Kazakhstan, Maldives, Pakistan, Sri Lanka, Cook Islands, Fiji, French Polynesia, Guam, New Caledonia, Palau, Papua New Guinea, Vanuatu, Argentina, Bolivia, Brazil, Chile, Colombia, Ecuador, French Guiana, Peru, Uruguay, Venezuela, Barbados, Belize, British Virgin Islands, Costa Rica, Dominican Republic, El Salvador, Guadeloupe, Guatemala, Honduras, Jamaica, Martinique, Nicaragua, Panama, Puerto Rico, Saint Lucia, Saint Vincent and the Grenadines, Trinidad and Tobago, Virgin Islands (U.S.), Algeria, Angola, Botswana, Cameroon, Egypt, Ghana, Kenya, Malawi, Mauritius, Mayotte, Morocco, Mozambique, Namibia, Nigeria, Reunion, Rwanda, Senegal, Seychelles, Tanzania, Tunisia, Uganda, Zambia, Zimbabwe, Albania, Andorra, Bosnia and Herzegovina, Gibraltar, Guernsey, Iceland, Jersey, Macedonia, Montenegro, Serbia, PO Box

Quantity: `2`  Change country: `United States`  ZIP Code: `60440`  **Get Rates**

| Shipping and handling | Each additional item | To | Service | Delivery* |
| --- | --- | --- | --- | --- |
| **Free shipping** | Free | United States | Standard SpeedPAK from Greater China | Estimated between **Tue. Dec. 28 and Tue. Jan. 4** |
| US $259.88 for quantity 2 | US $129.89 | United States | Expedited Shipping | Estimated between **Tue. Dec. 21 and Fri. Dec. 24** |

\* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

### Handling time

Will ship within 10 business days of receiving cleared payment. The seller has specified an extended handling time for this item.

### Taxes

Taxes may be applicable at checkout. Learn more

## Payment details

### Payment methods

PayPal · G Pay · VISA · Mastercard · American Express · DISCOVER



**PayPal CREDIT**

### Special financing available

**Select PayPal Credit at checkout to have the option to pay over time.**

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

## Sponsored items based on your recent views







| NEW Casio Scientific Calculator FX-82ES Plus Brand New | Portable Multi-function Scientific Calculator 2 Line LCD Display for... | Water Slide Pools Inflatable Sprinkler Children Toy Summer... | 2 Type Lawn Water Slide Outdoor Water Slide Summer Toy Splash... | Inflatable Pool Water Slide Waterslide Outdoor Lawn For Kid... | BAl Sur |
| --- | --- | --- | --- | --- | --- |
| New | New | New | New - 8-11 Years | New - 3-4 Years | Nev |
| **$23.98** | **$13.90** | **$45.99** | **$17.81** | **$17.81** | **$2** |
| + $4.99 shipping | $14.95 7% off | Free shipping | Free shipping | Free shipping | Fre |
| Seller 99.7% positive | Free shipping | Seller 100% positive | 55 sold | | |

## Related sponsored items



Hi [redacted] Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Home > Community > Feedback forum > Feedback profile

## Feedback profile

ebay MONEY BACK GUARANTEE

releularbath (2054 ★)

**Positive Feedback (last 12 months): 97.1%**

Member since: Apr-05-20 in China

**Top-rated seller:** One of eBay's most reputable sellers.
Consistently delivers outstanding customer service.
Learn more

**Member Quick Links**

Contact member
View items for sale
View seller's Store

### Feedback ratings

| | 1 month | 6 months | 12 months |
|---|---|---|---|
| Positive | 35 | 212 | 858 |
| Neutral | 0 | 1 | 11 |
| Negative | 0 | 8 | 25 |

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description ★★★★★ (789) | Reasonable shipping cost ★★★★★ (827) |
| Shipping speed ★★★★★ (822) | Communication ★★★★★ (794) |

**All received Feedback** | Received as buyer | Received as seller | Left for others

25 Feedback received (viewing 1-25) Revised Feedback: 8

Search Feedback received as seller with an item title or ID: e.g. Vintage 1970's Gibson Guitars

Rating type: Negative (25) Period: 12 Months

| FEEDBACK | FROM | WHEN |
|---|---|---|
| **I have contacted the seller several times. We bought a shower caddy. There is something wrong with the caddy we can't get it put together. We want to return it. The seller only wants to give a 40% refund. I want full refund with shipping label. Seller says they make only 6% per sell.** (Private listing) | Buyer: 7***7 (20★) | Past 6 months |
| Reply by releularbath. Left within past 6 months. Sorry, we'll perfect our products and improve our service constantly. | | |
| Detailed item information is not available for the following items because the feedback is over 90 days old. | | |
| **This item is no delivered yet, where is it** (Private listing) | Buyer: 5***i (293★) | Past 6 months |
| Reply by releularbath. Left within past 6 months. Sorry, we'd like to try our best to service you but could you please communicate with us first. | | |
| **I m not happy** Sun Shade Sail Garden Patio Waterproof Canopy Awning 5 x 4.5M Rain Block Cream (#133618494276) | Buyer: f***a (29★) ~~GBP 46.51~~ | Past 6 months |
| Reply by releularbath. Left within past 6 months. Sorry,we have asked the colleague to track your parcel,we will be responsible. | | |
| **service not that good communication very slow.buyers page not updated when sent or not.** Folding Sun Lounger Chair Recliner Office Garden Bed Reclining Head Adjustable (#133555460226) | Buyer: h***s (751★) ~~GBP 54.99~~ | Past 6 months |
| Reply by releularbath. Left within past 6 months. Sorry,have you received the item?we would like to help if you come to us. | | |
| **Seller is not legit. I paid for 110lbs of weights and only received 20lbs. He then told me he'll send me the rest if I pay him more money. He also said that he would send me the rest after PayPal was involved, he sent me a tracking number for something that never shipped. Don't buy from this seller!** Weight Dumbbell Set 110 LB Adjustable Home Gym Barbell Plates Body Workout (#133681420155) | Buyer: 9***_ (62★) ~~US $57.45~~ | Past 6 months |
| Reply by releularbath. Left within past 6 months. Sorry,could you please come to us again?we would solve this problem for you. | | |

Comment?

| FEEDBACK | FROM | WHEN |
|---|---|---|
| **This seller provided poor product, promised a refund on postage and has failed to do so. Have asked 5 times and standard message sent to say "need time to refer to manager" with no action. Has been over two months this is pending. Not acceptable.** <br> 2 in 1 Plastic Narrow Trash Bin Brush Set Bathroom Waste Bucke Slim (#133676175425) | Buyer: u***2 (932★) <br> GBP 21.89 | Past 6 months |
| Reply by releularbath. Left within past 6 months. <br> Sorry,we have replied you and would like to solve it,please you come to us. | | |
| **Rather rubbish! I will never buy again from here.** <br> Large Double Computer Riser Monitor Stand TV PC DVD Twin Screen Storage Shelf (#133620614260) | Buyer: n***g (1078★) <br> GBP 31.91 | Past 6 months |
| Reply by releularbath. Left within past 6 months. <br> Sorry,could you please come to us again?we would solve it for you. | | |
| **Junk came damage and broken didn't want to give full refund only part or paid for shipping for a replacement.don't buy** <br> 3 Tiers Bamboo Flower Pot Shelf Plant Stand Folding Display Rack Garden Outdoor (#133471180386) | Buyer: g***g (298★) <br> US $41.34 | Past 6 months |
| Reply by releularbath. Left within past 6 months. <br> Sorry,we have replied you,please you check it. | | |
| **I bought a 3 tier plant stand that I was going to use as a display for items at a craft show. It showed up scratched, missing pieces, missing the hardware to even put it together and of course I msg the seller. Please do not buy from this seller if you don't want the repeated response for 3+ days of ..... let me talk to my distributor and I will get back to you, don't worry I'll take care of you. Ok #1 YOU are the seller and determine what to do right then. #2 it's been more than 1-2 days wtf** <br> 3 Tiers Bamboo Flower Pot Shelf Plant Stand Folding Display Rack Garden Outdoor (#133471180386) | Buyer: o***j (61★) <br> US $35.49 | Past year |
| Reply by releularbath. Left within past year. <br> Sorry for the delay,we just replied you,please you check,we hope it would help | | |
| **Ordered a new device and received and old used item. I had to pay to return at $8.80 (the lost rate choose) But seller only refund $4.5. A bad seller!!! Please avid if you can.** <br> (Private listing) | Buyer: g***s (3038★) | Past year |
| Reply by releularbath. Left within past year. <br> if have any problem,please tell us,we will solve it | | |
| **AVOID THIS SELLER! BUYER BEWARE!! Seller sent me the completely wrong item. I ordered a 4' X 10' Mat and they sent me a 3' x 6'. When I requested a return shipping label (which Ebay confirmed seller is responsible for) they refused to send me one. I spent $47 in return shipping and the seller promised they would refund that cost. It has been 4 weeks and I have requested my refund every day and they refuse to give me my money back!! BUYER BEWARE - DO NOT BUY FROM THIS SELLER.** <br> 4'x10'x2" Gymnastics Gym Folding Exercise Aerobics Tumbling Yoga Mat Blue-Green (#133683475594) | Buyer: e***. (9) <br> US $127.14 | Past year |
| Reply by releularbath. Left within past year. <br> if have any problem,please tell us,we will solve it | | |
| **This shelf arrived with big black marks over it front and back and very damaged with dents and holes.** <br> White Floating Wall Display Shelf with Drawer Storage Wooden Cabinet Nightstand (#133736019730) | Buyer: g***u (159★) <br> GBP 39.82 | Past year |
| Reply by releularbath. Left within past year. <br> if have any problem,please tell us,we will solve it | | |
| **Item coast me with return shipping coast 13.31 I received .58 cent refund for item doesn't fit as described.** <br> (Private listing) | Buyer: m***r (228★) | Past year |
| Reply by releularbath. Left within past year. <br> the item we have refund you,have you receive it | | |
| **Ordered a 10ft wide by 4ft long 2inch thick tumble pad, they sent a 6ft wide by 3ft long 1.5inch instead. When I contacted them to fix it I hot the run around by someone who didnt seem to speak very good English. I requested a return but they refused to pay for s&h even though they sent me the wrong item. I had to get ebay involved to get a refund. Never do business with this person.** <br> 4'x10'x2" Gymnastics Gym Folding Exercise Aerobics Tumbling Yoga Mat Blue-Green (#133683475594) | Buyer: 3***0 (143★) <br> US $63.57 | Past year |
| Reply by releularbath. Left within past year. <br> the item we full refund,and you not return it,what you want do | | |

12/6/21, 6:55 PM



Based in China, releularbath has been an eBay member since Apr 05, 2020

releularbath (2054★)
97.1% positive feedback

Items for sale | Visit store | Contact

Save

**Feedback ratings**

| | | |
|---|---|---|
| Item as described | ★★★★★ | 789 |
| Communication | ★★★★★ | 794 |
| Shipping time | ★★★★★ | 822 |
| Shipping charges | ★★★★★ | 827 |

See all feedback

858 Positive | 11 Neutral | 25 Negative

A+, Fast Shipping, Great Seller!
Nov 28, 2021

Feedback from the last 12 months

105 Followers | 0 Reviews | Member since: Apr 05, 2020 | China

## Items for sale(7688)

See all items


3 Tier Raised G...
US $86.51    2m left


3 Pcs Bathroom ...
US $13.56    1h left


Hose Quick Conn...
US $9.64    1h left


Primer Bulb Top...
US $8.24    1h left


Water Tank Cove...
US $9.06    1h left

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2021 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton
powered by digicert

12/6/21, 7:04 PM

Hi ▉ ▾    Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ▾    My eBay ▾    🔔    🛒

**ebay**    Shop by category ▾    🔍 Search for anything    | All Categories ▾ |    **Search**    Advanced



**releularbath**    ♡
105 Followers
97.1% Positive feedback

**Category**

All

Business & Industry

Home & Garden

US Warehouse-Business & Sports

US Warehouse-Home & Garden

Other

**Condition**    ⌃
☐ New (7,673)
☐ Not Specified (15)
See all

**Price**    ⌃
☐ Under $15.00
☐ $15.00 to $35.00
☐ Over $35.00

[ $ ]  to  [ $ ]  →

See all

Feedback


**Buying Format**    ⌃
◉ All Listings (7,688)
○ Accepts Offers (7,512)
○ Auction
○ Buy It Now (7,688)
See all

**Item Location**    ⌃
◉ Default
○ Within

[ 25 mi ▾ ] of

[ 60440 ] →

○ US Only
○ North America
○ Worldwide
See all

**Shipping Options**    ⌃
☐ Free Shipping
See all

**Local Pickup**    ⌃
☐ Free In-store Pickup
☐ Free Local Pickup
Within

[ 25 mi ▾ ] of

[ 60440 ] →

See all

**Show only**    ⌃
☐ Free Returns
☐ Returns Accepted
☐ Authorized Seller
☐ Completed Items
☐ Sold Items
☐ Deals & Savings
☐ Authenticity Guarantee

12/6/21, 7:04 PM

See all

More filters...



All Listings | Accepts Offers | Auction | Buy It Now | Condition ⌄ | Shipping ⌄ | Local ⌄     Best Match ⌄

7,554 results     Shipping to: 60440

**Mini Hand-Held Multifunction Digital Scientific Calculator For Middle School RE**
Brand New
**$16.63**
Was: $18.08   8% off
or Best Offer
Free shipping
from China

GREAT PRICE
**Electric Head Lice Comb Brush Pet Dog Cat Flea Filter Remover Treatment**
Brand New
★★★☆☆
8 product ratings
**$12.42**
or Best Offer
Free shipping
651 sold

**8Pcs Mini PP Plastic Scoop Ice Scraper Shovel For Food Nut Flour Dessert Home RE**
Brand New
**$13.41**
Was: $14.12   5% off
or Best Offer
Free shipping
from China

GREAT PRICE
**Campark 16MP Trail Camera Wildlife Hunting Game Scouting Cam PIR Night Vision**
Brand New
**$29.79**
Buy It Now
Free shipping
12 watchers

**Door Stopper Multifunction Anti-Collision Silicone Door Bumper Protector For RE**
Brand New
**$8.32**
or Best Offer
Free shipping
from China

**Temperature Humidity Meter Digital Thermometer Hygrometer For Indoor Home Off RE**
Brand New
**$14.71**
Was: $15.48   5% off
or Best Offer
Free shipping
from China

**Bathroom Organizer Rack 2-Tier Glass Shelf Wall Mounted Storage Corner Rack**
Brand New
**$13.11**
Buy It Now
Free shipping

**Waterproof Digital LCD Thermometer Temperature Meter With Suction Cup For Aqu RE**
Brand New
**$9.38**
Was: $9.87   5% off
or Best Offer
Free shipping
from China



**10PCS Wall Mounted Mop Brush Broom Holder Hanger Organizer Storage Kitchen Tool**
Brand New
★★★☆☆
1 product rating
**$10.58**
or Best Offer
Free shipping
83 sold



**Wireless Digital Meat Thermometer Food Thermometer With Timer For Oven BBQ Gr RE**
Brand New
**$16.00**
or Best Offer
Free shipping
from China





**5pcs New Pressure Washer Spray Nozzles Tip Set Variety Degrees For Quick Conn RE**
Brand New
**$13.54**
or Best Offer
Free shipping
from China





**Portable Hand-Held Folding Metal Detector High Sensitivity Multifunctional RE**
Brand New
**$24.12**
or Best Offer
Free shipping
from China

Feedback




**Digital Wireless Probe Food Meat Thermometer For Oven BBQ Grill Kitchen Cooki RE**
Brand New
**$24.44**
Was: $25.73   5% off
or Best Offer
Free shipping
from China





**Aluminum Alloy LED Work Lamp Flexible Gooseneck Table Lamp (Wiring 110-240V) RE**
Brand New
**$25.46**
Was: $26.80   5% off
or Best Offer
Free shipping
from China





**Portable Probe Digital Food Thermometer BBQ Temperature Meter For Home Kitche Re**
Brand New
**$13.86**
or Best Offer
Free shipping
from China





**Mini Portable Solar Powered Hat Fan Easy To Or Clip For Mountain Climbin RE**
Brand New
**$12.01**
Was: $12.64   5% off
or Best Offer
Free shipping
from China





**Sauna Room Digital Thermometer Hygrometer Humidity Temperature Meter RE**
Brand New
**$15.14**
or Best Offer
Free shipping
from China



**2-Level Children's Dollhouse Kids Pretend Play House Cottage W/ Furniture**
Brand New



Hi [redacted] Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | digital scientific calculator | All Categories | Search | Advanced

## releularbath

105 Followers

97.1% Positive feedback

**Category**

**All**

Other

**Brand**

**Type**

**Size**

**Condition**

- New (1)

See all

**Price**

$ to $

See all

**Buying Format**

- All Listings (1)
- Accepts Offers (1)
- Auction
- Buy It Now (1)

See all

**Item Location**

- Default
- Within

25 mi of

60440

- US Only
- North America
- Worldwide

See all

**Shipping Options**

- Free Shipping

See all

**Local Pickup**

- Free In-store Pickup
- Free Local Pickup

Within

25 mi of

60440

See all

**Show only**

- Free Returns
- Returns Accepted
- Authorized Seller
- Completed Items
- Sold Items
- Deals & Savings
- Authenticity Guarantee

See all

Feedback

More filters...



| ≡ | **All Listings** | Accepts Offers | Auction | Buy It Now | Condition ⌄ | Shipping ⌄ | Local ⌄ | | | Best Match ⌄ | ☰ ⌄ |

**1 result** for **digital scientific c...**          ♡ Save this search

Shipping to: 60440 ⌄

Mini Hand-Held Multifunction Digital Scientific Calculator For Middle School RE

Brand New

**$16.63**

Was: $18.08   8% off

or Best Offer

Free shipping

from China

♡

Tell us what you think

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2021 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ





Feedback

12/6/21, 7:07 PM

 **Checkout**

How do you like our checkout? Give us feedback

Pay with a credit or debit card. It's simple and secure, and you can save it for a faster checkout next time.

## Pay with

○ **Add new card**
   VISA ⬤ 🔲 DISCOVER

○ **PayPal**

○ **PayPal CREDIT**
   Special financing available.
   Apply now. See terms

○ 🔲 G Pay  **Google Pay**



### Ship to

▇▇▇▇
375 W Briarcliff Rd
Bolingbrook, IL 60440-3825
United States
▇▇▇▇

Change

### Review items and shipping

Seller: releularbath  |  Message to seller

Mini Hand-Held Multifunction Digital Scientific Calculator For Middle School RE

**$33.26**
~~$36.16~~

Quantity [ 2 ∨ ]

#### Delivery

◉ Est. delivery: Dec 28 – Jan 4
   Standard SpeedPAK from Greater China
   **Free**

○ Est. delivery: Dec 21 – Dec 24
   Expedited Shipping
   **$259.88**

Save up to 8%

### Gift cards, coupons, eBay Bucks

Enter code: _____  [ Apply ]

### Donate to charity (optional) ⓘ

**North Shore Animal League America**
Join our no-kill mission and save homeless animals--donate $1 to NSALA. PayPal Giving Fund receives your (typically tax deductible) donation and grants 100% to charity within 45 days. If it can't fund your chosen charity, it will consult you before reassigning the funds. Your details won't be shared with the benefiting charity. Donations are non-refundable.

Select amount  [ None ∨ ]

---

| Items (2) | $33.26 |
| Shipping | Free |
| Tax* | $2.83 |

**Order total**     **$36.09**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 **Confirm and pay**

**Select a payment option**

ebay MONEY BACK GUARANTEE
See details

---

Copyright © 1995-2021 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ



## Order information

| | |
|---|---|
| Buyer | ▇▇▇ |
| Seller | releularbath |
| Placed on | Dec 9, 2021 |
| Payment method | PayPal |
| Paid on | Dec 9, 2021 |

## Shipping address

▇▇▇
375 W Briarcliff Rd
Bolingbrook, Illinois 60440
United States

## Order total

| | |
|---|---|
| 1 item | $18.07 |
| Shipping | Free |
| Tax | $1.54 |
| **Order total** | $19.61 |

## Items bought from releularbath

Order number: 22-07981-39538

| Qty | Item name | Shipping service | Item price |
|---|---|---|---|
| 1 | Mini Hand-Held Multifunction Digital Scientific Calculator For Middle School RE (13375108096Z) | Standard SpeedPAK from Greater China | $18.07 |

1/1



Dashboard Pay & Get Paid Wallet Activity Help LOG OUT

**eBay** **- $19.61 USD**
9 December 2021
Payment

**Paid with**
PayPal balance $19.61 USD
on 9 December 2021

**Ship to**
[redacted]
375 W Briarcliff Rd
Bolingbrook, IL 60440
United States

**Transaction ID**
6MR273104E886251A

**Seller info**
eBay
866-540-3229
http://eBay.com/help
https://eBay.com/help

**Invoice ID**
v2_a9e9f742-c739-4c4d-aacd-a3defb2d1a4e_2_17

**Note**
Order Number: 22-07981-39538

**Purchase details**

| | |
|---|---|
| Purchase amount | $19.61 USD |
| Total | $19.61 USD |

**Need help?**
If there's a problem, make sure to contact the seller through PayPal by**7 June 2022**.

8/25/2021

Hi! <u>Sign in</u> or <u>register</u>    Daily Deals    Brand Outlet    Help & Contact

Watchlist ⌄    My eBay ⌄    🔔    🛒    **Sell**

 **ebay**    Shop by category ⌄    🔍 Search for anything    All Categories ⌄    **Search**    Advanced

‹ Back to previous page | Listed in category:    Business & Industrial › Office › Office Equipment › Calculators

✉ f 🐦 🅿    | Add to Watchlist

---

### People who viewed this item also viewed

 FX-991ES-PLUS Original Scientific Calculator functio...
**$13.99**
Free shipping

 10-Digit LCD Engineering Scientific Calculator+Writing...
**$14.99**
~~$21.48~~
Free shipping

 Engineering Scientific Calculator Students School...
**$9.71**
+ $0.06 shipping

---

🏷 **SAVE UP TO 5% WHEN YOU BUY MORE**



Hover to zoom



💲 Have one to sell? **Sell now**

### 1* Scientific Calculator Computing Tools for School Office Use Multi-functional

Condition: New

Bulk savings:
| Buy 1 $12.49/ea | Buy 2 $12.12/ea | Buy 3 $11.99/ea |

Quantity: [ 10 ]    4 or more for $11.87/ea
10 available / **2 sold**

Price: **US $11.87/ea**

**Buy It Now**

**Add to cart**

Best Offer:    **Make Offer**

♡ **Add to Watchlist**

<span style="color:red">30-day returns</span>    |    100% positive feedback

---

**Shop with confidence**

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back.
<u>Learn more</u>

**Seller information**
sfoxlis (86 ★)
100% Positive feedback

♡ **Save this Seller**
**Contact seller**
**Visit store**
**See other items**

---

Shipping: $1.80 Standard SpeedPAK from Greater China |
<u>See details</u>
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Shenzhen, China
Ships to: Worldwide <u>See exclusions</u>

Delivery: ⭐ Estimated between <span style="color:red">Mon. Sep. 20 and Mon. Oct. 4</span>
This item has an extended handling time and a delivery estimate <span style="color:red">greater than 16 business days.</span>
Please allow additional time if international delivery is subject to customs processing.

Payments: 
**PayPal CREDIT**
Special financing available. | <u>See terms and apply now</u>
Earn up to 5x points when you use your eBay Mastercard®. <u>Learn more</u>

Returns: 30 day returns. Buyer pays for return shipping |
<u>See details</u>

---

### Sponsored items from this seller


1*mini calculator 8-digit solar pocket calculator for office...
**$2.45**
+ $3.19 shipping
Seller 100% positive


DIY Mini 280 DC Motor DC 3-12V 5000-15000RPM High Speed...
**$4.08**
+ $0.30 shipping
Seller 100% positive


2–5 Hole Universal Automatic Electrical Twist Wire Tool Strippin...
**$6.99**
+ $2.99 shipping
Seller 100% positive


5V Boost Step Up Power Module Battery Charging Board for DIY...
**$2.79**
+ $3.19 shipping
Seller 100% positive


10*USB 3.1 Type-C 6Pin SMT Female Socket Connector For PC...
**$2.60**
+ $2.99 shipping
Seller 100% positive

Twi...
Hig...
$9

| Description | Shipping and payments | | Report item |
|---|---|---|---|

Seller assumes all responsibility for this listing.

eBay item number: 233890826335

Last updated on Aug 21, 2021 13:53:31 PDT  View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Brand: | Unbranded |
| Custom Bundle: | No | Country/Region of Manufacture: | China |
| MPN: | Does Not Apply | UPC: | Does not apply |




---

### Product Description

**Multi-functional Scientific Calculator Computing Tools for School Office Use Supplies Students Stationery Gifts**

**Description:**
- 100% brand new and high quality.
- Feature:
- Made of high quality material, durable and stable for us to use.
- LCD display makes you easy to read the results clearly in two lines display mode.
- Portable handheld design, light-weight, easy to carry and take.
- **Can be used for Accounting Mathematic tools.**
- **Multifunctional mathematics calculator can be used to calculate advanced functions.**
- Perfect gifts and tools for students school and office use.
- **Calculator only, other accessories demo in the picture is not included!**

**Specifications:**
- Item Type: Calculator
- Material: Plastic
- Size: 160x110x80mm/6.2x4.3x3.1in
- Color: As shown
- Powered: by button battery
- Quantity: 1 Pc

**Note:**
- Transition: 1cm=10mm=0.39inch
- Please allow 1-3mm error due to manual measurement. pls make sure you do not mind before you bid.
- Due to the difference between different monitors, the picture may not reflect the actual color of the item. Thank you!

**Package Includes:**

1 x Calculator

About Us     Payment     Shipping     Terms     Contact Us

Welcome to our store!
We are a professional worldwide wholesale company, with our own factory located in China.

We supply many products including video game, health & beauty, phone accessories, computers accessories, camera & camcorder,car accessories, Clothing accessories, games, toys & hobbies, jewelry, antique & craftwork. High product quality,reasonable prices, excellent customer service and a reliable credit standing is our tenet.

powered by TONGTOOL



12 Digit Desk Calculator Large Buttons Financial Business Accounting Tool *1pcs

**9.18 USD**

2.0 USD

(https://www.ebay.com/itm/233912330648)



mini calculator 8-digit solar pocket calculator for office &school supplies

**2.45 USD**

3.19 USD

(https://www.ebay.com/itm/233887110025)

---

### Sponsored items based on your recent views

 

| | | | | |
|---|---|---|---|---|

Casio FX-82MS Scientific Calculator

**$20.00**

+ $13.00 shipping
Seller 100% positive

New Casio MX-120S Silver Electronic Calculator LARGE...

**$15.99**

Free shipping
**5 watchers**

Scientific Calculator 417 Functions Large LCD Display for High Scho...

**$17.06**

Free shipping

82MS-A Portable Multifunctional Calculator for Mathematics...

**$6.35**

Free shipping
**30 sold**

Casio Fx-82MS S-V.P.A.M. Scientific Calculator

**$9.75**

Free shipping
Seller 99.4% positive

****
Sci...

$9

+ $
Top

---

### Explore more sponsored options: Brand

#### Casio

Casio fx-991ES Plus Scientific Manual Calculator fx991es fx 9...

**$27.89**

Free shipping
29 sold

New Casio MX-120S Silver Electronic Calculator LARGE...

**$15.99**

Free shipping
**5 watchers**

CASIO MJ120D MJ-120D DESKTOP CALCULATOR -12 digit display,30...

**$13.99**

Free shipping
Seller 100% positive

Casio FX-991ES Plus-2nd Edition Scientific Calculator Brand New...

**$24.99**

+ $4.99 shipping
163 sold

CASIO JW-200SC 12-Digit Desktop Calculator, Tax &...

**$34.99**

Free shipping
6 watchers

C

$

+ $

---

### Related sponsored items

| | | | | | |
|---|---|---|---|---|---|
|  |  |  |  |  | |
| Pokecon Scientific Calculator For School Education | Casio FX-880P Scientific Library Calculator Personal Pocket... | SHARP Pocket computer PC G850 Function Scientific Calculator... | Math Scientific Calculator Multifunctional Desktop Calculat... | Vintage Sharp EL-5100 Scientific Calculator with Case | Co... Cal... |
| **$100.85** | **$29.22** | **$94.49** | **$9.39** | **$35.00** | **$1** |
| Free shipping | + $12.32 shipping | Free shipping | Free shipping | + $20.00 shipping | + $ |
| Seller 100% positive | Seller 97.5% positive | 5 watchers | Seller 98.5% positive | Seller 99.3% positive | Sell |

## People who viewed this item also viewed

| | | | | |
|---|---|---|---|---|
|  | | | | |
| FX-991ES-PLUS Original Scientific Calculator function f... | 10-Digit LCD Engineering Scientific Calculator+Writing Tablet for... | Engineering Scientific Calculator Students School Stationary... | Calculator Digital Scientific Engineering Scientific Calculator... | CASIO MJ120D MJ-120D DESKTOP CALCULATOR -12 digit display,30... |
| **$13.99** | **$14.98** | **$9.71** | **$9.69** | **$13.99** |
| Free shipping | ~~$21.48~~ 30% off | + $0.06 shipping | Free shipping | Free shipping |
| 21 sold | Free shipping | | Seller 94.4% positive | Seller 100% positive |
| | Top Rated Plus seller | | | |

Back to previous page                                                                                      Return to top

**More to explore :**  Scientific Calculators,   Calculated Industries Scientific Calculators,   Calculated Industries Desktop Scientific Calculators,   Scientific Solar Calculators,   Ativa Scientific Calculators,   Canon Scientific Calculators,   Calculated Industries Handheld Scientific Calculators,   Battery Scientific Calculators,   VICTOR Scientific Calculators,   Handheld Scientific Calculators

About eBay      Announcements      Community      Security Center      Resolution Center      Seller Center      Policies      Affiliates      Help & Contact      Site Map

Copyright © 1995-2021 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton
powered by digicert

8/25/2021

Hi! **Sign in** or **register**    Daily Deals    Brand Outlet    Help & Contact

Watchlist ▾    My eBay ▾    🔔    🛒    **Sell**



Shop by category ▾    🔍 Search for anything    All Categories ▾    **Search**    Advanced

  

‹ Back to previous page | Listed in category: Business & Industrial › Office › Office Equipment › Calculators

✉ f ⚫ 🐦 📌 | Add to Watchlist

---

### People who viewed this item also viewed

 FX-991ES-PLUS Original Scientific Calculator functio...
**$13.99**
Free shipping

 10-Digit LCD Engineering Scientific Calculator+Writing...
**$14.99**
~~$21.48~~
Free shipping

 Engineering Scientific Calculator Students School...
**$9.71**
+ $0.06 shipping

---

🔖 SAVE UP TO **5%** WHEN YOU BUY MORE





Hover to zoom

💲 Have one to sell? **Sell now**

**1\* Scientific Calculator Computing Tools for School Office Use Multi-functional**

| Condition: | New |
|---|---|

Bulk savings:

| Buy 1 $12.49/ea | Buy 2 $12.12/ea | Buy 3 $11.99/ea |
|---|---|---|

Quantity: [ 10 ]    4 or more for $11.87/ea
10 available / **2 sold**

Price: **US $11.87/ea**

**Buy It Now**

**Add to cart**

Best Offer:    **Make Offer**

♡ **Add to Watchlist**

---

**Shop with confidence**

🛡 **eBay Money Back Guarantee**
Get the item you ordered or get your money back.
Learn more

**Seller information**
sfoxlis (86 ★)
100% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

**30-day returns** | 100% positive feedback

| Shipping: | $1.80 Standard SpeedPAK from Greater China | See details |
|---|---|

International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Shenzhen, China
Ships to: Worldwide See exclusions

Delivery: 📦 Estimated between **Mon. Sep. 20 and Mon. Oct. 4**
This item has an extended handling time and a delivery estimate **greater than 16 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: 💳 PayPal  G Pay  VISA  ⬤ MasterCard  AMEX  DISCOVER

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day returns. Buyer pays for return shipping | See details

---

### Sponsored items from this seller

 1\*mini calculator 8-digit solar pocket calculator for office...
**$2.45**
+ $3.19 shipping
Seller 100% positive

 DIY Mini 280 DC Motor DC 3-12V 5000-15000RPM High Speed...
**$4.08**
+ $0.30 shipping
Seller 100% positive

 2–5 Hole Universal Automatic Electrical Twist Wire Tool Strippin...
**$6.99**
+ $2.99 shipping
Seller 100% positive

 5V Boost Step Up Power Module Battery Charging Board for DIY...
**$2.79**
+ $3.19 shipping
Seller 100% positive

 10\*USB 3.1 Type-C 6Pin SMT Female Socket Connector For PC...
**$2.60**
+ $2.99 shipping
Seller 100% positive

Twi...
High...

Description | **Shipping and payments**

Seller assumes all responsibility for this listing.

### Shipping and handling

Item location: Shenzhen, China

Shipping to: Worldwide

Excludes: Africa, American Samoa, Cook Islands, French Polynesia, Guam, Kiribati, Marshall Islands, Micronesia, Nauru, New Caledonia, Palau, Papua New Guinea, Solomon Islands, Tonga, Tuvalu, Vanuatu, Wallis and Futuna, Western Samoa, Hong Kong, Macau, Taiwan, Bermuda, Greenland, Saint Pierre and Miquelon, Iraq, Bolivia, Bosnia and Herzegovina, Dominican Republic, Nicaragua, Puerto Rico, China, India

Quantity: 10    Change country: United States    ZIP Code: 60026    Get Rates

| Shipping and handling | Each additional item | To | Service | Delivery* |
|---|---|---|---|---|
| US $1.80 | Free | United States | Standard SpeedPAK from Greater China | Estimated between **Mon. Sep. 20 and Mon. Oct. 4** |

* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

Handling time

Will ship within 10 business days of receiving cleared payment. The seller has specified an extended handling time for this item.

Taxes

Taxes may be applicable at checkout. Learn more

### Return policy

| After receiving the item, contact seller within | Refund will be given as | Return shipping |
|---|---|---|
| 30 days | Money Back | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

### Payment details

Payment methods



**Special financing available**

Select PayPal Credit at checkout to have the option to pay over time.

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

---

## Sponsored items based on your recent views

    

Casio FX-82MS Scientific Calculator
**$20.00**
+ $13.00 shipping
Seller 100% positive

New Casio MX-120S Silver Electronic Calculator LARGE...
**$15.99**
Free shipping
5 watchers

Scientific Calculator 417 Functions Large LCD Display for High Scho...
**$17.06**
Free shipping

82MS-A Portable Multifunctional Calculator for Mathematics...
**$6.35**
Free shipping
30 sold

Casio Fx-82MS S-V.P.A.M. Scientific Calculator
**$9.75**
Free shipping
Seller 99.4% positive

****
**$9**
+ $1
Top

## Explore more sponsored options: Brand

Casio



Hi! Sign in or register   Daily Deals   Brand Outlet   Help & Contact

Watchlist ⌄   My eBay ⌄

Sell

**sfoxlis** (86★)
100% positive feedback

🔗 Items for sale   🏬 Visit store   ✉ Contact

Based in China, sfoxlis has been an eBay member since Sep 03, 2020

♡ Save

**Feedback ratings** ⓘ

| | | |
|---|---|---|
| ★★★★★ 82 | Item as described | |
| ★★★★★ 88 | Communication | |
| ★★★★★ 81 | Shipping time | |
| ★★★★★ 85 | Shipping charges | |

➕ 89 Positive   ⊖ 4 Neutral   ⊖ 0 Negative

Feedback from the last 12 months

➕ всё отлично, спасибо
Aug 16, 2021

See all feedback

**15** Followers | **0** Reviews | Member since: **Sep 03, 2020** | 📍 China

## Items for sale(1686)

See all items



2Pcs Shopping T...
US $4.12      14h left



Stainless Steel...
US $4.13      14h left



N Type Female t...
US $4.03      14h left



3D printer acce...
US $4.69      14h left



New,Battery foo...
US $4.69      14h left

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2021 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Hi! <u>Sign in</u> or <u>register</u>   Daily Deals   Brand Outlet   Help & Contact          Watchlist ⌄   My eBay ⌄     🔔   🛒   Sell

 ebay          Shop by category ⌄     🔍 Search for anything          All Categories ⌄          **Search**

eBay > eBay Stores > sfoxlis



## sfoxlis

16 followers  |  sfoxlis (89 ★) 100.0%

♡ **Save this seller**    **Contact seller**

---

**Category**

**All**

Other

**Condition**            see all

☐ New
☐ Not Specified

**Price**

☐ Under $4.00
☐ $4.00 to $15.00
☐ Over $15.00
$ [    ] - $ [    ] ›

**Buying Format**        see all

● All Listings
○ Best Offer
○ Auction
○ Classified Ads

**Item Location**        see all

● Default
○ Within
   100 miles ⌄ of 60026 ›
○ US Only
○ North America
○ Worldwide

**Delivery Options**     see all

☐ Free Shipping
☐ Free In-store Pickup

**Show only**            see all

☐ Returns Accepted
☐ Completed Items
☐ Sold Items
☐ Deals & Savings
☐ Authorized Seller
☐ Authenticity Guarantee

**More refinements...**



🔍 Search this Store        **Search**          Time: ending soonest ⌄   ☰ ⌄

| All Listings | Auction | Buy It Now |

1,309 Results

Mini 3-port USB 2.0 rotary splitter adapter hub for PC laptop notebook black
**$3.99**                                          From China
$2.69 shipping
or Best Offer

2PCS Release Button Lock For NS Switch Left Right Joy-Con Controller Button Lock
**$3.39**                                          From China
$3.19 shipping
or Best Offer

DC-DC Adjustable Boost Module 3V5V12V to 19V24V30V36V Regulated Power Module
**$3.88**                                          From China
$2.69 shipping
or Best Offer

5PCS A Type Micro USB 2.0 4Pin Female Jack USB Port Dock Connector Tail Charging
**$3.24**                                          From China
$2.99 shipping
or Best Offer

1*USB 3.1 Type-C 6 Pin Waterproof Female Socket Rubber Ring with Screw Hole
**$3.10**                                          From China
$2.99 shipping
or Best Offer

2A DC-DC 2V-24V To 3V -28V Boost Step Up Volt Converter Power Supply Module
**$2.13**                                          From China
$3.19 shipping
or Best Offer

8/31/2021





**DIY Mini Universal 8.5x5.5cm 400 hold PCB Breadboard for Bus Test Circuit Board**

**$3.97**
$2.99 shipping
or Best Offer

From China



**1PCS DC 3V Waterproof Vibrating Motor Strong Vibration Motor for DIY Massager**

**$3.98**
$2.19 shipping
or Best Offer

From China



**1PCS DC 3V N20 15800RPM Micro Metal Gear Motor Vibration DC Motor DC Motor**

**$2.32**
$3.19 shipping
or Best Offer

From China



**50*Garden Supplies Plant Clips Garden Plants Flowers Bundle Branch Tied Tools**

**$3.25**
$2.69 shipping
or Best Offer

From China



**2M White Feather Boa Strip Party Garland Decorations Decorated Tree Ornament *1**

**$3.23**
$2.69 shipping
or Best Offer

From China



**5Pcs Anti Fog Cloth for Glasses Eyeglasses Cleaning Cloths Lens Cleaning Wipes**

**$4.47**
$2.69 shipping
or Best Offer

From China



**Anti Fog Wipes for Glasses Anti fog Eyeglasses Wipes Anti Fogging Wipes Cloth**

**$5.81**
$2.39 shipping
or Best Offer

From China



**Funny Pointer Full Reflective Car Vinyl Sticker Car Sticker Pull Fuel Tank Cover**

**$2.39**
$3.19 shipping

From China



**1*Funny Car Cartoon Middle Finger Reflective Vinyl Car Sticker Motorcycle Decal**

**$2.59**
$2.69 shipping

From China



**3D Punisher Skull Blood Sticker Car Styling Sticker Car Vinyl Reflective Sticker**

**$2.48 to $2.68**
$3.19 shipping

From China



**1*Funny Car Brush Cleaning Accessories Auto Air Conditioner Vent Cleaner Plastic**

**$3.09**
$2.99 shipping
or Best Offer

From China



**3D Stereo Funny Frog Car Stickers Auto Car Styling Automotive interior Stickers**

**$3.09 to $3.59**
$2.99 shipping

From China



**2pcs*Motorcycle handle gloves Comfort Handlebar Grip Cover Bike Part Grip Covers**

**$4.08**
$2.79 shipping
or Best Offer

From China



**1pcs* New 6-Speed Gear Knob Cap Chrome Badge For VW Passat 2005-2014 3C0711144A**

**$4.29**
$2.99 shipping
or Best Offer

From China



**Anti-collision Car Door Edge Scratch Protector Guard Strip Silica Gel Cover *4**

**$4.38**
$2.69 shipping
or Best Offer

From China



**NEW Air Flow Vent Protection Cover for Tesla model 3 Air Inlet Protection Cover**

**$6.29**
$2.19 shipping
or Best Offer

From China



**500 Pcs/roll with love sticker homemade round label baked goods packaging seal**

**$4.34**
$2.59 shipping
or Best Offer

From China



**4 Pcs Elk Pendants Mini Christmas Tree Felt Wood Elk Hanging Pendant Party Decor**

**$4.85**
$2.80 shipping
or Best Offer

From China



**4PCS Wood Domino Racks for Domino Tiles Game for Kids Seniors Adults Players**

8/25/2021

ebay    Shop by category ⌄    🔍 Search for anything    | All Categories ⌄ |    Search    Advanced

eBay  >  eBay Stores  >  sfoxlis



**sfoxlis**

15 followers | sfoxlis (86 ★) 100.0%

♡ Save this seller    Contact seller

**Category**

All

Other

**Brand**    see all

**Type**    see all

**Display Size**    see all

**Features**    see all

**Condition**    see all

☐ New

**Price**

$ [    ] - $ [    ] ›

**Buying Format**    see all

◉ All Listings
○ Best Offer
○ Buy It Now
○ Classified Ads

**Item Location**    see all

◉ Default
○ Within
    100 miles ⌄ of 60026
○ US Only
○ North America
○ Worldwide

**Delivery Options**    see all

☐ Free Shipping
☐ Free In-store Pickup

**Show only**    see all

☐ Returns Accepted
☐ Completed Items
☐ Sold Items
☐ Deals & Savings
☐ Authorized Seller
☐ Authenticity Guarantee

**More refinements...**

| Scientific Calculator |    | Search |    Time: ending soonest ⌄ | ⊞

All Listings | Auction | Buy It Now

2 Results

12 Digit Desk Calculator Large Buttons Financial Business Accounting Tool *1pcs

$9.18
$2.00 shipping
or Best Offer

From China

1* Scientific Calculator Computing Tools for School Office Use Multi-functional

$12.49
$1.80 shipping
or Best Offer

From China

Copyright © 1995-2021 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ




 **Checkout**

### Review items and shipping

Seller: sfoxls    Message to seller



1* Scientific Calculator Computing Tools for School Office Use Multi-functional
**$124.90**

Quantity [ 10 ]   Update

**Delivery**
Est. delivery: Sep 20 – Oct 4
Standard SpeedPAK from Greater China
**$1.80**

Extra 5% off

Offer applied: Extra 5% off     -$6.30

You saved $16.20 on shipping

### Ship to

▇▇▇▇▇▇▇
1851 Tower Dr
Glenview, IL 60026
United States
▇▇▇▇▇▇▇▇▇

Change

### Pay with



○ Add new card
VISA   ●   AMEX   DISCOVER

○ **PayPal**

○ **PayPal CREDIT**
No Interest if paid in full in 6 months.
Apply now. See terms

○ G Pay   Google Pay

### Add coupons

Enter code: [ _____ ]   Apply

---



| Items (10) | $124.90 |
|---|---|
| Shipping | $1.80 |
| Discount | -$6.30 |
| Tax* | $12.04 |

**Order total**     **$132.44**

*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

🔒 **Confirm and pay**

Select a payment option

ebay MONEY BACK GUARANTEE

See details

what you think

---

Copyright © 1995-2021 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

 Norton
powered by digicert