**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| CASIO COMPUTER CO., LTD.,<br><br>     Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>     Defendants. | Case No. 23-cv-895<br><br>Judge Thomas M. Durkin |

**DECLARATION OF MICHAEL A. HIERL**

I, Michael A. Hierl, of Chicago, Illinois, declare as follows:

1.     I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff. Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2.     I hereby certify that the Defaulting Defendants (as defined in the accompanying Memorandum) have failed to plead or otherwise defend this action within the allotted time in violation of Federal Rule of Civil Procedure 12(a)(1)(A).

3.     My office investigated the infringing activities of the Defaulting Defendants, including attempting to identify the registrant of each associated domain name and its contact information. Our investigation confirmed that the Defaulting Defendants are

primarily domiciled in China.  As such, I am informed and believe that the Defaulting

Defendants are not active-duty members of the U.S. armed forces.

4.    **Exhibit 1** is an accurate copy of unpublished decisions cited in the corresponding

Memorandum in Support of CASIO COMPUTER CO., LTD.'s Motion for Entry of Default

and Default Judgment.

I declare under penalty of perjury that the foregoing is true and correct.


DATED:  July 18, 2023                              /s/ Michael A. Hierl
                                                   Michael A. Hierl
                                                   *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Declaration was electronically filed with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on July 18, 2023.

/s/ Michael A. Hierl
Michael A. Hierl